# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TXu 1-895-864

**Effective date of registration:**

December 18, 2013

## Title

**Title of Work:** Fortnite

## Completion/Publication

**Year of Completion:** 2013

## Author

■ **Author:** Epic Games, Inc.

**Author Created:** computer program

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Epic Games, Inc.

620 Crossroads Boulevard, Cary, NC, 27518, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program

**Previous registration and year:** TXu001848153   2012

TXu001812407   2012

**New material included in claim:** computer program

## Certification

**Name:** Joseph Wilbur

**Date:** December 18, 2013

**Registration #:** TXU001895864

**Service Request #:** 1-1053484835



Hunton & Williams LLP
Douglas W. Kenyon
P.O. Box 109
Raleigh, NC 27602-109  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## TX 8-186-254

**Effective Date of Registration:**
July 14, 2015

## Title ────────────────────────

**Title of Work:** Fortnite

## Completion/Publication ──────────

**Year of Completion:** 2015
**Date of 1st Publication:** May 30, 2015
**Nation of 1ˢᵗ Publication:** United States

## Author ─────────────────────────

- **Author:** Epic Games, Inc.
**Author Created:** computer program
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant ───────────────

**Copyright Claimant:** Epic Games, Inc.
620 Crossroads Boulevard, Cary, NC, 27518, United States

## Limitation of copyright claim ──────

**Material excluded from this claim:** computer program
**Previous registration and year:** TXu001895864, 2013
TXu001848153, 2012

**New material included in claim:** computer program

## Certification ────────────────────

**Name:** Joseph Wilbur
**Date:** July 14, 2015

**Correspondence:** Yes

Page 1 of 1



**Registration #:**   TX0008186254
**Service Request #:**   1-2532331887

Hunton & Williams LLP
Douglas W. Kenyon
P.O. Box 109
Raleigh, NC 27602-109 United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Teyh Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

# TX 8-507-210

**Effective Date of Registration:**
March 21, 2018

## Title ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

    **Title of Work:** Fortnite

## Completion/Publication ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

    **Year of Completion:** 2017
    **Date of 1st Publication:** September 26, 2017
    **Nation of 1st Publication:** United States

## Author ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

   •  **Author:** Epic Games, Inc.
    **Author Created:** computer program
    **Work made for hire:** Yes
    **Citizen of:** United States

## Copyright Claimant ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

    **Copyright Claimant:** Epic Games, Inc.
       620 Crossroads Blvd., Cary, NC, 27518, United States

## Limitation of copyright claim ⎯⎯⎯⎯⎯⎯⎯⎯⎯

  **Material excluded from this claim:** computer program
   **Previous registration and year:** TX0008254659, 2016
       TX0008352178, 2016

  **New material included in claim:** revised computer program

## Rights and Permissions ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

    **Organization Name:** Epic Games, Inc.
    **Telephone:** (919)854-0070
    **Address:** 620 Crossroads Blvd.,
       Cary, NC 27518 United States

## Certification

                **Name:**  Patchen M. Haggerty
                **Date:**  March 21, 2018
**Applicant's Tracking Number:**  110039-0011.0004.US002



**Registration #:**   TX0008507210
**Service Request #:**   1-6405522616

Perkins Coie LLP
Patchen M. Haggerty
1201 Third Avenue, Suite 4900
Seattle, WA 98101 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay Perla Clayot*

Acting United States Register of Copyrights and Director

**Registration Number**

## PA 2-066-544

**Effective Date of Registration:**
September 13, 2017

## Title
_____

**Title of Work:** Fortnite Xbox One (boxed release)

## Completion/Publication
_____

**Year of Completion:** 2017
**Date of 1st Publication:** July 25, 2017
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Epic Games, Inc.
  **Author Created:** computer program and audiovisual material
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Epic Games, Inc.
620 CROSSROADS BLVD, Cary, NC, 27518, United States

## Limitation of copyright claim
_____

**Material excluded from this claim:** computer program, audiovisual material
**Previous registration and year:** TX008-352-178, 2016
TX008-254-659, 2016

**New material included in claim:** revised computer program and audiovisual material

## Certification
_____

**Name:** Joseph M. Wilbur
**Date:** September 07, 2017

**Correspondence:** Yes

Exhibit 1, Page 31

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## PA 2-087-919

**Effective Date of Registration:**
March 23, 2018

---

## Title

**Title of Work:**   Fortnite - Battle Royale Mode

## Completion/Publication

**Year of Completion:**   2017
**Date of 1st Publication:**   September 26, 2017
**Nation of 1st Publication:**   United States

## Author

•   **Author:**   Epic Games, Inc.
**Author Created:**   audiovisual material
**Work made for hire:**   Yes
**Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Epic Games, Inc.
620 Crossroads Blvd., Cary, NC, 27518, United States

## Limitation of copyright claim

**Material excluded from this claim:**   audiovisual material
**Previous registration and year:**   PA0002065431, 2017
PA0002066544, 2017

**New material included in claim:**   revised and new audiovisual material

## Rights and Permissions

**Organization Name:**   Epic Games, Inc.
**Telephone:**   (919)854-0070
**Address:**   620 Crossroads Blvd.
Cary, NC 27518 United States

## Certification

**Name:**  Patchen M. Haggerty
**Date:**  March 21, 2018
**Applicant's Tracking Number:**  110039-0011.0004.US001



Registration #:    PA0002087919
Service Request #:    1-6401005097

Perkins Coie LLP
Patchen Haggerty
1201 Third Avenue, Suite 4900
Seattle, WA 98101 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Fugh Clyytt*

Acting United States Register of Copyrights and Director

**Registration Number**
## TX 8-508-464
**Effective Date of Registration:**
September 08, 2017

## Title

| | |
|---|---|
| **Title of Work:** | Fortnite (Rev. 3) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | July 25, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Epic Games, Inc. |
| **Author Created:** | computer program; audiovisual material |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Epic Games, Inc.<br>620 CROSSROADS BLVD, Inc., Cary, NC, 27518, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | computer program |
| **Previous registration and year:** | TX008-352-178, 2016<br>TX008-254-659, 2016 |
| **New material included in claim:** | computer program; audiovisual material |

## Certification

| | |
|---|---|
| **Name:** | Joseph Wilbur |
| **Date:** | September 08, 2017 |

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TX 9-388-536**

**Effective Date of Registration:**
April 25, 2024
**Registration Decision Date:**
May 08, 2024

## Title

**Title of Work:**  Fortnite Chapter 4: Season OG

## Completion/Publication

**Year of Completion:**  2023
**Date of 1st Publication:**  November 03, 2023
**Nation of 1st Publication:**  United States

## Author

- **Author:**  Epic Games, Inc.
  **Author Created:**  computer program, Audiovisual
  **Work made for hire:**  Yes
  **Domiciled in:**  United States

## Copyright Claimant

**Copyright Claimant:**  Epic Games, Inc.
620 Crossroads Blvd., Cary, NC, 27518

## Limitation of copyright claim

**Material excluded from this claim:**  computer program, Audiovisual

**New material included in claim:**  computer program, Audiovisual

## Certification

**Name:**  Reema Pangarkar
**Date:**  April 25, 2024
**Applicant's Tracking Number:**  32220-005

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay r Teyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-352-178**

**Effective Date of Registration:**
December 23, 2016

## Title

**Title of Work:** FORTNITE (2016 Rev. 2)

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** November 30, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Epic Games, Inc.
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Epic Games, Inc.
620 Crossroads Boulevard, Cary, NC, 27518, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program
**Previous registration and year:** TX008-254-659, 2016
TX008-186-254, 2015

**New material included in claim:** computer program

## Certification

**Name:** Joseph Wilbur
**Date:** December 23, 2016

Exhibit 1, Page 37



**Registration #:**  TX0008352178
**Service Request #:**  1-4218625705

Hunton & Williams LLP
Douglas W. Kenyon
P.O. Box 109
Raleigh, NC 27609-109 United States



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-254-659**

**Effective Date of Registration:**
March 03, 2016

## Title

**Title of Work:** Fortnite

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** May 30, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Epic Games, Inc.
**Author Created:** computer program
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Epic Games, Inc.
620 Crossroads Boulevard, Raleigh, NC, 27518, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program
**Previous registration and year:** TXu001895864, 2013
TXu001848153, 2012

**New material included in claim:** computer program

## Certification

**Name:** Joseph Wilbur
**Date:** March 03, 2016

**Correspondence:** Yes

Exhibit 1, Page 41



**Registration #:**  TX0008254659
**Service Request #:**  1-3176900287

Hunton & Williams LLP
Douglas W. Kenyon
P.O. Box 109
Raleigh, NC 27602-109 United States



 Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# TX 9-420-173

**Effective Date of Registration:**
July 03, 2024
**Registration Decision Date:**
August 21, 2024

## Title

**Title of Work:** Fortnite Battle Royale Chapter 5 Season 1

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** December 03, 2023
**Nation of 1st Publication:** United States

## Author

• **Author:** Epic Games, Inc.
**Author Created:** computer program, Audiovisual material
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Epic Games, Inc.
620 Crossroads Blvd., Cary, NC, 27518, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program, Audiovisual material

**New material included in claim:** computer program, Audiovisual material

## Certification

**Name:** Reema Pangarkar
**Date:** July 03, 2024
**Applicant's Tracking Number:** 32220-005

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TX 9-437-406**

**Effective Date of Registration:**
September 17, 2024
**Registration Decision Date:**
October 22, 2024

## Title

**Title of Work:** Fortnite Reload

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** June 22, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Epic Games, Inc.
**Author Created:** computer program, audiovisual material
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Epic Games, Inc.
620 Crossroads Blvd., Cary, NC, 27518, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program, audiovisual material

**New material included in claim:** computer program, audiovisual material

## Certification

**Name:** Reema Pangarkar
**Date:** September 17, 2024
**Applicant's Tracking Number:** 32220-005

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Lersl*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-766-571**

**Effective Date of Registration:**
January 31, 2019
**Registration Decision Date:**
August 26, 2019

## Title _____

**Title of Work:**  Fortnite

## Completion/Publication _____

**Year of Completion:**  2018
**Date of 1st Publication:**  December 17, 2018
**Nation of 1ˢᵗ Publication:**  United States

## Author _____

- **Author:**  Epic Games, Inc.
  **Author Created:**  Revised computer program
  **Work made for hire:**  Yes
  **Domiciled in:**  United States

## Copyright Claimant _____

**Copyright Claimant:**  Epic Games, Inc.
620 Crossroads Blvd., Cary, NC, 27518, United States

## Limitation of copyright claim _____

**Material excluded from this claim:**  Prior works by claimant and licensed-in material
**Previous registration and year:**  TX 8-507-210, 2018
TX 8-508-464, 2017

**New material included in claim:**  Revised computer program

## Certification _____

**Name:**  Canon Pence, General Counsel, Epic Games, Inc.
**Date:**  January 31, 2019
**Applicant's Tracking Number:**  35338.00089

**Registration #:**   TX0008766571
**Service Request #:**   1-7358418437



Fenwick & West LLP
Susanne S. Morales
801 California Street
Mountain View, CA 94041-2008 United States

# Exhibit 2



# Fortnite® End User License Agreement

Please read this Agreement carefully. It is a legal document that explains your rights and obligations related to your use of Epic's Software, including any Services you access or purchases you make through the Software. By downloading or using the Software, or by otherwise indicating your acceptance of this Agreement, you are agreeing to be bound by the terms of this Agreement. If you do not or cannot agree to the terms of this Agreement, you may not download or use this Software.

In particular, we want to highlight some important terms, policies, and procedures in this Agreement. By accepting this Agreement:

1. You are also agreeing to other Epic rules and policies that are expressly incorporated into this Agreement. Please read them carefully:

Our Privacy Policy explains what information we collect from you and how we protect it.
Our Fan Content Policy explains what you can do with Epic's Intellectual Property in the content you create.
Our Terms of Service explain the rules for our websites.

2. You grant Epic a license to use whatever content you create using the Service. You can find more information in the User Generated Content section below.

3. You and Epic agree to resolve disputes between us in individual arbitration (not in court). We believe the alternative dispute-resolution process of arbitration will resolve any dispute fairly and more quickly and efficiently than formal court litigation. Section 12 explains the process in detail. We've put this up front (and in caps) because it's important:

**THIS AGREEMENT CONTAINS A BINDING, INDIVIDUAL ARBITRATION AND CLASS-ACTION WAIVER PROVISION. IF YOU ACCEPT THIS AGREEMENT, YOU AND EPIC AGREE TO RESOLVE DISPUTES IN BINDING, INDIVIDUAL ARBITRATION AND GIVE UP THE RIGHT TO GO TO COURT INDIVIDUALLY OR AS PART OF A CLASS ACTION, AND EPIC AGREES TO PAY YOUR ARBITRATION COSTS FOR ALL DISPUTES OF UP TO $10,000 THAT ARE MADE IN GOOD FAITH (SEE SECTION 12). YOU HAVE A TIME-LIMITED RIGHT TO OPT OUT OF THIS WAIVER.**

TO ENTER INTO THIS LICENSE AGREEMENT, YOU MUST BE AN ADULT OF THE LEGAL AGE OF MAJORITY IN YOUR COUNTRY OF RESIDENCE. YOU ARE LEGALLY AND FINANCIALLY RESPONSIBLE FOR ALL ACTIONS USING OR ACCESSING OUR SOFTWARE, INCLUDING THE ACTIONS OF ANYONE

YOU ALLOW TO ACCESS TO YOUR ACCOUNT. YOU AFFIRM THAT YOU HAVE REACHED THE LEGAL AGE OF MAJORITY, UNDERSTAND AND ACCEPT THIS AGREEMENT (INCLUDING ITS DISPUTE RESOLUTION TERMS). IF YOU ARE UNDER THE LEGAL AGE OF MAJORITY, YOUR PARENT OR LEGAL GUARDIAN MUST CONSENT TO THIS AGREEMENT.

Certain words or phrases are defined to have certain meanings when used in this Agreement. Those words and phrases are defined below in Section 16.

If your primary residence is in the United States of America, your agreement is with Epic Games, Inc. If it is not in the United States of America, your agreement is with Epic Games Entertainment International GmbH.

**1. License Grant**

Epic grants you a personal, non-exclusive, non-transferable, non-sublicensable limited right and license to install and use the Software on compatible devices you own or control for your personal entertainment use (the " **License**"). The rights that Epic grants you under the License are subject to the terms of this Agreement, and you may only make use of the License if you comply with all applicable terms.

The License becomes effective on the date you accept this Agreement. The Software is licensed, not sold, to you under the License. The License does not grant you any title or ownership in the Software.

**2. License Conditions**

You may not do or attempt to do any of the following with respect to the Software or any of its parts: (a) use it commercially or for a promotional purpose except as Epic expressly authorizes; (b) copy, reproduce, distribute (including via a network server), display, or use it in a way that is not expressly authorized in this Agreement; (c) sell, rent, lease, license, distribute, or otherwise transfer it; (d) reverse engineer, derive source code from, modify, adapt, translate, decompile, or disassemble it or make derivative works based on it; (e) remove, disable, circumvent, or modify any proprietary notice or label or security technology included in it; (f) create, develop, distribute, or use any unauthorized software programs to gain advantage in any online or other game modes; (g) use it to infringe or violate the rights of any third party, including but not limited to any intellectual property, publicity, or privacy rights; (h) use, export, or re-export it in violation of any applicable law or regulation; or (i) behave in a manner which is detrimental to the enjoyment of the Software by other users as intended by Epic, in Epic's sole judgment, including but not limited to the following – harassment, use of abusive or offensive language, game abandonment, game sabotage, spamming, social engineering, scamming, running or using methods which are not authorized by Epic and which interfere with the outcome and/or the course of the Software (including Cheats, bots, scripts, or mods not expressly authorized by Epic) by giving you and/or another user an advantage over other players who do not use such methods, or making or otherwise contributing to such unauthorized software.

The Software may contain Cheat Detection software or features or you may be prompted to install Cheat Detection software during your installation of the Software. If you do not agree to install the Cheat Detection software or at any time remove or disable the Cheat Detection software or features, the License granted to you

automatically terminates and you may not make use of the Software. The Software or the Cheat Detection software may collect and transmit details about your account, gameplay, and potentially unauthorized programs or processes in connection with Cheat Detection, subject to Epic's Privacy Policy. In the event that Cheats are identified, you agree that Epic may exercise any or all of its rights under this Agreement.

### 3. Updates and Patches

Epic may provide patches, updates, or upgrades to the Software that must be installed in order for you to continue to use the Software or Services. Epic may update the Software remotely without notifying you, and you hereby consent to Epic applying patches, updates, and upgrades. Epic may modify, suspend, discontinue, substitute, replace, or limit your access to any aspect of the Software or Services at any time. You acknowledge that your use of the Software or Services does not confer on you any interest, monetary or otherwise, in any aspect or feature of the Software or Services, including but not limited to (where applicable) any in-game rewards, trophies, achievements, character levels, Game Currency, or Content. You also acknowledge that any character data, game progress, game customization or other data related to your use of the Software or Services may cease to be available to you at any time without notice from Epic, including without limitation after a patch, update, or upgrade is applied by Epic. Epic does not have any maintenance or support obligations with respect to the Software or Services.

### 4. Game Currency and Content

Epic may offer you the ability to acquire licenses to in-game currency ("**Game Currency**") or Content, such as by: (a) purchasing a limited license to use Game Currency for a fee ("**Purchased Game Currency**"), (b) earning a limited license to use Game Currency by performing or accomplishing specific tasks in the Software, or (c) purchasing for a fee, exchanging Game Currency for, or earning a limited license to use Content. Also, Epic may facilitate the exchange of certain Content through the Software, in some cases for a fee. You may only use such Game Currency or Content if you pay the associated fee (if any). When you earn or pay the fee to obtain such Game Currency or Content, you are obtaining or purchasing from Epic the right to have your License include such Game Currency or Content. Regardless of any references Epic may make outside this Agreement to purchasing or selling Game Currency or Content, both Game Currency and Content are licensed, not sold, to you under the License. Use of an Epic Account Balance to purchase Game Currency or Content is subject to Epic's Terms of Service.

Neither Game Currency nor Content are redeemable for money or monetary value from Epic or any other person, except as otherwise required by applicable law. Game Currency and Content do not have an equivalent value in real currency and do not act as a substitute for real currency. Neither Epic nor any other person or entity has any obligation to exchange Game Currency or Content for anything of value, including, but not limited to, real currency. You agree that Epic may engage in actions that may impact the perceived value or purchase price, if applicable, of Game Currency and Content at any time, except as prohibited by applicable law.

All purchases of Purchased Game Currency and Content are final and are not refundable, transferable, or exchangeable under any circumstances, except as otherwise required by applicable law. Epic, in its sole discretion, may impose limits on the amount of Game Currency or Content that may be purchased, earned,

Exhibit 2, Page 52

accumulated, redeemed or otherwise used.

Except as otherwise prohibited by applicable law, Epic, in its sole discretion, has the absolute right to manage, modify, substitute, replace, suspend, cancel or eliminate Game Currency or Content, including your ability to access or use Game Currency or Content, without notice or liability to you. You may not transfer, sell, gift, exchange, trade, lease, sublicense, or rent Game Currency or Content except within the Software and as expressly permitted by Epic.

Except as otherwise prohibited by applicable law, Epic reserves and retains all rights, title, and interest, property or otherwise, in and to the Game Currency and Content. The license to Game Currency and Content under the License will terminate upon termination of the License and as otherwise provided herein.

When you provide payment information to Epic or its authorized processor, you represent that you are an authorized user of the payment card, PIN, key, account or other payment method specified by you, and you authorize Epic to charge such payment method for the full amount of the transaction.

## 5. User Generated Content

Epic may provide features through the Software or the Services that allow You to create, develop, modify, or contribute Content ("UGC") and to upload, publish, or otherwise make available UGC to some or all users of the Services. These features may also allow you to interact with, manipulate, and change UGC in whole or in part. Epic may modify, limit, or discontinue certain features of the Service without notice or liability to you.

"UGC" includes, without limitation buildings, chat posts, character data, game customization, in-game constructions, replays, cinematics, scripts and programs, modes, gameplay, experiences, interactive features, and screenshots, music, sounds, sound recordings (and the musical works embodied therein) audiovisual combinations, musical works, animations, voice chat audio data, and other types of works (standalone or in combination).

For information about our content moderation practices, please visit our Safety and Security Center

If you use our voice chat feature and voice reporting is enabled in a voice channel, snippets of voice chat audio data will be stored on your device and the devices of participants in the voice channel. If a violation of our Community Rules is reported, these snippets may be transmitted to Epic and reviewed to enforce those rules. Subject to human review, Epic may analyze your in-game communications (including text and voice chat) with machine learning technologies to help identify harmful, toxic, or fraudulent behavior in our services.

**License to Epic.** If You make or have made available any UGC in the Services, You give Epic permission to host, copy, import, store, modify, adapt, display, publicly perform (including by means of digital audio transmissions), reproduce (and make mechanical reproductions of musical works embodied in sound recordings ), create derivative works of (including synchronize to visual images), publicly display, transfer, sublicense, and distribute (collectively "Use") that UGC, in whole or in part, including for commercial publicity and marketing purposes, in any country. This permission is perpetual and irrevocable and applies to any media, platform, or channel in connection with the Software and Services.

The rights you grant to Epic in this Section are provided on a through-to-the-audience basis, which means the owners or operators of third-party services will not have any separate liability to you or any other third-party for UGC provided to or used on such third-party services via the Service. Epic needs these permissions in order to make your UGC available to players as part of the Services (i.e., in-game), and to make it available to streamers and content creators off of the Services (e.g., for use on other platforms). These rights need to be irrevocable because of the many channels in which UGC is distributed by us and others after it's created.

You understand that You are not entitled to receive any compensation, fees, consideration, or other remuneration in connection with your UGC for any reason, including Epic's exercise of the rights You grant to Epic in this Section and that Epic is not obligated to exercise the rights You grant.

**Suggested Content.** Fortnite recommends islands to you to help improve your experience on the service and show you more of what you might like to play. We have several categories in Discover, such as "trending", "new experiences", and "great with friends." Your Homebar is the first row you see in your Discover page, which brings together recommendations of islands from these different types of categories. We organize and rank the islands we show you based on a range of factors, including your play history, and game information, such as the number of users playing, the number of players with an island on their favorites, the number of edits for an island, how long a creator has spent editing their island, when an island was first seen, the number of buildings an island has, the average party size, and how often an island has been played and for how long.
You can choose to turn off your personalized game experience recommendations when using the Discover tab by going directly into your settings, under "account and privacy" and "gameplay privacy", where you can switch this setting on and off.

**Musical Works.** Epic may, in its sole discretion, choose to make available sound recordings and the musical works embodied in the sound recordings ("Licensed Music") in connection with UGC. If Epic makes available Licensed Music for use in your UGC, Epic grants you a non-exclusive, personal, limited, revocable, non-transferable license to: (a) synchronize the Licensed Music into UGC during the period of time that the Licensed Music is made available through the Services, and (b) play, listen, and interact with UGC containing Licensed Music solely through the Services.

Your modifications (e.g., edits, use of a portion of) the Licensed Music to synchronize into the UGC are considered derivative works included in the definition of Licensed Music, the rights to which are retained by Epic and its licensors.

**Special Rules for Recording Artists.** If you are a composer or author of a musical work and are (a) affiliated with or a member of a performing-rights organization ("PRO"), (b) under contract with a record label, or (c) have assigned your rights to a music publisher, then you must notify the interested party of the royalty-free license you grant through this Agreement to Epic. You are solely responsible for ensuring your compliance with the relevant party's reporting or contractual obligations, and (if applicable) obtaining the consent of that party to grant the royalty-free license(s) in this Agreement, including if you create any new recordings through the Service that your label may attempt to claim.

You represent and warrant that any UGC containing Licensed Music is not subject to and Epic has no obligation to pay royalties to any third party, including without limitation a sound recording copyright owner (e.g., a record label), a musical work copyright owner (e.g., a music publisher), a PRO (e.g., ASCAP, BMI, SESAC, etc.), a sound recording PRO, any unions or guilds, or other third parties.

Epic does not allow intellectual-property infringement activities through the Software or the Services. You may not and agree not to create, generate, or make available through the Software or the Services any UGC to which you do not have the right to grant Epic such license in all of the elements (including the Licensed Music) of the UGC.

If you do choose to create, generate, or make available your UGC through the Software or Services, You are solely responsible for your UGC and represent and warrant that:

(a) you are the creator and owner of, and have all the necessary licenses and rights to use and authorize Epic to exploit the license granted above;

(b) your UGC, and Epic's use of the UGC as contemplated under this Agreement, will not infringe or violate any third-party rights, including copyright, trademark, patent, trade secret, moral rights, or the rights of privacy or publicity;

(c) Epic does not need to obtain any further licenses, provide attribution, or pay royalties or other compensation to any third parties; and

(d) Epic's use of your UGC will not violate any third-party contract or cause Epic to violate any applicable laws or regulations.

You are responsible for your UGC, so please don't make objectionable content available on or through the Services. If you do, we may have to take it down. Epic may, but is under no obligation, to edit or control any UGC You or others make available through the Software or the Services. Epic may at any time screen, remove, delete, edit, block, or refuse to publish UGC that violates this Agreement or is otherwise objectionable as determined in Epic's sole discretion and without prior notice or any liability to You or any third party. If You provide UGC, You may only use the tools that Epic provides through the normal functionality of the Service to remove or modify that specific type of UGC.

You understand that you may be exposed to UGC from a variety of sources when using the Software or the Services and acknowledge that UGC may be inaccurate, offensive, indecent, or otherwise objectionable. You agree that Epic shall not be responsible or liable for your or others' UGC.

To the fullest extent permitted by law, You waive and agree to waive all rights of authorship, paternity, attribution, integrity, disclosure, withdrawal, and any other rights that are known or referred to as "moral rights", "artist's rights", "droit moral", or other similar rights, recognized under any legal or equitable theory of any country or under any treaty, regardless of whether that right is referred to as a "moral right" (collectively "Moral Rights") in and to your UGC. You further knowingly and irrevocably agree to not exercise any Moral Rights in and to your

UGC that You have not waived in any manner that interferes with any exercise of granted rights. You waive and agree not to assert your Moral Rights even if your UGC is altered or changed in a manner not agreeable to you.

## 6. Feedback

If you provide Epic with any Feedback, you hereby grant Epic a non-exclusive, fully paid, royalty-free, worldwide, perpetual, irrevocable, sublicensable, transferable, and assignable license to use, reproduce, distribute, modify, adapt, prepare derivative works based on, publicly perform, publicly display, make, have made, use, sell, offer to sell, import, and otherwise exploit any and all Feedback for any purposes, for all current and future methods and forms of exploitation. "Feedback" means suggestions, comments, ideas, and all other types of information, including software and code, that you provide, publish, or otherwise communicate directly or indirectly (including your employees, agents, contractors, or representatives) to Epic or its agents that relates to the Services or Software. If any such rights may not be licensed under applicable law (such as moral and other personal rights), you hereby waive and agree not to assert any such rights. You understand and agree that Epic is not required to make any use of any Feedback that you provide. You agree that if Epic makes use of your Feedback, Epic is not required to credit or compensate you for your contribution. You represent and warrant that you have sufficient rights in any Feedback that you provide to Epic to grant Epic and other affected parties the rights described above. This includes but is not limited to intellectual-property rights and other proprietary or personal rights.

## 7. Ownership/Third Party Licenses

Epic and its licensors own all title, ownership rights, and intellectual property rights in the Software and Services. Features may be made available to you via the Software and Services that provide prefabricated templates or in-game items to use in connection with your UGC (defined below), however your use of a template does not give you any copyrights or other ownership in the template. Epic, Epic Games, Unreal, Unreal Engine, and Fortnite, and their respective logos, are trademarks or registered trademarks of Epic and its affiliates in the United States of America and elsewhere. All rights granted to you under this Agreement are granted by express license only and not by sale. No license or other rights shall be created hereunder by implication, estoppel, or otherwise.

The Software includes certain components provided by Epic's licensors. A list of credits and notices for third party components may be found in the game interface.

## 8. Disclaimers and Limitation of Liability

**Nothing in this Agreement will prejudice the statutory rights that you may have as a consumer of the Software or Services. Some countries, states, provinces or other jurisdictions do not allow the exclusion of certain warranties or the limitation of liability as stated in this section, so the below terms may not fully apply to you. Instead, in such jurisdictions, the exclusions and limitations below shall apply only to the extent permitted by the laws of such jurisdictions.**

**The Software (including any Game Currency and Content) and Services is provided on an "as is" and "as available" basis, "with all faults" and without warranty of any kind. Epic, its licensors, and its and their affiliates disclaim all warranties, conditions, common law duties, and representations (express,**

implied, oral, and written) with respect to the Software and Services, including without limitation all express, implied, and statutory warranties and conditions of any kind, such as title, non-interference with your enjoyment, authority, non-infringement, merchantability, fitness or suitability for any purpose (whether or not Epic knows or has reason to know of any such purpose), system integration, accuracy or completeness, results, reasonable care, workmanlike effort, lack of negligence, and lack of viruses, whether alleged to arise under law, by reason of custom or usage in the trade, or by course of dealing. Without limiting the generality of the foregoing, Epic, its licensors, and its and their affiliates make no warranty that (1) the Software or Services will operate properly, (2) that the Software or Services will meet your requirements, (3) that the operation of the Software or Services will be uninterrupted, bug free, or error free in any or all circumstances, or (4) that any defects in the Software or Services can or will be corrected. Any warranty against infringement that may be provided in Section 2-312 of the Uniform Commercial Code or in any other comparable statute is expressly disclaimed. Epic, its licensors, and its and their affiliates do not guarantee continuous, error-free, virus-free, or secure operation of or access to the Software or Services. This paragraph will apply to the maximum extent permitted by applicable law.

To the maximum extent permitted by applicable law, neither Epic, nor its licensors, nor its or their affiliates, nor any of Epic's service providers (collectively, the "Epic Parties"), shall be liable in any way for any loss of profits or any indirect, incidental, consequential, special, punitive, or exemplary damages, arising out of or in connection with this Agreement or the Software (including any Game Currency or Content) or Services, or the delay or inability to use or lack of functionality of the Software or Services, even in the event of an Epic Party's fault, tort (including negligence), strict liability, indemnity, product liability, breach of contract, breach of warranty, or otherwise and even if an Epic Party has been advised of the possibility of such damages. Further, to the maximum extent permitted by applicable law, the aggregate liability of the Epic Parties arising out of or in connection with this Agreement or the Software (including any Game Currency or Content) or Services will not exceed the total amounts you have paid (if any) to Epic for the Software (including any Game Currency or Content) during the twelve (12) months immediately preceding the events giving rise to such liability. These limitations and exclusions regarding damages apply even if any remedy fails to provide adequate compensation.

## 9. Indemnity

This section only applies to the extent permitted by applicable law. If you are prohibited by law from entering into the indemnification obligation below, then you assume, to the extent permitted by law, all liability for all claims, demands, actions, losses, liabilities, and expenses (including attorneys' fees, costs and expert witnesses' fees) that are the stated subject matter of the indemnification obligation below.

You agree to indemnify, pay the defense costs of, and hold Epic, its licensors, its and their affiliates, and its and their employees, officers, directors, agents, contractors, and other representatives harmless from all claims, demands, actions, losses, liabilities, and expenses (including attorneys' fees, costs, and expert witnesses' fees) that arise from or in connection with (a) any claim that, if true, would constitute a breach by you of this Agreement or negligence by you, (b) any act or omission by you in using the Software (including any Game

Currency or Content) or Services, or (c) any claim of infringement or violation of any third-party intellectual property rights arising from Epic's use of your UGC or Feedback as provided under Sections 5 or 6 of this Agreement. You agree to reimburse Epic on demand for any defense costs incurred by Epic and any payments made or loss suffered by Epic, whether in a court judgment or settlement, based on any matter covered by this Section 9.

## 10. Termination

Without limiting any other rights of Epic, this Agreement will terminate automatically without notice if you fail to comply with any of its terms and conditions. You may also terminate this Agreement by deleting the Software from all devices on which you've installed it. Upon any termination, the License will automatically terminate, you may no longer exercise any of the rights granted to you by the License, and you must destroy all copies of the Software in your possession.

**Except to the extent required by law, all payments and fees are non-refundable under all circumstances, regardless of whether or not this Agreement has been terminated.**

Sections 2, 5-13, and 15-17 will survive any termination of this Agreement.

## 11. Governing Law and Jurisdiction

This Agreement is entered into in the State of North Carolina, U.S.A., and shall be governed by, and construed in accordance with, the laws of the State of North Carolina, exclusive of its choice of law rules. For any Disputes deemed not subject to binding individual arbitration, as provided in the section immediately below, you and Epic agree to submit to the exclusive jurisdiction of the Superior Court of Wake County, North Carolina, or, if federal court jurisdiction exists, the United States District Court for the Eastern District of North Carolina. You and Epic agree to waive any jurisdictional, venue, or inconvenient forum objections to such courts (without affecting either party's rights to remove a case to federal court if permissible), as well as any right to a jury trial. The Convention on Contracts for the International Sale of Goods will not apply. Any law or regulation which provides that the language of a contract shall be construed against the drafter will not apply to this Agreement. This paragraph will be interpreted as broadly as applicable law permits.

## 12. Binding Individual Arbitration; Class Action Waiver

PLEASE READ THIS SECTION CAREFULLY. IT AFFECTS YOUR RIGHTS, INCLUDING YOUR RIGHT TO FILE A LAWSUIT IN COURT. THERE IS NO JUDGE OR JURY IN ARBITRATION, AND DISCOVERY PROCEDURES AND APPELLATE RIGHTS ARE MORE LIMITED THAN IN COURT.

Most issues can be resolved quickly and amicably by contacting Epic customer support at https://www.epicgames.com/customer-service. But we understand that sometimes disputes can't be easily resolved by customer support. This Section explains how You and Epic agree to resolve those disputes, including (where applicable) by binding, individual arbitration.

Arbitration is an alternative dispute-resolution procedure that allows us to resolve issues without the formality of going to court. Any dispute between You and Epic is submitted to a neutral arbitrator (not a judge or jury) for fair and fast resolution. Arbitration is more efficient for both you and Epic.

### 12.1 Informal Resolution

If you have an issue that our customer support can't resolve, prior to starting arbitration You and Epic agree to attempt to resolve the dispute informally to help get us to a resolution and control costs for both parties. You and Epic agree to make a good-faith effort to negotiate any dispute between us for at least 30 days ("Informal Resolution"). Those informal negotiations will start on the day You or Epic receive a written Notice of a Dispute in accordance with this Agreement.

You will send your Notice of Dispute to Epic Games, Inc., Legal Department, ATTN: NOTICE OF DISPUTE, Box 254, 2474 Walnut Street, Cary, North Carolina, 27518, U.S.A. Include your name, account name you use while playing Fortnite, address, how to contact you, what the problem is, and what you want Epic to do. If Epic has a dispute with You, Epic will send our Notice of Dispute to your registered email address and any billing address You have provided us. The Notice of Dispute sent by either party must include the sender's name, address, and other contact information, a description of the Dispute (including any relevant account names) and what resolution to the Dispute is being sought. All applicable statutes of limitations will be considered tolled beginning on the day one of us sends a compliant Notice of Dispute to the other. You or Epic cannot proceed to arbitration without having first sent a compliant Notice of Dispute and completing the Informal Resolution period. In the event of disagreements over whether a compliant Notice of Dispute was sent or an arbitration was filed without completing Informal Resolution, the party aggrieved by this failure can seek relief from the state courts in Wake County, North Carolina or, if federal jurisdiction exists, the United States District Court for the Eastern District of North Carolina, to enjoin the arbitration from proceeding until Informal Resolution has been completed, and to order the party that has not followed the Informal Resolution process to reimburse the other party for any arbitration fees and costs already incurred. Epic and you consent to the jurisdiction of such courts for this purpose.

If you reside in the European Union ("EU"), You may also be entitled to submit Your complaint to the European Commission's Online Dispute Resolution (ODR) Platform. ODR allows EU consumers to resolve disputes related to the online purchases of goods and services without going to court.

If the dispute isn't resolved within by Informal Resolution or small-claims court (below), You or Epic may start an arbitration in accordance with this Agreement.

### 12.2 Small Claims Court

Instead of using Informal Resolution, You and Epic agree that You may sue us in small-claims court in your choice of the county where you live or Wake County, North Carolina (if you meet the requirements of small-claims court). We hope you'll try Informal Resolution first, but you don't have to before going to small-claims court.

**12.3 Binding Individual Arbitration**

THE ARBITRATION PROCEEDINGS IN THIS SECTION WILL BE CONDUCTED ON AN INDIVIDUAL BASIS ONLY.

You and Epic agree that Disputes will be settled by binding individual arbitration conducted by National Arbitration and Mediation ("**NAM**"), https://namadr.com, according to NAM's Comprehensive Dispute Resolution Rules and Procedures in effect at the time the Dispute arises (the "Rules"), as modified by this Agreement. This Agreement affects interstate commerce, and the enforceability of this Section will be substantively and procedurally governed by the U.S. Federal Arbitration Act ("**FAA**"), 9 U.S.C. § 1, et seq., and federal arbitration law.

This means that You and Epic agree to a dispute-resolution process where we submit any Dispute to a neutral arbitrator (not a judge or jury) that makes the final decision to resolve the Dispute. NAM uses experienced professionals to arbitrate disputes, which helps You and Epic resolve any disputes fairly, but more quickly and efficiently than going to court. The arbitrator may award the same remedies to you individually as a court could, but only to the extent required to satisfy your individual claim.

The arbitrator's decision is final, except for a limited review by courts under the U.S. Federal Arbitration Act, and can enforced like any other court order or judgment.

**12.3.1 Disputes We Agree to Arbitrate:**

You and Epic agree to submit all Disputes between You and Epic to individual binding arbitration. "Dispute" means any dispute, claim, or controversy (except those specifically exempted below) between You and Epic that relates to your use or attempted use of Epic's products or services and Epic's products and services generally, including without limitation the validity, enforceability, or scope of this Binding Individual Arbitration section.

You and Epic agree to arbitrate all Disputes regardless of whether the Dispute is based in contract, statute, regulation, ordinance, tort (including fraud, misrepresentation, fraudulent inducement, or negligence), or any other legal or equitable theory.

The Informal Resolution and Arbitration sections do not apply to (1) individual actions in small-claims court; (2) pursuit of enforcement actions through a government agency if the law allows; (3) a complaint or remedy under the EU General Data Protection Regulation; (4) an action to compel or uphold any prior arbitration decision; (5) Epic's right to seek injunctive relief against You in a court of law to preserve the status quo while an arbitration proceeds; (6) claims of piracy, creation, distribution, or promotion of Cheats, and intellectual-property infringement, and (7) the enforceability of the Class Action Waiver clause below.

You and Epic agree that whether a dispute is subject to arbitration under this Agreement will be determined by the arbitrator rather than a court.

**12.3.2 Arbitration Procedure:**

You or Epic may initiate arbitration of any Disputes not resolved by Informal Resolution by filing a "Demand for Arbitration" with NAM in accordance with the Rules. Instructions for filing a Demand for Arbitration with NAM are available on the NAM website or by emailing NAM at commercial@namadr.com . You will send a copy of any Demand for Arbitration to Epic Games, Inc., Legal Department, ATTN: ARBITRATION OF DISPUTE, Box 254, 2474 Walnut Street, Cary, North Carolina, 27518, U.S.A. Epic will send any Demand for Arbitration to your registered email address and any billing address You have provided us.

The arbitration will be conducted by a single arbitrator. You and Epic both agree that the arbitration will be conducted in the English language and that the arbitrator will be bound by this Agreement.

If an in-person hearing is required, the hearing will take place either in Wake County, North Carolina, or where You reside; **you choose**.

The arbitrator (not a judge or jury) will resolve the Dispute. Unless You and Epic agree otherwise, any decision or award will include a written statement stating the decision of each claim and the basis for the award, including the arbitrator's essential factual and legal findings and conclusions.

The arbitrator may only award legal or equitable remedies that are requested by You or Epic to satisfy one of our individual claims (that the arbitrator determines are supported by credible relevant evidence). To the fullest extent allowed by applicable law, the arbitrator may not award relief against Epic respecting any person other than You.

Any decision or award may be enforced as a final judgment by any court of competent jurisdiction or, if applicable, application may be made to such court for judicial acceptance of any award and an order of enforcement.

### 12.3.3 Arbitration Fees and Location:

If You start the arbitration, you must pay the NAM filing fee required for consumer arbitrations.

In some situations, Epic will help with your fees to (hopefully) get us to a resolution quickly and fairly:

If the Dispute involves $10,000 or less, Epic will pay all of the NAM filing fee, including the fee you otherwise would have been required to pay.

If the above doesn't apply to You, but You demonstrate that the arbitration filing fee will be prohibitive compared to litigation costs, Epic will pay as much of your filing fee as the arbitrator finds is necessary to prevent arbitration from being cost-prohibitive (as compared to the cost of litigation).

For purposes of calculating damages under this paragraph, similar claims brought by multiple claimants represented by the same or coordinated counsel will be aggregated. In other words, if twenty people represented by the same or coordinated counsel seek $1,000 each, this will be treated for purposes of this section as a claim that seeks $20,000.

Even if Epic wins the arbitration and the applicable law or the NAM Rules allow Epic to seek our portion of NAM fees from you, we won't.

The fee assistance offered above is contingent upon You bringing the arbitration claim in "good faith". If the arbitrator finds You brought an arbitration claim against Epic for an improper purpose, frivolously, or without a sufficient pre-claim investigation into the facts or applicable law, then the payment of all fees will be governed by the Rules.

Filing fees Epic agrees to pay under this section NAM costs do not include your Attorneys' fees and costs and Attorneys' fees and NAM costs are not counted when determining how much a dispute involves.

**Epic won't seek our attorneys' fees or expenses from you in any arbitration, even if the law or the Rules entitle us to do so.** If you choose to be represented by an attorney, you will pay your own attorneys' fees and costs unless the applicable law provides otherwise.

### 12.3.4 Coordinated Filings

If 25 or more Notices of Disputes are sent that raise similar claims and have the same or coordinated counsel, these will be considered "**Coordinated Cases**" and will be treated as mass filings or multiple case filings according to the Rules, if and to the extent Coordinated Cases are sought to be filed in arbitration as set forth in this Agreement. Epic or you may advise the other of its or your belief that cases are Coordinated Cases, and disputes over whether a case or cases meet the contractual definition of "Coordinated Cases" will be decided by the arbitration provider as an administrative matter. **Demands for Arbitration in Coordinated Cases shall only be filed with the arbitration provider as permitted by the bellwether process set forth below.** Epic will pay only its share of arbitration fees for Coordinated Cases filed in arbitration; the claimants will be responsible for their share of those fees. **Applicable statutes of limitations will be tolled for claims asserted in a Coordinated Case from the time a compliant Notice of Dispute has been received by a party until, under the terms of this Agreement, the Coordinated Case is filed in arbitration or, as provided for below, in court.**

Once counsel in the Coordinated Cases has advised Epic that all or substantially all Notices of Dispute have been provided for those cases, counsel for the parties shall confer in good faith

regarding the number of cases that should proceed in arbitration as "bellwethers," to allow each side a reasonable opportunity to test the merits of its arguments. If counsel for the parties do not agree on the number of bellwethers, an even number shall be chosen by the arbitration provider as an administrative matter (or, in the arbitration provider's discretion, by a process arbitrator). Factors that the arbitration provider may consider in deciding how many bellwether trials to order include the complexity of the dispute and differences in facts or applicable laws among various cases. Once the number of bellwethers is fixed, by agreement or by the arbitration provider, each side shall select half that number from among the claimants who have provided compliant Notices of Dispute, and **only** those chosen cases may be filed with the arbitration provider. No other cases may be filed until those bellwether matters have concluded, and Epic Games may not be required to pay

any fees associated with arbitration demands other than those permitted to be filed as bellwethers. The parties acknowledge that resolution of Coordinated Cases not selected as bellwethers will be delayed by this bellwether process.

Unless the parties agree otherwise, each bellwether trial should be assigned to a different arbitrator.

Only bellwether trials will proceed in arbitration. Once all bellwether trials have concluded (or sooner if the counsel for the claimants and Epic agree), the parties must engage in a single mediation of all remaining Coordinated Cases, with each side paying half the applicable mediation fee. Epic and counsel for the claimants must agree on a mediator within 30 days after the conclusion of the last bellwether trial. If counsel for Epic and claimants cannot agree on a mediator within 30 days, the arbitration provider will appoint a mediator as an administrative matter. Epic and counsel for the claimants will cooperate for the purpose of ensuring that the mediation is scheduled as quickly as practicable after the mediator is appointed.

If the mediation does not yield a global resolution, this arbitration requirement shall no longer apply to Disputes that are the subject of Coordinated Cases for which a compliant Notice of Dispute was received by the other party but that were not resolved in bellwether proceedings. Such Disputes may be filed only in the state courts in Wake County, North Carolina, or if federal jurisdiction exists, in the United States District Court for the Eastern District of North Carolina, and you consent as part of the Agreement to venue such cases exclusively in these courts. Nothing in this paragraph shall be construed as prohibiting either you or Epic from removing a case from state to federal court if removal is allowed under applicable law. To the extent you are asserting the same claims as other persons and are represented by common or coordinated counsel, you agree to waive any objection that the joinder of all such persons is impracticable. If a formerly arbitrable Dispute is brought in court, claimants may seek class treatment, but to the fullest extent allowed by applicable law, the classes sought may comprise only the claimants in the Coordinated Cases who provided compliant Notices of Dispute. Any party may contest class certification at any stage of the litigation and on any available basis.

The state courts of Wake County, North Carolina or, if federal jurisdiction exists, the United States District Court for the Eastern District of North Carolina, shall have authority to enforce this bellwether process and may enjoin the filing of lawsuits or arbitration demands not made in compliance with it. You consent to the jurisdiction of such courts for this purpose.

**12.3.5 Notice and Filing.** If a Dispute must be arbitrated, You or Epic must start arbitration of the Dispute within two (2) years from when the Dispute first arose. If applicable law requires you to bring a claim for a Dispute sooner than two years after the Dispute first arose, you must start arbitration in that earlier time period. Epic encourages You to tell us about a Dispute as soon as possible so we can work to resolve it. **The failure to provide timely notice shall bar all claims.**

**12.3.6 Continuation in Effect.** The dispute resolution process set forth in this section survives any termination of this Agreement or Epic's provision of services to You.

**12.3.7 Future Arbitration Changes.** Although Epic may revise this Agreement in its discretion, Epic does not have the right to alter the terms of arbitration or the rules specified herein with respect to any Dispute once that

Dispute arises, if such change would make arbitration procedures less favorable to the claimant. Whether changed procedures are less favorable to the claimant is an issue to be decided by the arbitrator, and if multiple claimants are proceeding in Coordinated Cases, the applicability of revised terms to the Coordinated Cases will be decided by the arbitration provider as a process matter.

**12.4 Class Action Waiver**

To the maximum extent permitted by applicable law, for any case not subject to the requirement to arbitrate (except to the limited extent discussed above for unresolved Coordinated Cases) You and Epic agree to only bring disputes, claims, or controversies between you and Epic that relates to any Epic Product or the Epic Products generally, your use or attempted use of an Epic Product, or this Agreement, in an individual capacity and shall not:

seek to bring, join, or participate in any class or representative action, collective or class-wide arbitration, or any other action where another individual or entity acts in a representative capacity (e.g., private attorney general actions); or

consolidate or combine individual proceedings or permit another to do so without the express consent of all parties.

**12.5 Severability**

If all or any provision of this Section is found invalid, unenforceable, or illegal, then You and Epic agree that the provision will be severed and the rest of the agreement shall remain in effect and be construed as if any severed provision had not been included. The sole exception is that if the prohibition on class arbitrations is found invalid, unenforceable, or illegal, You and Epic agree that it will not be severable; this entire Section 12, except for Section 12.4, will be void and unenforceable and any dispute will be resolved in court subject to the venue and choice of clauses specified in this Agreement. Under no circumstances shall arbitration be conducted on a class basis without Epic's express consent.

**12.6 Your 30-Day Right to Opt Out**

You have the right to opt out of and not to be bound by the arbitration and class action waiver provisions set forth in this Agreement. To exercise this right, You must send written notice of your decision to the following address: Epic Games, Inc., Legal Department, ATTN: ARBITRATION OPT-OUT, Box 254, 2474 Walnut Street, Cary, North Carolina, 27518, U.S.A. Your notice **must** include your name, mailing address, and account name you use while playing Fortnite, and state that you do not wish to resolve disputes with Epic through arbitration. **To be effective, this notice must be postmarked or deposited within 30 days of the date on which you first accepted this Agreement unless a longer period is required by applicable law; otherwise you will be bound to arbitrate disputes in accordance with this section.** You are responsible for ensuring that Epic receives your opt-out notice, so you may wish to send it by a means that provides for a delivery receipt. If you opt out of these arbitration provisions, Epic will not be bound by them with respect to Disputes with you.

**13. U.S. Government Matters**

The Software is a "Commercial Item" (as defined at 48 C.F.R. §2.101), consisting of "Commercial Computer Software" and "Commercial Computer Software Documentation" (as used in 48 C.F.R. §12.212 or 48 C.F.R. §227.7202, as applicable). The Software is being licensed to U.S. Government end users only as Commercial Items and with only those rights as are granted to other licensees under this Agreement.

You agree to comply with all applicable federal and foreign laws, regulations, and rules, and complete any required undertakings. You agree not to use, export, re-export, or download the Software or Services into (or to a national or resident of) any country to which the U.S. has embargoed goods, or to anyone on the U.S. Treasury Department's list of Specially Designated Nationals or the U.S. Commerce Department's Table of Denial Orders. You represent and warrant that you are not located in, under the control of, or a national or resident of any U.S. restricted or prohibited country or on any U.S. restricted or prohibited list.

**14. Amendments of this Agreement**

**Epic may issue an amended Agreement, Terms of Service, or Privacy Policy at any time in its discretion by posting the amended Agreement, Terms of Service, or Privacy Policy on its website or by providing you with digital access to amended versions of any of these documents when you next access the Software. If any amendment to this Agreement, the Terms of Service, or Privacy Policy is not acceptable to you, you may terminate this Agreement and must stop using the Software. Your continued use of the Software will demonstrate your acceptance of the amended Agreement and Terms of Service as well as your acknowledgement that you have read the amended Privacy Policy.**

**15. No Assignment**

You may not, without the prior written consent of Epic, assign, transfer, charge, or sub-contract all or any of your rights or obligations under this Agreement, and any attempt without that consent will be null and void. If restrictions on transfer of the Software in this Agreement are not enforceable under the law of your country, then this Agreement will be binding on any recipient of the Software. Epic may at any time assign, transfer, charge, or sub-contract all or any of its rights or obligations under this Agreement.

**16. Definitions**

As used in this Agreement, the following capitalized words have the following meanings:

"**Cheat Detection**" means functionality intended to identify Cheats.

"**Cheats**" means programs, methods, or other processes which may give players an unfair competitive advantage in the Software.

"**Confidential Information**" means any non-public information related to the Software, including without limitation information related to gameplay or other content, Game Currency, Content, the Services, your own feedback and comments, and the feedback or comments of any other licensee of the Software or any Epic

representative.

"**Content**" means any virtual items, virtual environments (such as islands), or other content that Epic makes available for you to access or download through or in connection with the Software, and expressly includes Licensed Music, and UGC that has been licensed to us by our users.

"**Epic**" means, depending on the location of your primary residence:

a. Epic Games, Inc., a Maryland Corporation having its principal business offices at Box 254, 2474 Walnut Street, Cary, North Carolina, 27518, U.S.A.; or

b. Epic Games Entertainment International GmbH, a limited liability company organized under the laws of Switzerland, having its registered office at Platz 10 6039 Root D4, Switzerland.

"**Feedback**" means any feedback or suggestions that you provide to Epic regarding the Software, Services or other Epic products and services.

"**Services**" means any services made available to you through the Software, including services to acquire, maintain and use Game Currency and Content.

"**Software**" means the proprietary software application known as Fortnite, and any patches, updates, and upgrades to the application, and all related content and documentation made available to you by Epic under this Agreement, including but not limited to all software code, titles, themes, objects, characters, names, dialogue, catch phrases, locations, stories, artwork, animation, concepts, sounds, audio-visual effects, methods of operation, and musical compositions that are related to the application, and any copies of any of the foregoing. Software specifically includes all Game Currency and Content for which you have paid the associated fee or otherwise acquired a license under Section 4.

## 17. Miscellaneous

This Agreement and any document or information referred to in this Agreement constitute the entire agreement between you and Epic relating to the subject matter covered by this Agreement. All other communications, proposals, and representations with respect to the subject matter covered by this Agreement are excluded.

The original of this Agreement is in English; any translations are provided for reference purposes only. It is the express wish of the parties that these Terms and all related documents have been drawn up in English. Les parties déclarent qu'elles ont demandé et par les présentes confirment leur desir exprés que cette convention soit rédigee en anglais. You waive any right you may have under the law of your country to have this Agreement written or construed in the language of any other country.

This Agreement describes certain legal rights. You may have other rights under the laws of your jurisdiction. This Agreement does not change your rights under the laws of your jurisdiction if the laws of your jurisdiction do not permit it to do so. Limitations and exclusions of warranties and remedies in this Agreement may not apply to you

because your jurisdiction may not allow them in your particular circumstance. In the event that certain provisions of this Agreement are held by a court or tribunal of competent jurisdiction to be unenforceable, those provisions shall be enforced only to the furthest extent possible under applicable law and the remaining terms of this Agreement will remain in full force and effect.

Any act by Epic to exercise, or failure or delay in exercise of, any of its rights under this Agreement, at law or in equity will not be deemed a waiver of those or any other rights or remedies available in contract, at law or in equity.

You agree that this Agreement does not confer any rights or remedies on any person other than the parties to this Agreement, except as expressly stated.

Epic's obligations are subject to existing laws and legal process, and Epic may comply with law enforcement or regulatory requests or requirements despite any contrary term in this Agreement.

## 18. Additional Platform Terms

### 18.1 Sony PlayStation Users:

The following additional terms and conditions apply with respect to Software available for use on PlayStation devices that you own or control:

Please note that Epic will store Sony Entertainment Network account information, including your email address and Online ID, as explained in Epic's Privacy Policy. Epic may allow its users to search for other Epic accounts by their SEN account and other Epic users may send you friend requests. Your SEN account privacy settings will not apply to your Epic account.

In no event may you convert any Software virtual currency into real currency, tangible goods, or in-kind consideration, and you are expressly forbidden from engaging in off-platform sales or exchanges of such virtual currency, such as at eBay or other auction sites.

**For SIEA users:** Purchase and use of items are subject to the Network Terms of Service and User Agreement. This online service has been sublicensed to you by Sony Interactive Entertainment America.

**For SIEE users:** Any content purchased in an in-game store will be purchased from Sony Interactive Entertainment Network Europe Limited ("SIENE") and be subject to PlayStation™ Network Terms of Service and User Agreement which is available on the PlayStation® Store. Please check usage rights for each purchase as these may differ from item to item. Unless otherwise shown, content available in any in-game store has the same age rating as the game.

### 18.2 Microsoft Xbox Users

The following additional terms and conditions apply with respect to Software available for use on Xbox Live

devices that you own or control:

Neither Microsoft Corporation nor any of its affiliates (collectively, "**Microsoft**") have any maintenance or support obligations with respect to the Software or Services.

Nothing in this Agreement shall govern or change, in any way, your relationship with Microsoft under any agreements between you and Microsoft, including the Xbox Live terms of use.

Further, to the maximum extent permitted by applicable law, the aggregate liability of the Epic Parties (other than Microsoft) arising out of or in connection with this Agreement or the Software (including any Game Currency or Content) or Services will not exceed the total amounts you have paid (if any) to Epic for the Software (including any Game Currency or Content) during the twelve (12) months immediately preceding the events giving rise to such liability and Microsoft shall have no liability to you arising out of or in connection with this Agreement or the Software (including any Game Currency or Content) or Services. These limitations and exclusions regarding damages apply even if any remedy fails to provide adequate compensation.

**18.3 Apple iOS Users.**

The following additional terms and conditions apply with respect to Software available for use on any Apple, Inc. ("Apple") iPhone or iPad devices that you own or control:

You acknowledge that your agreement is not with Apple. Epic, not Apple, is solely responsible for the Software and the content thereof.

Your use of the Software shall be subject to the terms of this Agreement and as permitted by the Usage Rules set forth in the App Store Terms and Conditions as of the date you download or first use the Software (which you acknowledge you have had the opportunity to review).

You agree that Apple has no maintenance or support obligations with respect to the Software or Services.

You acknowledge and agree that Apple is not responsible for any product warranties, whether express or implied by law, with respect to the Software or Services. If you are legally entitled to a warranty in your country or other jurisdiction, then in the event of any failure of the Software or Services to conform to such required warranty, you may notify Apple, and Apple will refund the purchase price, if any, paid by you to Apple for the Software. To the maximum extent permitted by applicable law, Apple will have no other warranty obligation whatsoever with respect to the Software or Services, and any other claims, losses, liabilities, damages, costs or expenses attributable to any failure to conform to such required warranty will be Epic's sole responsibility. However, you understand and agree that in accordance with this Agreement, Epic has disclaimed all warranties of any kind with respect to the Software and Services, and therefore, there are no warranties applicable to the Software or Services, except those required by law.

As between Apple and Epic, Epic, not Apple, is responsible for addressing your or any third party's claims relating to the Software or Services or your possession and/or use of the Software or Services, including, but not

limited to: (i) product liability claims; (ii) any claim that the Software or Services fail to conform to any applicable legal or regulatory requirement; and (iii) claims arising under consumer protection or similar legislation. In the event of any third party claim that the Software or Services or your possession and use of the Software or Services infringes that third party's intellectual property rights, Epic, not Apple, will be solely responsible for the investigation, defense, settlement and discharge of any such intellectual property infringement claim (if and to the extent required under this Agreement).

You agree that this Agreement does not confer any rights or remedies on any person other than the parties to this Agreement, except as expressly stated. Notwithstanding the foregoing, Apple, and Apple's subsidiaries, are third party beneficiaries of this Agreement, and upon your acceptance of this Agreement, Apple will have the right (and will be deemed to have accepted the right) to enforce this Agreement against you as a third party beneficiary thereof.

Any end-user questions, complaints or claims with respect to the Software should be directed to help@fortnite.com.

**18.4 Samsung GALAXY Users**

The following additional terms and conditions apply with respect to Software available for use on the Samsung GALAXY devices that you own or control:

The Software may provide you the ability to make payments through Samsung's In-App-Purchase APIs. In the event that you make a payment using Samsung's In-App-Purchase, the Samsung GALAXY Apps Terms and Conditions that you entered into with Samsung Electronics Co., Ltd. (or its affiliates) regarding the use of Samsung's In-App-Purchase and its equivalent terms shall apply to the payment and any refunds related to such payment.

**Disclosure Requirement - Monthly Active Users in the EU (Updated February 16, 2024)**

The estimated average monthly active recipients in the European Union of Fortnite for the past six months was 22.6 million.
The estimated average monthly active recipients in the European Union of Fortnite.com for the past six months was 6.2 million.
Users who accessed more than one of Epic's services or products in a given month are counted as a user for each service or product.

# Exhibit 3



# Duos Cash Cups - Chapter 5 Season 3 - Official Rules

Fortnite Duos Cash Cups - Chapter 5 Season 3 - Official Rules

These are the Official Rules ("Rules") for the Fortnite Duos Cash Cups ("Duos Cash Cup", "ZB Duos Cash Cup", "Duos Console Cash Cup" or "Event"), which is hosted by or on behalf of Epic Games, Inc. ("Epic"). These Rules are a legal agreement between you and Epic for your participation in the Event.

Table of Contents

1. Introduction and Acceptance

2. Event Structure

3. Player Eligibility; Epic Account Structure

4. Team Rules

5. Issues

6. Communication

7. Post-Match Process

8. Code of Conduct

9. Enforcement; Rules and Conduct Violations

10. Disclaimers

11. Publicity; Interview Consent

12. Governing Law

13. Waiver of Jury Trial

14. Privacy

15. Other Languages

Attachment A: Scoring System

Attachment B: Schedule

Attachment C: Event Prizes

1. Introduction and Acceptance

1.1 Introduction. These Rules are designed to protect the Event, and are intended to help ensure that it is fun, fair, and free from Toxic Behavior (as defined in Section 8.1).

1.2 Acceptance of these Rules. By participating in the Event, including by joining any Session or Match in the Event, or by clicking to accept these Rules, you agree to these Rules. References to "you," "your," and "each player" mean you and, if you are a Minor (as defined in Section 1.3), your parent or legal guardian, as the case may be.

1.3 Minors. If you are under 18 years of age (or the age of majority as defined in your country of residence) (a "Minor"), you must have permission from your parent or legal guardian to agree to these Rules and to participate in the Event. In addition, if you are a Minor, your parent or legal guardian must also agree to these Rules on behalf of themselves and your behalf. If you're the parent or guardian of a Minor, you need to accept the Rules. If you accept the Rules as the parent or guardian of a Minor, you confirm you're the Minor's parent or legal guardian and you agree to supervise and be fully responsible for their participation in the Event, including compliance with these Rules.

1.4 Changes to the Rules. Epic may change these Rules from time to time by notifying you of such changes by any reasonable means, including by posting revised Rules online at https://www.fortnite.com/competitive/rules-library. By continuing to participate in the Event, you are agreeing to the updated Rules. If you do not agree to the updated Rules, you must withdraw your participation in the Event.

2. Event Structure

2.1 Key Terms.

"Elimination" means an occurrence where one player entirely depletes the HP and Shield (if any) of another player. Subject to Section 7.1.2, elimination credit is determined by (a) the action feed located at the bottom left corner of the gameplay screen, and (b) the UI illustrating the total number of eliminations earned during a single match. However, elimination credit shall not be awarded to a player for any portion of a match following such player's elimination.

"Event Administrator" means any Epic employee, agents or member of the Event admin team, broadcast team, production team, event staff, or anyone else engaged by Epic for the purpose of running the Event.

"Leaderboard" means the in-game leaderboard for each Session.

"Match" means a single instance of competition within Fortnite that is played until a player or team achieves a Victory Royale.

"Ranked" means Fortnite's ranked, competitive mode composed of eight (8) ranks (each, a "Rank") separated into eighteen (18) divisions (each, a "Division") as follows:

Bronze Rank: Division I

Bronze Rank: Division II

Bronze Rank: Division III

Silver Rank: Division I

Silver Rank: Division II

Silver Rank: Division III

Gold Rank: Division I

Gold Rank: Division II

Gold Rank: Division III

Platinum Rank: Division I

Platinum Rank: Division II

Platinum Rank: Division III

Diamond Rank: Division I

Diamond Rank: Division II

Diamond Rank: Division III

Elite Rank

Champion Rank

Unreal Rank

"Region" means the matchmaking region in which the Event is hosted. There are currently six (6) regions: North America (NA); Europe (EU); Asia (ASIA); Brazil (BR); Middle East (ME); Oceania (OCE).

"Session" means a set of matches that is played until a winner or multiple winners are determined by one of the following methods: (a) completion of a set number of matches or (b) completion of a set time period.

"Victory Royale" means an occurrence where a player or team meets the victory conditions of the current game mode of the match being played. Typically, this refers to obtaining a first-place placement finish.

2.2 Event Format and Scoring.

2.2.1 Format Summary. These Duos Cash Cups will consist of three (3) events: Duos Cash Cup, ZB Duos Cash Cup, and Duos Console Cash Cup. Each event will award cash prizing to winning players (see Attachment C)

2.2.2 Duos Cash Cup.

For each Duos Cash Cup, all eligible players on a Duos team (as determined by Epic in accordance with these

Rules) must have advanced into Gold Rank (or higher) in Battle Royale Ranked Mode in their respective server region ("Region") by the start of such Duos Cash Cup to be eligible to queue up and compete during the applicable Duos Cash Cup session window as listed in-game.

For Round 1 of the applicable Duos Cash Cup ("Round 1"), each session will last approximately three (3) hours. Teams may participate in a maximum of ten (10) matches during a Duos Cash Cup Round 1 session. Teams will earn points based on the scoring system listed in Attachment A (as applicable). Matches for a Duos Cash Cup Round 1 session will count only if the match begins before such session window closes.

At the conclusion of the applicable Duos Cash Cup Round 1 session, the top 50 point earning teams from each Region will advance and be able to queue up for Round 2 of such Duos Cash Cup ("Round 2") based on their final Round 1 ranking on the in-game leaderboard ("Leaderboard"). It will not be possible to enter the applicable Duos Cash Cup Round 2 session without ranking in such Region's top placements during the applicable Duos Cash Cup Round 1 session.

For Round 2 of the applicable Duos Cash Cup, teams will compete in a single session during their respective Region's Round 2 session window as listed in-game. Teams may participate in a maximum of six (6) matches during the Duos Cash Cup Round 2 session. The Round 2 session will last approximately three (3) hours, with the first match starting ten (10) minutes after the session window begins, and a new match starting every thirty-two (32) minutes thereafter. If a team fails to queue for the playlist and/or misses the start time for a given match, such team will be considered to have finished in (or tied for) last place with zero eliminations for that missed match. Teams will earn points based on the scoring system listed in Attachment A (as applicable). Matches for the Duos Cash Cup Round 2 session will count only if the match begins before the session window closes.

For clarity, teams may only participate in a single Region during each Duos Cash Cup session.

At the conclusion of the applicable Duos Cash Cup Round 2 session, and subject to the terms and conditions herein (including, without limitation, Section 2.5.2), the top point earning teams as listed on the Leaderboard from each Region will be awarded prizes as set out in Section awarded prizes as set out in Attachment C.

2.2.3 ZB Duos Cash Cup.

For each ZB Duos Cash Cup, all eligible players on a Duos team (as determined by Epic in accordance with these Rules) must have advanced into Gold Rank (or higher) in Zero Build Ranked Mode in their respective server region ("Region") by the start of such ZB Duos Cash Cup to be eligible to queue up and compete during the applicable ZB Duos Cash Cup session window as listed in-game.

For Round 1 of the applicable ZB Duos Cash Cup ("Round 1"), each session will last approximately three (3) hours. Teams may participate in a maximum of ten (10) matches during a ZB Duos Cash Cup Round 1 session. Teams will earn points based on the scoring system listed in Attachment A (as applicable). Matches for a ZB Duos Cash Cup Round 1 session will count only if the match begins before such session window closes.

At the conclusion of the applicable ZB Duos Cash Cup Round 1 session, the top 50 point earning teams from each Region will advance and be able to queue up for Round 2 of such ZB Duos Cash Cup ("Round 2") based

on their final Round 1 ranking on the in-game leaderboard ("Leaderboard"). It will not be possible to enter the applicable ZB Duos Cash Cup Round 2 session without ranking in such Region's top placements during the applicable ZB Duos Cash Cup Round 1 session.

For Round 2 of the applicable ZB Duos Cash Cup, teams will compete in a single session during their respective Region's Round 2 session window as listed in-game. Teams may participate in a maximum of six (6) matches during the ZB Duos Cash Cup Round 2 session. The Round 2 session will last approximately three (3) hours, with the first match starting ten (10) minutes after the session window begins, and a new match starting every thirty-two (32) minutes thereafter. If a team fails to queue for the playlist and/or misses the start time for a given match, such team will be considered to have finished in (or tied for) last place with zero eliminations for that missed match. Teams will earn points based on the scoring system listed in Attachment A (as applicable). Matches for the ZB Duos Cash Cup Round 2 session will count only if the match begins before the session window closes.

For clarity, teams may only participate in a single Region during each ZB Duos Cash Cup session.

At the conclusion of the applicable ZB Duos Cash Cup Round 2 session, and subject to the terms and conditions herein (including, without limitation, Section 2.5.2), the top point earning teams as listed on the Leaderboard from each Region will be awarded prizes as set out in Section awarded prizes as set out in Attachment C.

2.2.3 Duos Console Cash Cup.

For each Duos Console Cash Cup, all eligible players on a Duos team (as determined by Epic in accordance with these Rules) must have advanced into Gold Rank (or higher) in Battle Royale Ranked Mode in their respective server region ("Region") by the start of such Duos Console Cash Cup to be eligible to queue up and compete during the applicable Duos Console Cash Cup session window as listed in-game.

For Round 1 of the applicable Duos Console Cash Cup ("Round 1"), each session will last approximately three (3) hours. Teams may participate in a maximum of ten (10) matches during a Duos Console Cash Cup Round 1 session. Teams will earn points based on the scoring system listed in Attachment A (as applicable). Matches for a Duos Console Cash Cup Round 1 session will count only if the match begins before such session window closes.

At the conclusion of the applicable Duos Console Cash Cup Round 1 session, the top 50 point earning teams from each Region will advance and be able to queue up for Round 2 of such Duos Console Cash Cup ("Round 2") based on their final Round 1 ranking on the in-game leaderboard ("Leaderboard"). It will not be possible to enter the applicable Duos Console Cash Cup Round 2 session without ranking in such Region's top placements during the applicable Duos Consoles Cash Cup Round 1 session.

For Round 2 of the applicable Duos Console Cash Cup, teams will compete in a single session during their respective Region's Round 2 session window as listed in-game. Teams may participate in a maximum of six (6) matches during the Duos Console Cash Cup Round 2 session. The Round 2 session will last approximately three (3) hours, with the first match starting ten (10) minutes after the session window begins, and a new match starting every thirty-two (32) minutes thereafter. If a team fails to queue for the playlist and/or misses the start time for a given match, such team will be considered to have finished in (or tied for) last place with zero

eliminations for that missed match. Teams will earn points based on the scoring system listed in Attachment A (as applicable). Matches for the Duos Console Cash Cup Round 2 session will count only if the match begins before the session window closes.

For clarity, teams may only participate in a single Region during each Duos Console Cash Cup session.

At the conclusion of the applicable Duos Console Cash Cup Round 2 session, and subject to the terms and conditions herein (including, without limitation, Section 2.5.2), the top point earning teams as listed on the Leaderboard from each Region will be awarded prizes as set out in Section awarded prizes as set out in Attachment C.

2.2.2 Tiebreakers.

Tiebreakers will be determined in the order presented here: (1) total points scored; (2) total Victory Royales in the session; (3) average eliminations in the session; (4) average placement per match in the session; and finally (5) total seconds survived across all matches.

2.2.3 Platforms. Players acknowledge and agree that the Event is cross-platform, other players may participate in the Event on different platforms (i.e., PC, console, or mobile (as applicable)), and that different platforms may offer features, such as controllers, player interface, and/or ability to individualize certain game settings/sensitivities, etc., which may arguably provide a competitive advantage to one platform over another. Epic makes no adjustments in the Event to accommodate different platforms, and it is each player's responsibility to select the platform they use to participate in the Event.

2.3 Schedule. The tentative schedule and dates for Events is set forth in Attachment B. Dates may be changed; final dates and times will be displayed in-game.

2.4 Rescheduling. Epic may, in its sole discretion, change the schedule, the date and/or the game mode for any Match or Session of the Event. However, Epic will inform players of any changes at its earliest convenience.

2.5 Prizes.

2.5.1 Subject to Section 2.5.2, prizes will be awarded to each player, or each team (divided evenly between the two (2) players) based on its placement within the Leaderboard at the conclusion of the applicable Round 2 session. The specific prize awards are set forth in Attachment C.

2.5.2 Prize Restricted Regions. NOTWITHSTANDING THE FOREGOING OR ANY OTHER PROVISION OF THESE RULES TO THE CONTRARY, IF YOU ARE AN INDIVIDUAL RESIDING IN TURKEY OR RUSSIA (EACH, A "PRIZE RESTRICTED REGION"), YOU ACKNOWLEDGE AND AGREE THAT YOU ARE NOT ELIGIBLE FOR NOR ENTITLED TO WIN ANY PRIZES IN CONNECTION WITH THE EVENT.

2.5.3 Prizing Information.

Only eligible, ranked players who do not reside in a Prize Restricted Region (as determined by Epic in its sole discretion) will be eligible to receive the applicable prizes set forth in Section 2.5.1 ("Winning Players"). No other player will be entitled to win any prizes in connection with the Event.

Prizes are awarded "as is" with no warranty or guarantee, either express or implied. Prizes are not transferable or assignable and cannot be transferred by Winning Players. Non-cash prizes (if any) cannot be redeemed for cash. All prize details are at the sole discretion of Epic. Winning Players are not entitled to any surplus between actual retail value of prize and approximate retail value, and any difference between approximate and actual value of the prize will not be awarded. Winning Players are responsible for any costs and expenses associated with prize acceptance and use not specified herein as being provided. Winning Players may not substitute a prize, but Epic reserves the right, at its sole discretion, in case of justified reasons, to substitute a prize (or portion thereof) with one of comparable or greater value. Additional terms and conditions may apply to acceptance and use of a prize.

Potential Winning Players will be notified by Epic of their status as a potential Winning Player at the email address associated with such players' Epic Games Account ("Epic Account") within sixty (60) days of completion of the applicable Event Session, or such other time as reasonably required by Epic for such notification, and will be subject to verification of eligibility pursuant to Section 3 and compliance with these Rules. Potential Winning Players must keep the Epic Account that they used to compete in the Event active throughout the verification of eligibility process.

Upon formal notification from Epic, a potential Winning Player shall have forty five (45) days from the date such notice was emailed to respond and provide (1) any information or materials requested by Epic for purposes of verification of eligibility pursuant to Section 3 and (2) the Release (as defined below). Such response from a potential Winning Player must be delivered to the email address from which Epic's notification was sent or, at Epic's sole option, another email address specified in the notification. The date of receipt by Epic shall be decisive for a potential Winning Player's compliance with the deadlines set forth in this Section 2.5.3.

In the event of (a) the failure by any such player to (i) keep the Epic Account that such player used to compete in the Event active throughout the verification of eligibility process or (ii) timely respond to any notification or request for materials or information; or (b) any such player being unable to accept or receive the prize for any reason (including for participating in the Event on, or attempting to complete the verification of eligibility process with, an Epic Games Cabined Account ("Cabined Account"), or for failure to provide the necessary tax and payment information through Epic's approved tax and payment processing vendors), then such player shall be disqualified as a potential Winning Player, and such player shall not be entitled to win any prizes in connection with the Event. In such cases, no alternate Winning Player will be named, and Epic shall have the right, in its sole and absolute discretion, to (y) award any prize amounts that would have otherwise been awarded to such disqualified player as part of a future Game competitive event or (z) award any such prize amounts to non-profit causes and efforts. A Winning Player will only be announced once the verification of eligibility process has been completed by Epic pursuant to these Rules.

Winning Players will also be required to provide certain payment information to Epic, including any required tax information forms, in order to receive the prizes. Epic may withhold payment of the prizes if the Winning Player fails to provide the applicable payment forms to Epic in a timely manner.

PRIZES ARE SUBJECT TO APPLICABLE INTERNATIONAL, FEDERAL, STATE, AND LOCAL TAXES (INCLUDING, BUT NOT LIMITED TO, INCOME AND WITHHOLDING TAXES) AND IT IS THE RESPONSIBILITY OF EACH WINNING PLAYER TO (I) CHECK WITH SUCH WINNING PLAYER'S LOCAL

TAX ADVISOR TO DETERMINE WHICH TAXES APPLY TO SUCH WINNING PLAYER AND (II) PAY SUCH TAXES TO THE APPROPRIATE TAX AUTHORITY. It is Epic's policy to withhold tax at the backup withholding rates in effect for US and non-US residents. Prize income and tax withholding will be reported on forms (y) 1099-MISC for US residents and 1042-S for non-US residents, and (z) any other relevant tax forms as may be required by applicable law.

Epic will determine the payment method for the prizes in its sole discretion and, except as otherwise required by applicable law, all payments will be made directly to the Winning Player in such Winning Player's capacity as an individual (or, if a Minor, to the Winning Player's parent or legal guardian). No prize payments will be made by Epic to any organization, company, or other entity. Each Winning Player will be provided a Prize Acceptance and Release Form ("Release"). Unless restricted by applicable law, each Winning Player (or, if a Minor, such Winning Player's parent or legal guardian) will be required to complete and submit the Release in accordance with the deadlines set forth in this Section 2.5.3. In addition, by accepting a prize, the Winning Player agrees (or such Winning Player's parent or legal guardian agrees) to release Epic from any and all liability, loss, or damage arising from or in connection with awarding, receipt, and/or use or misuse of prize or participation in any prize-related activities.

3. Player Eligibility; Epic Account Status.

To be eligible to participate in any Event Match or receive any prizes in connection with an Event, you must meet the eligibility criteria in this Section.

3.1 Player Age; Cabined Accounts. You must be at least 13 years old (or such other age, if greater, as may be required in your country of residence). You cannot use a Cabined Account to participate in the Event.

3.2 Epic TOS and Fortnite EULA. You must comply with Epic's Terms of Service ("Epic TOS") (https://www.epicgames.com/site/en-US/tos) and the Fortnite End User License Agreement ("Fortnite EULA") (https://www.epicgames.com/fortnite/eula), including all rules, policies and other terms referenced in the Epic TOS and the Fortnite EULA. These Rules add to, and do not replace, the Fortnite EULA.

3.3 2FA. You must enable (if not already enabled) Two-Factor Authentication ("2FA") on your Epic Account. To enable 2FA, please visit https://epicgames.com/2FA, log in to your Epic Accounts, and follow the onscreen instructions.

3.4 Epic Affiliation. Employees, officers, directors, agents, and representatives of Epic (including the legal, promotion, and advertising agencies of Epic) and their immediate family members (defined as spouse, mother, father, sisters, brothers, sons, daughters, uncles, aunts, nephews, nieces, grandparents, and in-laws, regardless of where they live) and those living in their household (whether or not related), and each person or entity connected with the production or administration of the Event, and each parent company, affiliate, subsidiary, agent and representative of Epic are not eligible to participate in the Event.

3.5 Player Names.

3.5.1 All team and individual player names must follow the Code of Conduct in Section 8. Epic and the Event Administrators each may restrict or change team and individual player tags or screen names for any reason.

3.5.2 The name used by a team or player may not include or make use of the

terms Fortnite, Epic, or any other trademark, trade name, or logo owned by or licensed to Epic.

3.5.3 The name used by a team or player cannot be an impersonation of another team, player, streamer, celebrity, government official, Epic employee, or any other person or entity.

3.6 Good Standing; Account Level.

3.6.1 The Epic Account you use in connection with the Event must be in good standing, with no undisclosed violations. This also means that your Epic Account must be registered in your name, and cannot have been previously purchased, gifted, or otherwise transferred from another player.

3.6.2. You (and your Epic Account) must be free of or have fully served any suspensions or other sanctions imposed in connection with a previous violation of any official Epic rules. Additionally, you will not be able to participate further in the Event if you receive a competitive ban of 14 days or longer during the Event.

3.6.3 Your Epic Account must be level fifty (50) or above. This information can be found in the in-game "Career" tab.

3.6.4 Epic may share tournament leaderboard information with Sony for any players participating on PlayStation 4 or PlayStation 5 devices.

3.7 Additional Restrictions.

3.7.1 The Event in all parts is open to players from across the world, except as otherwise provided in this Section. The Event is not open to individuals wherever restricted or prohibited by applicable law or in any country where participation is prohibited by U.S. law ("Prohibited Countries"), including Cuba, Iran, Iraq, North Korea, Somalia, Sudan, Syria, and the regions of Crimea, Donetsk, and Luhansk.

3.7.2 You may not participate in the Event using iOS devices.

3.7.3 During the entire Event, only a single player may play on a given game device. This means you cannot use the same device as other players during the Event.

3.7.4 You may only have one (1) entry (using one (1) Epic Account) into the Event for a given Session. You are expressly prohibited from having additional Event entries using additional or secondary Epic Account(s).

3.7.5 You may only participate in one (1) Region (using one (1) Epic Account) throughout the course of the Event. For clarity, this means that once you participate in a Region in any Round 1 session, you will be locked to that Region for any subsequent Round 1 or Round 2 Session.

4. Team Rules.

4.1 Duo

During the Event, all players on a team must be present and partied up together to participate. If a team does not have all members present and partied up together by the start time for a given match, it will be considered to

have finished in (or tied for) last place with zero eliminations for that match.

4.1.1 All members of a team that are eligible to receive a prize as set forth in Section 2 must meet the eligibility requirements set out in Section 3 in order to be eligible to receive such prizes. If one member of a team fails the verification of eligibility process, all members of that team will be disqualified as Potential Winning Players, and that team shall not be entitled to win any prizes in connection with the Event. However, if a team member resides within a Prize Restricted Region, that shall not automatically force a disqualification of the other team member as a Potential Winning Player.

4.1.2 Except as otherwise expressly set forth herein, all of the Event Administrators' rights pursuant to these Rules relate to and are exercisable against the team as a whole and each individual member of the team. If any right of disqualification arises as to any individual member of the team, then the Event Administrator may exercise the right of disqualification against the team as a whole.

4.1.3 Earned qualification spots (as applicable) cannot be transferred, sold, traded, or gifted to any person or organization. This means that earned qualification spots will always be connected directly to the entire team as a whole.

   5. Issues.

5.1 Definition of Terms.

"Bug" means an error, flaw, failure, fault or other technical issue that produces an incorrect or unexpected result, or otherwise causes Fortnite and/or a hardware device to behave in unintended ways.

"Intentional Disconnection" means a player losing connection to Fortnite due to the player's actions or inaction. Intentional disconnection is not considered a valid technical issue for the purposes of a remake.

"Server Crash" means all players losing connection to Fortnite due to an issue with the game server.

"Unintentional Disconnection" means a player losing connection to Fortnite due to problems or issues with the game client, platform, network, or PC.

5.2 Technical Issues.

5.2.1 Due to the nature and scale of online competition, except as otherwise determined by Epic in its sole discretion, Matches will not be restarted or made null due to Bugs, Intentional Disconnections, Server Crashes, or Unintentional Disconnections. Except as otherwise determined by Epic in its sole discretion, any Bug encounters must be played through and will not be cause for a remake.

5.2.2 Players are prohibited from taking advantage of or otherwise exploiting any Bug that allows a player to participate in any Event round or stage without having first qualified for such round or stage pursuant to the terms of these Rules.

   6. Communication.

6.1 Event Administrators will be available to answer player-specific questions and provide additional assistance

throughout the Event via the official player support channel found here: https://www.discord.gg/fncompetitivesupport. Any answers or comments provided online do not change these Rules.

7. Post-Match Process.

7.1 Scoring.

7.1.1 The Fortnite game client will record and report a player's score at the conclusion of such player's participation in a Match.

7.1.2 At times, unforeseen issues may arise that result in score reporting delays and/or inaccuracies. For the duration of the Event, the score displayed within the Leaderboard will be the official score, regardless of accuracy.

7.1.3 After a Round has ended, Epic may adjust the Leaderboard standings (typically due to players or teams being disqualified and removed from the Leaderboard for breaking these Rules). For advancement purposes, at the end of the applicable Round, the Leaderboard standings will be snapshotted, and those advancements will be immediately awarded and considered "final" for purposes of player or team advancement only, subject in all cases to final adjustment and confirmation by Epic.

8. Code of Conduct.

8.1 Personal Conduct; No Toxic Behavior.

8.1.1 All players must conduct themselves in a way that is at all times consistent with (a) the Code of Conduct in this Section 8 ("Code of Conduct") and (b) the general principles of personal integrity, honesty, and good sportsmanship.

8.1.2 Players must be respectful of other players, Event Administrators, spectators, and sponsors (as applicable).

8.1.3 Players shall not behave in a manner that (a) violates these Rules, (b) is disruptive, unsafe or destructive, or (c) is otherwise harmful to the enjoyment of Fortnite by other users as intended by Epic (as determined by Epic). In particular, players shall not engage in harassing or disrespectful conduct, use of abusive or offensive language, game sabotage, spamming, social engineering, scamming, or any unlawful activity ("Toxic Behavior").

8.1.4 Players shall not (a) proclaim to be, or represent themselves as, a banned player or a cheater/rule breaker, or (b) glorify or otherwise endorse the breaking or violation of these Rules.

8.1.5 Any violation of these Rules may expose a player to disciplinary action as further described in Section 9.3, whether or not that violation was committed intentionally.

8.2 Competitive Integrity.

8.2.1 Each player is expected to play within the spirit of Fortnite and these Rules at all times during any Event Match. Any form of unfair play is prohibited by these Rules and may result in disciplinary action. Examples of

unfair play include the following:

Collusion (as defined below), match fixing or throwing, bribing a referee or match official, or any other unfair or illegal action or agreement to intentionally influence (or attempt to influence) the outcome of any match or Event.

Hacking or otherwise modifying the intended behavior of the game client.

Playing or allowing another player to play on an Epic Account registered in another person's name (or soliciting, encouraging, or directing someone else to do so).

Using any kind of cheating device, program, or similar cheating method to gain a competitive advantage.

Intentionally exploiting any game function (e.g., an in-game Bug or glitch) in a manner not intended by Epic in order to gain a competitive advantage.

Using distributed denial of service attacks, swatting, or similar methods to interfere with another player's connection to Fortnite's game client.

Using macro keys or similar methods to automate in-game actions.

Accepting any gift, reward, bribe, or compensation for services promised, rendered, or to be rendered in connection with unfair play of Fortnite (e.g., services designed to throw or fix a Match or Session).

Utilizing outside assistance regarding the location of other players, other players' health or equipment, or any other information not otherwise known to the player by the information on his or her own screen (e.g., looking at or attempting to look at spectator monitors while currently in a match). For clarity, a player's receipt of coaching or use of the in-game replay tool does not fall within this prohibition.

Intentionally Disconnecting from Fortnite after you or a member of your team takes damage. For clarity, this only applies to players who Intentionally Disconnect with a member of their team receiving damage within 60 seconds prior to the Intentional Disconnection.

8.2.2 Players may not work together to deceive or otherwise cheat other players during any Match ("Collusion"). Examples of Collusion include the following:

Teaming: Players working together during the Match while on opposing teams.

Planned Movement: Agreement between two (2) or more opposing players to land at specific locations and move through the map in a planned way before the Match begins.

Communication: Sending or receiving signals (both verbal and non-verbal) to communicate with opposing players.

Item Dumping: Intentionally dropping items for an opposing player to collect.

Feeding: Intentionally allowing oneself to be eliminated by an opposing player.

8.3 Wagering. Players shall not (a) conduct or promote betting, wagering, or gambling on the Event or any portion thereof, or (b) benefit, either directly or indirectly, from betting, wagering, or gambling on the Event or any

portion thereof.

8.4 Harassment. Players are prohibited from engaging in any form of harassing, abusive, or discriminatory conduct, including any of the foregoing based on race, color, ethnicity, national origin, religion, political opinion or any other opinion, gender, gender identity, sexual orientation, age, disability, or any other status or characteristic protected under applicable law.

8.5 Confidentiality. A player may not disclose to any third party any confidential information the player obtains in connection with the Event, including by posting on social media channels.

8.6 Illegal Conduct. Players are required to comply with all applicable laws at all times. Any attempt to deliberately damage or undermine the legitimate operation of the Event may be in violation of criminal and civil laws and will result in disqualification from participation in the Event. If an attempt is made, Epic reserves the right to seek remedies and damages (including attorneys' fees) to the fullest extent of the law, including criminal prosecution.

8.7 Reporting. Any player who witnesses or is subjected to conduct that the Code of Conduct should notify an Epic Esports Coordinator or Event Administrator. All complaints reported pursuant to this Section 8.7 will be promptly investigated and appropriate action will be taken. Retaliation against any player who brings forward a complaint or cooperates in the investigation of a complaint is prohibited.

9. Enforcement; Rules and Conduct Violations.

9.1 Enforcement. Epic will have primary responsibility for enforcing these Rules for all players at the Event and may, working with the Event Administrators (as defined below), impose sanctions on players for violations of these Rules, as further described in Section 9.

9.2 Investigation and Compliance.

9.2.1 You must fully cooperate with Epic and/or an Event Administrator (as applicable) in the investigation of any violation or suspected violation of these Rules. If Epic and/or an Event Administrator contacts you to discuss the investigation, you must be truthful in the information that you provide to Epic and/or an Event Administrator. Any player found to have withheld, destroyed, or tampered with any related information, or otherwise found to have misled Epic and/or an Event Administrator during an investigation, will be subject to disciplinary action as further described in Section 9.3.

9.2.2 Epic has the right, in its sole discretion, to remove a player from, or restrict such player's participation in, any Event activity as part of any investigation conducted by Epic and/or an Event Administrator (as applicable) pursuant to Section 9.2.1.

9.3 Disciplinary Action.

9.3.1 If Epic determines that a player has violated the Code, Epic may take the following disciplinary actions (as applicable):

Issue a private or public warning (verbal or written) to the player;

Loss of Session Points for the current or future Match(es);

Loss of all or any part of the prizes previously awarded to the player;

Disqualify the player from participating in one or more Matches and/or Sessions at the Event; and/or

Prevent the player from participating in one or more future competitions hosted by Epic.

9.3.2 For clarity, the nature and extent of the disciplinary action taken by Epic pursuant to this Section 9.3 will be in the sole and absolute discretion of Epic. Epic reserves the right to seek damages and other remedies from such player to the fullest extent permitted by applicable law.

The enforcement of any applicable sanction by Epic shall not provide such player with grounds for claims against Epic under any theory of law, or otherwise be considered a liability on the part of Epic to such player.

9.3.3 If Epic determines that there have been repeated breaches of these Rules by a player, it may hand out increasing disciplinary action, up to and including permanent disqualification from all future competitive play of Fortnite hosted or administered by or on behalf of Epic. Epic may also enforce any of its rights under Epic's Terms of Service and/or the Fortnite EULA in the event of a violation.

9.3.4 All Rules violations at the Event will be determined by Epic in its sole discretion and governed by the Epic Competitive Violation Matrix. A final decision by Epic as to the appropriate disciplinary action will be final and binding on all players.

9.3 Rule Disputes. Epic has final, binding authority to decide all disputes with respect to any portion of these Rules, including the breach, enforcement, or interpretation thereof.

10. Disclaimers. TO THE MAXIMUM EXTENT ALLOWED BY LAW, EPIC AND ITS AFFILIATES AND THE EVENT ADMINISTRATORS WILL NOT BE LIABLE FOR (A) ANY TECHNICAL ISSUES OR OTHER DISRUPTIONS TO THE EVENT, INCLUDING ANY LOSS OR CORRUPTION OF DATA, (B) THE MISCONDUCT OF ANY PLAYERS OR OTHER THIRD PARTIES, (C) ANY INJURIES (INCLUDING DEATH) OR PROPERTY DAMAGE ARISING FROM ANY PRIZES OR PARTICIPATION IN THE EVENT, (D) ANY INDIRECT, CONSEQUENTIAL, INCIDENTAL OR SPECIAL DAMAGES, OR (E) ANY PRINTING, TYPOGRAPHICAL OR ADMINISTRATIVE ERRORS IN ANY MATERIALS ASSOCIATED WITH THE EVENT. EPIC RESERVES THE RIGHT TO SUSPEND, MODIFY OR CANCEL THE EVENT IN ITS SOLE DISCRETION SHOULD A VIRUS, BUG, OR OTHER TECHNICAL ISSUE, UNAUTHORIZED INTERVENTION, NATURAL DISASTER, OR OTHER CAUSE BEYOND EPIC'S CONTROL AFFECT THE ADMINISTRATION, SECURITY, OR PROPER PLAY OF THE EVENT, OR EPIC OTHERWISE BECOMES (AS DETERMINED IN ITS SOLE DISCRETION) INCAPABLE OF RUNNING THE EVENT AS ORIGINALLY PLANNED.

11. Publicity; Interview Consent.

11.1 Epic may use your name, tag, likeness, image, voice, gameplay statistics, and/or Epic Account ID or other biographical information, for publicity purposes before, during, and after the Event, in any manner and media, throughout the world, in perpetuity, but only in connection with publicizing the Event or other Fortnite events and

programming, without any compensation or prior review.

11.2 If you are given an opportunity to participate in an interview in connection with the Event (each, an "Interview"), you consent to be recoded for the Interview, and you hereby grant to Epic a royalty-free, worldwide license (with the right to grant sublicenses) to use your statements and any audio/video footage from the Interview, as well as your name, tag, likeness, image, voice, gameplay statistics, Epic Account ID, and other biographical information (collectively, "Interview Materials") in connection with the Interview. Your participation in an Interview is voluntary, and you are not entitled to compensation for an Interview or this license. Epic has no obligation to interview you or use Interview Materials. You can withdraw this license at any time by contacting an Event Administrator at tournaments@epicgames.com, however this will not affect any uses Epic has made of such license before the withdrawal.

12. Governing Law. The internal laws of the State of North Carolina, without reference to any of its conflicts of laws principles, shall govern these Rules, including any disputes regarding these Rules and/or the Event.

13. Waiver of Jury Trial. EXCEPT AS PROHIBITED BY APPLICABLE LAW AND AS A CONDITION OF PARTICIPATING IN THIS EVENT, EACH PARTICIPANT HEREBY IRREVOCABLY AND PERPETUALLY WAIVES ANY RIGHT S/HE MAY HAVE TO A TRIAL BY JURY IN RESPECT OF ANY LITIGATION DIRECTLY OR INDIRECTLY ARISING OUT OF, UNDER OR IN CONNECTION WITH THIS EVENT, ANY DOCUMENT OR AGREEMENT ENTERED INTO IN CONNECTION HEREWITH, ANY PRIZE AVAILABLE IN CONNECTION HEREWITH, AND ANY OF THE TRANSACTIONS CONTEMPLATED HEREBY OR THEREBY.

14. Privacy. Please refer to Epic's privacy policy located at https://www.epicgames.com/site/en-US/privacypolicy for important information regarding the collection, use and disclosure of personal information by Epic.

15 Other Languages. These Rules may be translated into other languages. In the event of any conflict or inconsistency between any translated version of these Rules and the English version of these Rules, the English version shall prevail, govern and control.

Attachment A

Scoring System

Scoring System – Duos Cash Cup, ZB Duos Cash Cup, Duos Console Cash Cup - Round 1

Victory Royale: 65 points

2nd: 56 points

3rd: 52 points

4th: 48 points

5th: 44 points

6th: 40 points

7th: 38 points

8th: 36 points

9th: 34 points

10th: 32 points

11th: 30 points

12th: 28 points

13th: 26 points

14th: 24 points

15th: 22 points

16th: 20 points

17th: 18 points

18th: 16 points

19th: 14 points

20th: 12 points

21st: 10 points

22nd: 8 points

23rd: 6 points

24th: 4 points

25th: 2 points

Each Elimination: 2 points

Scoring System – Duos Cash Cup, ZB Duos Cash Cup, Duos Console Cash Cup - Round 2

Victory Royale: 65 points

2nd: 56 points

3rd: 52 points

4th: 48 points

5th: 44 points

6th: 40 points

7th: 38 points

8th: 36 points

9th: 34 points

10th: 32 points

11th: 30 points

12th: 28 points

13th: 26 points

14th: 24 points

15th: 22 points

16th: 20 points

17th: 18 points

18th: 16 points

19th: 14 points

20th: 12 points

21st: 10 points

22nd: 8 points

23rd: 6 points

24th: 4 points

25th: 2 points

Each Elimination: 4 points

Attachment B

Schedule

Duos Cash Cup

June 5: Duos Cash Cup #1 - Round 1

June 6: Duos Cash Cup #1 - Round 2

June 11: Duos Cash Cup #2 - Round 1

June 12: Duos Cash Cup #2 - Round 2

June 19: Duos Cash Cup #3 - Round 1

June 20: Duos Cash Cup #3 - Round 2

June 26: Duos Cash Cup #4 - Round 1

June 27: Duos Cash Cup #4 - Round 2

July 17: Duos Cash Cup #5 - Round 1

July 18: Duos Cash Cup #5 - Round 2

July 24: Duos Cash Cup #6 - Round 1

July 25: Duos Cash Cup #6 - Round 2

July 31: Duos Cash Cup #7 - Round 1

August 1: Duos Cash Cup #7 - Round 2

August 7: Duos Cash Cup #8 - Round 1

August 8: Duos Cash Cup #8 - Round 2

ZB Duos Cash Cup

June 5: ZB Duos Cash Cup #1 - Round 1

June 6: ZB Duos Cash Cup #1 - Round 2

June 11: ZB Duos Cash Cup #2 - Round 1

June 12: ZB Duos Cash Cup #2 - Round 2

June 19: ZB Duos Cash Cup #3 - Round 1

June 20: ZB Duos Cash Cup #3 - Round 2

June 26: ZB Duos Cash Cup #4 - Round 1

June 27: ZB Duos Cash Cup #4 - Round 2

July 17: ZB Duos Cash Cup #5 - Round 1

July 18: ZB Duos Cash Cup #5 - Round 2

July 24: ZB Duos Cash Cup #6 - Round 1

July 25: ZB Duos Cash Cup #6 - Round 2

July 31: ZB Duos Cash Cup #7 - Round 1

August 1: ZB Duos Cash Cup #7 - Round 2

August 7: ZB Duos Cash Cup #8 - Round 1

August 8: ZB Duos Cash Cup #8 - Round 2

Duos Console Cash Cup

June 28: Duos Console Cash Cup #1 - Round 1

June 29: Duos Console Cash Cup #1 - Round 2

August 2: Duos Console Cash Cup #2 - Round 1

August 3: Duos Console Cash Cup #2 - Round 2

August 9: Duos Console Cash Cup #3 - Round 1

August 10: Duos Console Cash Cup #3 - Round 2

Attachment C

Prizes

Duos Cash Cup and Duos Console Cash Cup

Subject to Section 2.5.2, the following prizes, in United States Dollar, will be awarded to each team (divided evenly between the two (2) players) based on its placement within the Leaderboard at the conclusion of the applicable Duos Cash Cup and Duos Console Cash Cup Round 2 session.

Event Prizes - OCE

Rank Prize

1st $1,250

2nd $800

3rd $600

4th - 5th $400

6th - 40th $200

Event Prizes - Asia

Rank Prize

1st $1,250

2nd $800

3rd $600

4th - 5th $400

6th - 40th $200

Event Prizes - Middle East

Rank Prize

1st $1,250

2nd $800

3rd $600

4th - 5th $400

6th - 40th $200

Event Prizes - Europe

Rank Prize

1st $5,000

2nd $2,700

3rd $1,800

4th - 10th $900

11th - 25th $600

26th - 40th $300

Event Prizes - Brazil

Rank Prize

1st $1,250

2nd $800

3rd $600

4th - 5th $400

6th - 40th $200

Event Prizes - NA

Rank Prize

1st $5,000

2nd $2,700

3rd $1,800

4th - 10th $900

11th - 25th $600

26th - 40th $300

ZB Duos Cash Cup

Subject to Section 2.5.2, the following prizes, in United States Dollar, will be awarded to each team (divided evenly between the two (2) players) based on its placement within the Leaderboard at the conclusion of the applicable ZB Duos Cash Cup Round 2 session.

Event Prizes - OCE

Rank Prize

1st $800

2nd $600

3rd $400

4th - 25th $200

Event Prizes - Asia

Rank Prize

1st $800

2nd $600

3rd $400

4th - 25th $200

Event Prizes - Middle East

Rank Prize

1st $800

2nd $600

3rd $400

4th - 25th $200

Event Prizes - Europe

Rank Prize

1st $1,800

2nd $900

3rd - 10th $600

11th - 25th $300

Event Prizes - Brazil

Rank Prize

1st $800

2nd $600

3rd $400

4th - 25th $200

Event Prizes - NA

Rank Prize

1st $1,800

2nd $900

3rd - 10th $600

11th - 25th $300

© 2024 Epic Games, Inc. All rights reserved.



# Fortnite Open Cups - Chapter 5 Season 3 - Official Rules

Fortnite Open Cups - Chapter 5 Season 3 - Official Rules

These are the Official Rules ("Rules") for the Open Cups ("Open Cup" or "Event"), which is hosted by or on behalf of Epic Games, Inc. ("Epic"). These Rules are a legal agreement between you and Epic for your participation in the Event.

Table of Contents

1. Introduction and Acceptance

2. Event Structure

3. Player Eligibility; Epic Account Structure

4. Team Rules

5. Issues

6. Communication

7. Post-Match Process

8. Code of Conduct

9. Enforcement; Rules and Conduct Violations

10. Disclaimers

11. Publicity; Interview Consent

12. Governing Law

13. Waiver of Jury Trial

14. Privacy

15. Other Languages

Attachment A: Schedule

1. Introduction and Acceptance

1.1 Introduction. These Rules are designed to protect the Event, and are intended to help ensure that it is fun, fair, and free from Toxic Behavior (as defined in Section 8.1).

1.2 Acceptance of these Rules. By participating in the Event, including by joining any Session or Match in the Event, or by clicking to accept these Rules, you agree to these Rules. References to "you," "your," and "each player" mean you and, if you are a Minor (as defined in Section 1.3), your parent or legal guardian, as the case may be.

1.3 Minors. If you are under 18 years of age (or the age of majority as defined in your country of residence) (a "Minor"), you must have permission from your parent or legal guardian to agree to these Rules and to participate in the Event. In addition, if you are a Minor, your parent or legal guardian must also agree to these Rules on behalf of themselves and your behalf. If you're the parent or guardian of a Minor, you need to accept the Rules. If you accept the Rules as the parent or guardian of a Minor, you confirm you're the Minor's parent or legal guardian and you agree to supervise and be fully responsible for their participation in the Event, including compliance with these Rules.

1.4 Changes to the Rules. Epic may change these Rules from time to time by notifying you of such changes by any reasonable means, including by posting revised Rules online at https://www.fortnite.com/competitive/rules-library. By continuing to participate in the Event, you are agreeing to the updated Rules. If you do not agree to the updated Rules, you must withdraw your participation in the Event.

2. Event Structure

2.1 Key Terms.

"Elimination" means an occurrence where one player entirely depletes the HP and Shield (if any) of another player. Subject to Section 7.1.2, elimination credit is determined by (a) the action feed located at the bottom left corner of the gameplay screen, and (b) the UI illustrating the total number of eliminations earned during a single match. However, elimination credit shall not be awarded to a player for any portion of a match following such player's elimination.

"Event Administrator" means any Epic employee, agents or member of the Event admin team, broadcast team, production team, event staff, or anyone else engaged by Epic for the purpose of running the Event.

"Leaderboard" means the in-game leaderboard for each Session.

"Match" means a single instance of competition within Fortnite that is played until a player or team achieves a Victory Royale.

"Ranked" means Fortnite's ranked, competitive mode composed of eight (8) ranks (each, a "Rank") separated into eighteen (18) divisions (each, a "Division") as follows:

Bronze Rank: Division I

Bronze Rank: Division II

Bronze Rank: Division III

Silver Rank: Division I

Silver Rank: Division II

Silver Rank: Division III

Gold Rank: Division I

Gold Rank: Division II

Gold Rank: Division III

Platinum Rank: Division I

Platinum Rank: Division II

Platinum Rank: Division III

Diamond Rank: Division I

Diamond Rank: Division II

Diamond Rank: Division III

Elite Rank

Champion Rank

Unreal Rank

"Region" means the matchmaking region in which the Event is hosted. There are currently six (6) regions: North America (NA); Europe (EU); Asia (ASIA); Brazil (BR); Middle East (ME); Oceania (OCE).

"Session" means a set of matches that is played until a winner or multiple winners are determined by one of the following methods: (a) completion of a set number of matches or (b) completion of a set time period.

"Victory Royale" means an occurrence where a player or team meets the victory conditions of the current game mode of the match being played. Typically, this refers to obtaining a first-place placement finish.

2.2 Event Format and Scoring.

2.2.1 Format Summary. These Open Cups will consist of four (4) events: Open Duos Cup, ZB Open Duos Cup, Open Trios Cup, and ZB Open Trios Cup.

2.2.2 Open Cups.

All eligible players on a team (as determined by Epic in accordance with these Rules) must have ranked in the Bronze Rank (or higher) in the Battle Royale or Zero Build Ranked Mode in their respective server region ("Region") by the start of the applicable Open Cup session to be eligible to queue up and compete during such Open Cup session window as listed in-game.

The format, duration, and scoring system for the applicable Open Cup session will be as listed in-game. Players will earn points based on such scoring system, and matches for a given session will count only if the match begins before such session window closes.

2.2.2 Tiebreakers.

Tiebreakers will be determined in the order presented here: (1) total points scored; (2) total Victory Royales in the session; (3) average eliminations in the session; (4) average placement per match in the session; and finally (5) total seconds survived across all matches.

2.2.3 Platforms. Players acknowledge and agree that the Event is cross-platform, other players may participate in the Event on different platforms (i.e., PC, console, or mobile (as applicable)), and that different platforms may offer features, such as controllers, player interface, and/or ability to individualize certain game settings/sensitivities, etc., which may arguably provide a competitive advantage to one platform over another. Epic makes no adjustments in the Event to accommodate different platforms, and it is each player's responsibility to select the platform they use to participate in the Event.

2.3 Schedule. The tentative schedule and dates for Events is set forth in Attachment A. Dates may be changed; final dates and times will be displayed in-game.

2.4 Rescheduling. Epic may, in its sole discretion, change the schedule, the date and/or the game mode for any Match or Session of the Event. However, Epic will inform players of any changes at its earliest convenience.

3. Player Eligibility; Epic Account Status.

To be eligible to participate in any Event Match, you must meet the eligibility criteria in this Section.

3.1 Player Age; Cabined Accounts. You must be at least 13 years old (or such other age, if greater, as may be required in your country of residence). You cannot use a Cabined Account to participate in the Event.

3.2 Epic TOS and Fortnite EULA. You must comply with Epic's Terms of Service ("Epic TOS") (https://www.epicgames.com/site/en-US/tos) and the Fortnite End User License Agreement ("Fortnite EULA") (https://www.epicgames.com/fortnite/eula), including all rules, policies and other terms referenced in the Epic TOS and the Fortnite EULA. These Rules add to, and do not replace, the Fortnite EULA.

3.3 2FA. You must enable (if not already enabled) Two-Factor Authentication ("2FA") on your Epic Account. To enable 2FA, please visit https://epicgames.com/2FA, log in to your Epic Accounts, and follow the onscreen instructions.

3.4 Epic Affiliation. Employees, officers, and directors of Epic, agents and representatives of Epic (including the legal, promotion, and advertising agencies of Epic) and their immediate family members (defined as spouse, mother, father, sisters, brothers, sons, daughters, uncles, aunts, nephews, nieces, grandparents, and in-laws, regardless of where they live) and those living in their household (whether or not related), and each person or entity connected with the production or administration of the Event, and each parent company, affiliate, subsidiary, agent and representative of Epic are eligible to participate and/or win prizes associated with the Event.

3.5 Player Names.

3.5.1 All team and individual player names must follow the Code of Conduct in Section 8. Epic and the Event Administrators each may restrict or change team and individual player tags or screen names for any reason.

3.5.2 The name used by a team or player may not include or make use of the

terms Fortnite, Epic, or any other trademark, trade name, or logo owned by or licensed to Epic.

3.5.3 The name used by a team or player cannot be an impersonation of another team, player, streamer, celebrity, government official, Epic employee, or any other person or entity.

3.6 Good Standing; Account Level.

3.6.1 The Epic Account you use in connection with the Event must be in good standing, with no undisclosed violations. This also means that your Epic Account must be registered in your name, and cannot have been previously purchased, gifted, or otherwise transferred from another player.

3.6.2. You (and your Epic Account) must be free of or have fully served any suspensions or other sanctions imposed in connection with a previous violation of any official Epic rules. Additionally, you will not be able to participate further in the Event if you receive a competitive ban of 14 days or longer during the Event.

3.6.3 Your Epic Account must be level fifteen (15) or above. This information can be found in the in-game "Career" tab.

3.6.4 Epic may share tournament leaderboard information with Sony for any players participating on PlayStation 4 or PlayStation 5 devices.

3.7 Additional Restrictions.

3.7.1 The Event in all parts is open to players from across the world, except as otherwise provided in this Section. The Event is not open to individuals wherever restricted or prohibited by applicable law or in any country where participation is prohibited by U.S. law ("Prohibited Countries"), including Cuba, Iran, Iraq, North Korea, Somalia, Sudan, Syria, and the regions of Crimea, Donetsk, and Luhansk.

3.7.2 You may not participate in the Event using iOS devices.

3.7.3 During the entire Event, only a single player may play on a given game device. This means you cannot use the same device as other players during the Event.

3.7.4 You may only have one (1) entry (using one (1) Epic Account) into the Event for a given Session. You are expressly prohibited from having additional Event entries using additional or secondary Epic Account(s).

   4. Team Rules.

4.1 Duo.

During the Event, all players on a team must be present and partied up together to participate. If a team does not have all members present and partied up together by the start time for a given match, it will be considered to

have finished in (or tied for) last place with zero eliminations for that match.

4.1.1 Except as otherwise expressly set forth herein, all of the Event Administrators' rights pursuant to these Rules relate to and are exercisable against the team as a whole and each individual member of the team. If any right of disqualification arises as to any individual member of the team, then the Event Administrator may exercise the right of disqualification against the team as a whole.

4.2 Trio.

During the Event, all players on a team must be present and partied up together to participate. If a team does not have all members present and partied up together by the start time for a given match, it will be considered to have finished in (or tied for) last place with zero eliminations for that match.

4.2.1 Except as otherwise expressly set forth herein, all of the Event Administrators' rights pursuant to these Rules relate to and are exercisable against the team as a whole and each individual member of the team. If any right of disqualification arises as to any individual member of the team, then the Event Administrator may exercise the right of disqualification against the team as a whole.

5. Issues.

5.1 Definition of Terms.

"Bug" means an error, flaw, failure, fault or other technical issue that produces an incorrect or unexpected result, or otherwise causes Fortnite and/or a hardware device to behave in unintended ways.

"Intentional Disconnection" means a player losing connection to Fortnite due to the player's actions or inaction. Intentional disconnection is not considered a valid technical issue for the purposes of a remake.

"Server Crash" means all players losing connection to Fortnite due to an issue with the game server.

"Unintentional Disconnection" means a player losing connection to Fortnite due to problems or issues with the game client, platform, network, or PC.

5.2 Technical Issues.

5.2.1 Due to the nature and scale of online competition, except as otherwise determined by Epic in its sole discretion, Matches will not be restarted or made null due to Bugs, Intentional Disconnections, Server Crashes, or Unintentional Disconnections. Except as otherwise determined by Epic in its sole discretion, any Bug encounters must be played through and will not be cause for a remake.

5.2.2 Players are prohibited from taking advantage of or otherwise exploiting any Bug that allows a player to participate in any Event round or stage without having first qualified for such round or stage pursuant to the terms of these Rules.

6. Communication.

6.1 Event Administrators will be available to answer player-specific questions and provide additional assistance throughout the Event via the official player support channel found here:

https://www.discord.gg/fncompetitivesupport. Any answers or comments provided online do not change these Rules.

7. Post-Match Process.

7.1 Scoring.

7.1.1 The Fortnite game client will record and report a player's score at the conclusion of such player's participation in a Match.

7.1.2 At times, unforeseen issues may arise that result in score reporting delays and/or inaccuracies. For the duration of the Event, the score displayed within the Leaderboard will be the official score, regardless of accuracy.

7.1.3 After a Round has ended, Epic may adjust the Leaderboard standings (typically due to players or teams being disqualified and removed from the Leaderboard for breaking these Rules). For advancement purposes, at the end of the applicable Round, the Leaderboard standings will be snapshotted, and those advancements will be immediately awarded and considered "final" for purposes of player or team advancement only, subject in all cases to final adjustment and confirmation by Epic.

8. Code of Conduct.

8.1 Personal Conduct; No Toxic Behavior.

8.1.1 All players must conduct themselves in a way that is at all times consistent with (a) the Code of Conduct in this Section 8 ("Code of Conduct") and (b) the general principles of personal integrity, honesty, and good sportsmanship.

8.1.2 Players must be respectful of other players, Event Administrators, spectators, and sponsors (as applicable).

8.1.3 Players shall not behave in a manner that (a) violates these Rules, (b) is disruptive, unsafe or destructive, or (c) is otherwise harmful to the enjoyment of Fortnite by other users as intended by Epic (as determined by Epic). In particular, players shall not engage in harassing or disrespectful conduct, use of abusive or offensive language, game sabotage, spamming, social engineering, scamming, or any unlawful activity ("Toxic Behavior").

8.1.4 Players shall not (a) proclaim to be, or represent themselves as, a banned player or a cheater/rule breaker, or (b) glorify or otherwise endorse the breaking or violation of these Rules.

8.1.5 Any violation of these Rules may expose a player to disciplinary action as further described in Section 9.3, whether or not that violation was committed intentionally.

8.2 Competitive Integrity.

8.2.1 Each player is expected to play within the spirit of Fortnite and these Rules at all times during any Event Match. Any form of unfair play is prohibited by these Rules and may result in disciplinary action. Examples of unfair play include the following:

Collusion (as defined below), match fixing or throwing, bribing a referee or match official, or any other unfair or illegal action or agreement to intentionally influence (or attempt to influence) the outcome of any match or Event.

Hacking or otherwise modifying the intended behavior of the game client.

Playing or allowing another player to play on an Epic Account registered in another person's name (or soliciting, encouraging, or directing someone else to do so).

Using any kind of cheating device, program, or similar cheating method to gain a competitive advantage.

Intentionally exploiting any game function (e.g., an in-game Bug or glitch) in a manner not intended by Epic in order to gain a competitive advantage.

Using distributed denial of service attacks, swatting, or similar methods to interfere with another player's connection to Fortnite's game client.

Using macro keys or similar methods to automate in-game actions.

Accepting any gift, reward, bribe, or compensation for services promised, rendered, or to be rendered in connection with unfair play of Fortnite (e.g., services designed to throw or fix a Match or Session).

Utilizing outside assistance regarding the location of other players, other players' health or equipment, or any other information not otherwise known to the player by the information on his or her own screen (e.g., looking at or attempting to look at spectator monitors while currently in a match). For clarity, a player's receipt of coaching or use of the in-game replay tool does not fall within this prohibition.

Intentionally Disconnecting from Fortnite after you or a member of your team takes damage. For clarity, this only applies to players who Intentionally Disconnect with a member of their team receiving damage within 60 seconds prior to the Intentional Disconnection.

8.2.2 Players may not work together to deceive or otherwise cheat other players during any Match ("Collusion"). Examples of Collusion include the following:

Teaming: Players working together during the Match while on opposing teams.

Planned Movement: Agreement between two (2) or more opposing players to land at specific locations and move through the map in a planned way before the Match begins.

Communication: Sending or receiving signals (both verbal and non-verbal) to communicate with opposing players.

Item Dumping: Intentionally dropping items for an opposing player to collect.

Feeding: Intentionally allowing oneself to be eliminated by an opposing player.

8.3 Wagering. Players shall not (a) conduct or promote betting, wagering, or gambling on the Event or any portion thereof, or (b) benefit, either directly or indirectly, from betting, wagering, or gambling on the Event or any portion thereof.

8.4 Harassment. Players are prohibited from engaging in any form of harassing, abusive, or discriminatory conduct, including any of the foregoing based on race, color, ethnicity, national origin, religion, political opinion or any other opinion, gender, gender identity, sexual orientation, age, disability, or any other status or characteristic protected under applicable law.

8.5 Confidentiality. A player may not disclose to any third party any confidential information the player obtains in connection with the Event, including by posting on social media channels.

8.6 Illegal Conduct. Players are required to comply with all applicable laws at all times. Any attempt to deliberately damage or undermine the legitimate operation of the Event may be in violation of criminal and civil laws and will result in disqualification from participation in the Event. If an attempt is made, Epic reserves the right to seek remedies and damages (including attorneys' fees) to the fullest extent of the law, including criminal prosecution.

8.7 Reporting. Any player who witnesses or is subjected to conduct that the Code of Conduct should notify an Epic Esports Coordinator or Event Administrator. All complaints reported pursuant to this Section 8.7 will be promptly investigated and appropriate action will be taken. Retaliation against any player who brings forward a complaint or cooperates in the investigation of a complaint is prohibited.

9. Enforcement; Rules and Conduct Violations.

9.1 Enforcement. Epic will have primary responsibility for enforcing these Rules for all players at the Event and may, working with the Event Administrators (as defined below), impose sanctions on players for violations of these Rules, as further described in Section 9.

9.2 Investigation and Compliance.

9.2.1 You must fully cooperate with Epic and/or an Event Administrator (as applicable) in the investigation of any violation or suspected violation of these Rules. If Epic and/or an Event Administrator contacts you to discuss the investigation, you must be truthful in the information that you provide to Epic and/or an Event Administrator. Any player found to have withheld, destroyed, or tampered with any related information, or otherwise found to have misled Epic and/or an Event Administrator during an investigation, will be subject to disciplinary action as further described in Section 9.3.

9.2.2 Epic has the right, in its sole discretion, to remove a player from, or restrict such player's participation in, any Event activity as part of any investigation conducted by Epic and/or an Event Administrator (as applicable) pursuant to Section 9.2.1.

9.3 Disciplinary Action.

9.3.1 If Epic determines that a player has violated the Code, Epic may take the following disciplinary actions (as applicable):

Issue a private or public warning (verbal or written) to the player;

Loss of Session Points for the current or future Match(es);

Loss of all or any part of the prizes previously awarded to the player;

Disqualify the player from participating in one or more Matches and/or Sessions at the Event; and/or

Prevent the player from participating in one or more future competitions hosted by Epic.

9.3.2 For clarity, the nature and extent of the disciplinary action taken by Epic pursuant to this Section 9.3 will be in the sole and absolute discretion of Epic. Epic reserves the right to seek damages and other remedies from such player to the fullest extent permitted by applicable law.

The enforcement of any applicable sanction by Epic shall not provide such player with grounds for claims against Epic under any theory of law, or otherwise be considered a liability on the part of Epic to such player.

9.3.3 If Epic determines that there have been repeated breaches of these Rules by a player, it may hand out increasing disciplinary action, up to and including permanent disqualification from all future competitive play of Fortnite hosted or administered by or on behalf of Epic. Epic may also enforce any of its rights under Epic's Terms of Service and/or the Fortnite EULA in the event of a violation.

9.3.4 All Rules violations at the Event will be determined by Epic in its sole discretion and governed by the Epic Competitive Violation Matrix. A final decision by Epic as to the appropriate disciplinary action will be final and binding on all players.

9.3 Rule Disputes. Epic has final, binding authority to decide all disputes with respect to any portion of these Rules, including the breach, enforcement, or interpretation thereof.

10. Disclaimers. TO THE MAXIMUM EXTENT ALLOWED BY LAW, EPIC AND ITS AFFILIATES AND THE EVENT ADMINISTRATORS WILL NOT BE LIABLE FOR (A) ANY TECHNICAL ISSUES OR OTHER DISRUPTIONS TO THE EVENT, INCLUDING ANY LOSS OR CORRUPTION OF DATA, (B) THE MISCONDUCT OF ANY PLAYERS OR OTHER THIRD PARTIES, (C) ANY INJURIES (INCLUDING DEATH) OR PROPERTY DAMAGE ARISING FROM ANY PRIZES OR PARTICIPATION IN THE EVENT, (D) ANY INDIRECT, CONSEQUENTIAL, INCIDENTAL OR SPECIAL DAMAGES, OR (E) ANY PRINTING, TYPOGRAPHICAL OR ADMINISTRATIVE ERRORS IN ANY MATERIALS ASSOCIATED WITH THE EVENT. EPIC RESERVES THE RIGHT TO SUSPEND, MODIFY OR CANCEL THE EVENT IN ITS SOLE DISCRETION SHOULD A VIRUS, BUG, OR OTHER TECHNICAL ISSUE, UNAUTHORIZED INTERVENTION, NATURAL DISASTER, OR OTHER CAUSE BEYOND EPIC'S CONTROL AFFECT THE ADMINISTRATION, SECURITY, OR PROPER PLAY OF THE EVENT, OR EPIC OTHERWISE BECOMES (AS DETERMINED IN ITS SOLE DISCRETION) INCAPABLE OF RUNNING THE EVENT AS ORIGINALLY PLANNED.

11. Publicity; Interview Consent.

11.1 Epic may use your name, tag, likeness, image, voice, gameplay statistics, and/or Epic Account ID or other biographical information, for publicity purposes before, during, and after the Event, in any manner and media, throughout the world, in perpetuity, but only in connection with publicizing the Event or other Fortnite events and programming, without any compensation or prior review.

11.2 If you are given an opportunity to participate in an interview in connection with the Event (each, an "Interview"), you consent to be recoded for the Interview, and you hereby grant to Epic a royalty-free, worldwide license (with the right to grant sublicenses) to use your statements and any audio/video footage from the Interview, as well as your name, tag, likeness, image, voice, gameplay statistics, Epic Account ID, and other biographical information (collectively, "Interview Materials") in connection with the Interview. Your participation in an Interview is voluntary, and you are not entitled to compensation for an Interview or this license. Epic has no obligation to interview you or use Interview Materials. You can withdraw this license at any time by contacting an Event Administrator at tournaments@epicgames.com, however this will not affect any uses Epic has made of such license before the withdrawal.

12. Governing Law. The internal laws of the State of North Carolina, without reference to any of its conflicts of laws principles, shall govern these Rules, including any disputes regarding these Rules and/or the Event.

13. Waiver of Jury Trial. EXCEPT AS PROHIBITED BY APPLICABLE LAW AND AS A CONDITION OF PARTICIPATING IN THIS EVENT, EACH PARTICIPANT HEREBY IRREVOCABLY AND PERPETUALLY WAIVES ANY RIGHT S/HE MAY HAVE TO A TRIAL BY JURY IN RESPECT OF ANY LITIGATION DIRECTLY OR INDIRECTLY ARISING OUT OF, UNDER OR IN CONNECTION WITH THIS EVENT, ANY DOCUMENT OR AGREEMENT ENTERED INTO IN CONNECTION HEREWITH, ANY PRIZE AVAILABLE IN CONNECTION HEREWITH, AND ANY OF THE TRANSACTIONS CONTEMPLATED HEREBY OR THEREBY.

14. Privacy. Please refer to Epic's privacy policy located at https://www.epicgames.com/site/en-US/privacypolicy for important information regarding the collection, use and disclosure of personal information by Epic.

15 Other Languages. These Rules may be translated into other languages. In the event of any conflict or inconsistency between any translated version of these Rules and the English version of these Rules, the English version shall prevail, govern and control.

Attachment A

Schedule

All final times and dates for the applicable Open Cup session are listed in-game.

© 2024 Epic Games, Inc. All rights reserved.



# Fortnite Victory Cash Cups - Chapter 5 Season 3 - Official Rules

Fortnite Victory Cash Cups - Chapter 5 Season 3 - Official Rules

These are the Official Rules ("Rules") for the Fortnite Victory Cash Cups ("Solo Victory Cash Cup", "ZB Solo Victory Cash Cup", "Squads Victory Cash Cup", or "Event"), which is hosted by or on behalf of Epic Games, Inc. ("Epic"). These Rules are a legal agreement between you and Epic for your participation in the Event.

Table of Contents

1. Introduction and Acceptance

2. Event Structure

3. Player Eligibility; Epic Account Structure

4. Team Rules

5. Issues

6. Communication

7. Post-Match Process

8. Code of Conduct

9. Enforcement; Rules and Conduct Violations

10. Disclaimers

11. Publicity; Interview Consent

12. Governing Law

13. Waiver of Jury Trial

14. Privacy

15. Other Languages

Attachment A: Scoring System

Attachment B: Schedule

Attachment C: Event Prizes

   1. Introduction and Acceptance

1.1 Introduction. These Rules are designed to protect the Event, and are intended to help ensure that it is fun, fair, and free from Toxic Behavior (as defined in Section 8.1).

1.2 Acceptance of these Rules. By participating in the Event, including by joining any Session or Match in the Event, or by clicking to accept these Rules, you agree to these Rules. References to "you," "your," and "each player" mean you and, if you are a Minor (as defined in Section 1.3), your parent or legal guardian, as the case may be.

1.3 Minors. If you are under 18 years of age (or the age of majority as defined in your country of residence) (a "Minor"), you must have permission from your parent or legal guardian to agree to these Rules and to participate in the Event. In addition, if you are a Minor, your parent or legal guardian must also agree to these Rules on behalf of themselves and your behalf. If you're the parent or guardian of a Minor, you need to accept the Rules. If you accept the Rules as the parent or guardian of a Minor, you confirm you're the Minor's parent or legal guardian and you agree to supervise and be fully responsible for their participation in the Event, including compliance with these Rules.

1.4 Changes to the Rules. Epic may change these Rules from time to time by notifying you of such changes by any reasonable means, including by posting revised Rules online at https://www.fortnite.com/competitive/rules-library. By continuing to participate in the Event, you are agreeing to the updated Rules. If you do not agree to the updated Rules, you must withdraw your participation in the Event.

   2. Event Structure

2.1 Key Terms.

"Elimination" means an occurrence where one player entirely depletes the HP and Shield (if any) of another player. Subject to Section 7.1.2, elimination credit is determined by (a) the action feed located at the bottom left corner of the gameplay screen, and (b) the UI illustrating the total number of eliminations earned during a single match. However, elimination credit shall not be awarded to a player for any portion of a match following such player's elimination.

"Event Administrator" means any Epic employee, agents or member of the Event admin team, broadcast team, production team, event staff, or anyone else engaged by Epic for the purpose of running the Event.

"Leaderboard" means the in-game leaderboard for each Session.

"Match" means a single instance of competition within Fortnite that is played until a player or team achieves a Victory Royale.

"Ranked" means Fortnite's ranked, competitive mode composed of eight (8) ranks (each, a "Rank") separated into eighteen (18) divisions (each, a "Division") as follows:

Bronze Rank: Division I

Bronze Rank: Division II

Bronze Rank: Division III

Silver Rank: Division I

Silver Rank: Division II

Silver Rank: Division III

Gold Rank: Division I

Gold Rank: Division II

Gold Rank: Division III

Platinum Rank: Division I

Platinum Rank: Division II

Platinum Rank: Division III

Diamond Rank: Division I

Diamond Rank: Division II

Diamond Rank: Division III

Elite Rank

Champion Rank

Unreal Rank

"Region" means the matchmaking region in which the Event is hosted. There are currently six (6) regions: North America (NA); Europe (EU); Asia (ASIA); Brazil (BR); Middle East (ME); Oceania (OCE).

"Session" means a set of matches that is played until a winner or multiple winners are determined by one of the following methods: (a) completion of a set number of matches or (b) completion of a set time period.

"Victory Royale" means an occurrence where a player or team meets the victory conditions of the current game mode of the match being played. Typically, this refers to obtaining a first-place placement finish.

2.2 Event Format and Scoring.

2.2.1 Format Summary. These Victory Cash Cups will consist of three (3) events: Solo Victory Cash Cup and ZB Solo Victory Cash Cup, and Squads Victory Cash Cup. Each event will award cash prizing to winning players (see Attachment C).

2.2.2 Solo Victory Cash Cup

For each Solo Victory Cash Cup, all eligible players (as determined by Epic in accordance with these Rules) must have advanced into Gold Rank (or higher) in Battle Royale Ranked Mode in their respective server region ("Region") by the start of such Solo Victory Cash Cup to be eligible to queue up and compete during the applicable Solo Victory Cash Cup session window as listed in-game.

For Round 1 of the applicable Solo Victory Cash Cup ("Round 1"), each session will last approximately two (2) hours. Players may participate in a maximum of seven (7) matches during a Solo Victory Cash Cup Round 1 session. Players will earn points based on the scoring system listed in Attachment B (as applicable). Matches for a Solo Victory Cash Cup Round 1 session will count only if the match begins before such session window closes.

At the conclusion of the applicable Solo Victory Cash Cup Round 1 session, the top point earning players from each Region will advance and be able to queue up for Round 2 of such Solo Victory Cash Cup ("Round 2") based on their final Round 1 ranking on the in-game leaderboard ("Leaderboard") as follows:

EU: Top 7,000 Advance

NA: Top 5,000 Advance

BR, ASIA, ME, OCE: Top 2,000 Advance

It will not be possible to enter the applicable Solo Victory Cash Cup Round 2 session without ranking in such Region's top placements, as listed above, during the applicable Solo Victory Cash Cup Round 1 session.

For Round 2 of the applicable Solo Victory Cash Cup, each session will last approximately one (1) hour. Players may participate in a maximum of three (3) matches during a Solo Victory Cash Cup Round 2 session. Each match, players will compete to earn a Victory Royale pursuant to Attachment A. Matches for a Solo Victory Cash Cup Round 2 session will count only if the match begins before such session window closes.

For clarity, players may only participate in a single Region during each Solo Victory Cash Cup session.

At the conclusion of the applicable Solo Victory Cash Cup Round 2 session, and subject to the terms and conditions herein (including, without limitation, Section 2.5.2), the players who earned a Victory Royale during Round 2 as listed on the Leaderboard from each Region will be awarded prizes as set out in Attachment C.

2.2.3 ZB Solo Victory Cash Cup

For each ZB Solo Victory Cash Cup, all eligible players (as determined by Epic in accordance with these Rules) must have advanced into Gold Rank (or higher) in Zero Build Ranked Mode in their respective server region ("Region") by the start of such ZB Solo Victory Cash Cup to be eligible to queue up and compete during the applicable ZB Solo Victory Cash Cup session window as listed in-game.

For Round 1 of the applicable ZB Solo Victory Cash Cup ("Round 1"), each session will last approximately two (2) hours. Players may participate in a maximum of seven (7) matches during a ZB Solo Victory Cash Cup Round 1 session. Players will earn points based on the scoring system listed in Attachment B (as applicable). Matches for a ZB Solo Victory Cash Cup Round 1 session will count only if the match begins before such

session window closes.

At the conclusion of the applicable ZB Solo Victory Cash Cup Round 1 session, the top point earning players from each Region will advance and be able to queue up for Round 2 of such ZB Solo Victory Cash Cup ("Round 2") based on their final Round 1 ranking on the in-game leaderboard ("Leaderboard") as follows:

EU: Top 7,000 Advance

NA: Top 5,000 Advance

BR, ASIA, ME, OCE: Top 2,000 Advance

It will not be possible to enter the applicable ZB Solo Victory Cash Cup Round 2 session without ranking in such Region's top placements, as listed above, during the applicable ZB Solo Victory Cash Cup Round 1 session.

For Round 2 of the applicable ZB Solo Victory Cash Cup, each session will last approximately one (1) hour. Players may participate in a maximum of three (3) matches during a ZB Solo Victory Cash Cup Round 2 session. Each match, players will compete to earn a Victory Royale pursuant to Attachment A. Matches for a ZB Solo Victory Cash Cup Round 2 session will count only if the match begins before such session window closes.

For clarity, players may only participate in a single Region during each ZB Solo Victory Cash Cup session.

At the conclusion of the applicable ZB Solo Victory Cash Cup Round 2 session, and subject to the terms and conditions herein (including, without limitation, Section 2.5.2), the players who earned a Victory Royale during Round 2 as listed on the Leaderboard from each Region will be awarded prizes as set out in Attachment C.

2.2.3 Squads Victory Cash Cup

For each Squads Victory Cash Cup, all eligible players on a team (as determined by Epic in accordance with these Rules) must have ranked in the Gold Rank (or higher) in Battle Royale Ranked Mode in their respective Region by the start of such Squads Victory Cash Cup to be eligible to queue up and compete during the applicable Squads Victory Cash Cup session window as listed in-game.

For Round 1 of the applicable Squads Victory Cash Cup, each session will last approximately two (2) hours. Teams may participate in a maximum of seven (7) matches during a Squads Victory Cash Cup Round 1 session. Teams will earn points based on the scoring system listed in Attachment A (as applicable). Matches for a Squads Victory Cash Cup Round 1 session will count only if the match begins before such session window closes.

At the conclusion of the applicable Squads Victory Cash Cup Round 1 session, the top point earning teams from each Region will advance and be able to queue up for Round 2 of such Squads Victory Cash Cup based on their final Round 1 Leaderboard Ranking as follows:

All Regions: Top 150 Advance

It will not be possible to enter the applicable Squads Victory Cash Cup Round 2 session without ranking in such Region's top placements, as listed above, during the applicable Squads Victory Cash Cup Round 1 session.

For Round 2 of the applicable Squads Victory Cash Cup, each session will last approximately one (1) hour. Teams may participate in a maximum of three (3) matches during a Squads Victory Cash Cup Round 2 session. Each match, teams will compete to earn a Victory Royale pursuant to Attachment A. Matches for a Squads Victory Cash Cup Round 2 session will count only if the match begins before such session window closes.

For clarity, teams may only participate in a single Region during each Squads Victory Cash Cup session.

At the conclusion of the applicable Squads Victory Cash Cup Round 2 session, and subject to the terms and conditions herein (including, without limitation, Section 2.5.2), the teams who earned a Victory Royale during Round 2 as listed on the Leaderboard from each Region will be awarded prizes as set out in Attachment C.

2.2.4 Tiebreakers.

Tiebreakers will be determined in the order presented here: (1) total points scored; (2) total Victory Royales in the session; (3) average eliminations in the session; (4) average placement per match in the session; and finally (5) total seconds survived across all matches.

2.2.5 Platforms. Players acknowledge and agree that the Event is cross-platform, other players may participate in the Event on different platforms (i.e., PC, console, or mobile (as applicable)), and that different platforms may offer features, such as controllers, player interface, and/or ability to individualize certain game settings/sensitivities, etc., which may arguably provide a competitive advantage to one platform over another. Epic makes no adjustments in the Event to accommodate different platforms, and it is each player's responsibility to select the platform they use to participate in the Event.

2.3 Schedule. The tentative schedule and dates for Events is set forth in Attachment B. Dates may be changed; final dates and times will be displayed in-game.

2.4 Rescheduling. Epic may, in its sole discretion, change the schedule, the date and/or the game mode for any Match or Session of the Event. However, Epic will inform players of any changes at its earliest convenience.

2.5 Prizes.

2.5.1 Subject to Section 2.5.2, prizes will be awarded to each player, or squad (divided evenly between the four (4) players) based on its placement within the Leaderboard at the conclusion of the applicable Round 2 session. The specific prize awards are set forth in Attachment C.

2.5.2 Prize Restricted Regions. NOTWITHSTANDING THE FOREGOING OR ANY OTHER PROVISION OF THESE RULES TO THE CONTRARY, IF YOU ARE AN INDIVIDUAL RESIDING IN TURKEY OR RUSSIA (EACH, A "PRIZE RESTRICTED REGION"), YOU ACKNOWLEDGE AND AGREE THAT YOU ARE NOT ELIGIBLE FOR NOR ENTITLED TO WIN ANY PRIZES IN CONNECTION WITH THE EVENT.

2.5.3 Prizing Information.

Only eligible, ranked players who do not reside in a Prize Restricted Region (as determined by Epic in its sole discretion) will be eligible to receive the applicable prizes set forth in Section 2.5.1 ("Winning Players"). No other player will be entitled to win any prizes in connection with the Event.

Prizes are awarded "as is" with no warranty or guarantee, either express or implied. Prizes are not transferable or assignable and cannot be transferred by Winning Players. Non-cash prizes (if any) cannot be redeemed for cash. All prize details are at the sole discretion of Epic. Winning Players are not entitled to any surplus between actual retail value of prize and approximate retail value, and any difference between approximate and actual value of the prize will not be awarded. Winning Players are responsible for any costs and expenses associated with prize acceptance and use not specified herein as being provided. Winning Players may not substitute a prize, but Epic reserves the right, at its sole discretion, in case of justified reasons, to substitute a prize (or portion thereof) with one of comparable or greater value. Additional terms and conditions may apply to acceptance and use of a prize.

Potential Winning Players will be notified by Epic of their status as a potential Winning Player at the email address associated with such players' Epic Games Account ("Epic Account") within thirty (30) days of completion of the applicable Event Session, or such other time as reasonably required by Epic for such notification, and will be subject to verification of eligibility pursuant to Section 3 and compliance with these Rules. Potential Winning Players must keep the Epic Account that they used to compete in the Event active throughout the verification of eligibility process.

Upon formal notification from Epic, a potential Winning Player shall have forty five (45) days from the date such notice was emailed to respond and provide (1) any information or materials requested by Epic for purposes of verification of eligibility pursuant to Section 3 and (2) the Release (as defined below). Such response from a potential Winning Player must be delivered to the email address from which Epic's notification was sent or, at Epic's sole option, another email address specified in the notification. The date of receipt by Epic shall be decisive for a potential Winning Player's compliance with the deadlines set forth in this Section 2.5.3.

In the event of (a) the failure by any such player to (i) keep the Epic Account that such player used to compete in the Event active throughout the verification of eligibility process or (ii) timely respond to any notification or request for materials or information; or (b) any such player being unable to accept or receive the prize for any reason (including for participating in the Event on, or attempting to complete the verification of eligibility process with, an Epic Games Cabined Account ("Cabined Account"), or for failure to provide the necessary tax and payment information through Epic's approved tax and payment processing vendors), then such player shall be disqualified as a potential Winning Player, and such player shall not be entitled to win any prizes in connection with the Event. In such cases, no alternate Winning Player will be named, and Epic shall have the right, in its sole and absolute discretion, to (y) award any prize amounts that would have otherwise been awarded to such disqualified player as part of a future Game competitive event or (z) award any such prize amounts to non-profit causes and efforts. A Winning Player will only be announced once the verification of eligibility process has been completed by Epic pursuant to these Rules.

Winning Players will also be required to provide certain payment information to Epic, including any required tax information forms, in order to receive the prizes. Epic may withhold payment of the prizes if the Winning Player fails to provide the applicable payment forms to Epic in a timely manner.

PRIZES ARE SUBJECT TO APPLICABLE INTERNATIONAL, FEDERAL, STATE, AND LOCAL TAXES (INCLUDING, BUT NOT LIMITED TO, INCOME AND WITHHOLDING TAXES) AND IT IS THE RESPONSIBILITY OF EACH WINNING PLAYER TO (I) CHECK WITH SUCH WINNING PLAYER'S LOCAL

TAX ADVISOR TO DETERMINE WHICH TAXES APPLY TO SUCH WINNING PLAYER AND (II) PAY SUCH TAXES TO THE APPROPRIATE TAX AUTHORITY. It is Epic's policy to withhold tax at the backup withholding rates in effect for US and non-US residents. Prize income and tax withholding will be reported on forms (y) 1099-MISC for US residents and 1042-S for non-US residents, and (z) any other relevant tax forms as may be required by applicable law.

Epic will determine the payment method for the prizes in its sole discretion and, except as otherwise required by applicable law, all payments will be made directly to the Winning Player in such Winning Player's capacity as an individual (or, if a Minor, to the Winning Player's parent or legal guardian). No prize payments will be made by Epic to any organization, company, or other entity. Each Winning Player will be provided a Prize Acceptance and Release Form ("Release"). Unless restricted by applicable law, each Winning Player (or, if a Minor, such Winning Player's parent or legal guardian) will be required to complete and submit the Release in accordance with the deadlines set forth in this Section 2.5.3. In addition, by accepting a prize, the Winning Player agrees (or such Winning Player's parent or legal guardian agrees) to release Epic from any and all liability, loss, or damage arising from or in connection with awarding, receipt, and/or use or misuse of prize or participation in any prize-related activities.

3. Player Eligibility; Epic Account Status.

To be eligible to participate in any Event Match or receive any prizes in connection with an Event, you must meet the eligibility criteria in this Section.

3.1 Player Age; Cabined Accounts. You must be at least 13 years old (or such other age, if greater, as may be required in your country of residence). You cannot use a Cabined Account to participate in the Event.

3.2 Epic TOS and Fortnite EULA. You must comply with Epic's Terms of Service ("Epic TOS") (https://www.epicgames.com/site/en-US/tos) and the Fortnite End User License Agreement ("Fortnite EULA") (https://www.epicgames.com/fortnite/eula), including all rules, policies and other terms referenced in the Epic TOS and the Fortnite EULA. These Rules add to, and do not replace, the Fortnite EULA.

3.3 2FA. You must enable (if not already enabled) Two-Factor Authentication ("2FA") on your Epic Account. To enable 2FA, please visit https://epicgames.com/2FA, log in to your Epic Accounts, and follow the onscreen instructions.

3.4 Epic Affiliation. Employees, officers, directors, agents, and representatives of Epic (including the legal, promotion, and advertising agencies of Epic) and their immediate family members (defined as spouse, mother, father, sisters, brothers, sons, daughters, uncles, aunts, nephews, nieces, grandparents, and in-laws, regardless of where they live) and those living in their household (whether or not related), and each person or entity connected with the production or administration of the Event, and each parent company, affiliate, subsidiary, agent and representative of Epic are not eligible to participate in the Event.

3.5 Player Names.

3.5.1 All team and individual player names must follow the Code of Conduct in Section 8. Epic and the Event Administrators each may restrict or change team and individual player tags or screen names for any reason.

3.5.2 The name used by a team or player may not include or make use of the

terms Fortnite, Epic, or any other trademark, trade name, or logo owned by or licensed to Epic.

3.5.3 The name used by a team or player cannot be an impersonation of another team, player, streamer, celebrity, government official, Epic employee, or any other person or entity.

3.6 Good Standing; Account Level.

3.6.1 The Epic Account you use in connection with the Event must be in good standing, with no undisclosed violations. This also means that your Epic Account must be registered in your name, and cannot have been previously purchased, gifted, or otherwise transferred from another player.

3.6.2. You (and your Epic Account) must be free of or have fully served any suspensions or other sanctions imposed in connection with a previous violation of any official Epic rules. Additionally, you will not be able to participate further in the Event if you receive a competitive ban of 14 days or longer during the Event.

3.6.3 Your Epic Account must be level fifty (50) or above. This information can be found in the in-game "Career" tab.

3.6.4 Epic may share tournament leaderboard information with Sony for any players participating on PlayStation 4 or PlayStation 5 devices.

3.7 Additional Restrictions.

3.7.1 The Event in all parts is open to players from across the world, except as otherwise provided in this Section. The Event is not open to individuals wherever restricted or prohibited by applicable law or in any country where participation is prohibited by U.S. law ("Prohibited Countries"), including Cuba, Iran, Iraq, North Korea, Somalia, Sudan, Syria, and the regions of Crimea, Donetsk, and Luhansk.

3.7.2 You may not participate in the Event using iOS devices.

3.7.3 During the entire Event, only a single player may play on a given game device. This means you cannot use the same device as other players during the Event.

3.7.4 You may only have one (1) entry (using one (1) Epic Account) into the Event for a given Session. You are expressly prohibited from having additional Event entries using additional or secondary Epic Account(s).

3.7.5 You may only participate in one (1) Region (using one (1) Epic Account) throughout the course of the Event. For clarity, this means that once you participate in a Region in any Round 1 session, you will be locked to that Region for any subsequent Round 1 or Round 2 Session.

3.7.6 In order to participate in Solo Victory Cash, you must be in Gold Rank or higher in Ranked Battle Royale by the start of any Session. In order to participate in ZB Solo Victory Cash, you must be in Gold Rank or higher in Ranked Zero Build by the start of the Session. In order to participate in Squads Victory Cash, you must be in Gold Rank or higher in Ranked Battle Royale by the start of any Session

4. Team Rules.

4.1 Squads

Each player (or, if a Minor, such player's parent or legal guardian) in the team must acknowledge and accept these Rules in-game pursuant to Section 1.2 before participating in the Event. During the Event, all players on a team must be present and partied up together to participate. If a team does not have all members present and partied up together by the start time for a given match, it will be considered to have finished in (or tied for) last place with zero eliminations for that match.

4.1.1 All members of a team that are eligible to receive a prize as set forth in Section 2 must meet the eligibility requirements set out in Section 3 in order to be eligible to receive such prizes. If one member of a team fails the verification of eligibility process, all members of that team will be disqualified as Potential Winning Players, and that team shall not be entitled to win any prizes in connection with the Event. However, if a team member resides within a Prize Restricted Region, that shall not automatically force a disqualification of the other team member as a Potential Winning Player.

4.1.2 Except as otherwise expressly set forth herein, all of the Event Administrators' rights pursuant to these Rules relate to and are exercisable against the team as a whole and each individual member of the team. If any right of disqualification arises as to any individual member of the team, then the Event Administrator may exercise the right of disqualification against the team as a whole.

4.1.3 Earned qualification spots (as applicable) cannot be transferred, sold, traded, or gifted to any person or organization. This means that earned qualification spots will always be connected directly to the entire team as a whole.

5. Issues.

5.1 Definition of Terms.

"Bug" means an error, flaw, failure, fault or other technical issue that produces an incorrect or unexpected result, or otherwise causes Fortnite and/or a hardware device to behave in unintended ways.

"Intentional Disconnection" means a player losing connection to Fortnite due to the player's actions or inaction. Intentional disconnection is not considered a valid technical issue for the purposes of a remake.

"Server Crash" means all players losing connection to Fortnite due to an issue with the game server.

"Unintentional Disconnection" means a player losing connection to Fortnite due to problems or issues with the game client, platform, network, or PC.

5.2 Technical Issues.

5.2.1 Due to the nature and scale of online competition, except as otherwise determined by Epic in its sole discretion, Matches will not be restarted or made null due to Bugs, Intentional Disconnections, Server Crashes, or Unintentional Disconnections. Except as otherwise determined by Epic in its sole discretion, any Bug encounters must be played through and will not be cause for a remake.

5.2.2 Players are prohibited from taking advantage of or otherwise exploiting any Bug that allows a player to

participate in any Event round or stage without having first qualified for such round or stage pursuant to the terms of these Rules.

6. Communication.

6.1 Event Administrators will be available to answer player-specific questions and provide additional assistance throughout the Event via the official player support channel found here: https://www.discord.gg/fncompetitivesupport. Any answers or comments provided online do not change these Rules.

7. Post-Match Process.

7.1 Scoring.

7.1.1 The Fortnite game client will record and report a player's score at the conclusion of such player's participation in a Match.

7.1.2 At times, unforeseen issues may arise that result in score reporting delays and/or inaccuracies. For the duration of the Event, the score displayed within the Leaderboard will be the official score, regardless of accuracy.

7.1.3 After a Round has ended, Epic may adjust the Leaderboard standings (typically due to players or teams being disqualified and removed from the Leaderboard for breaking these Rules). For advancement purposes, at the end of the applicable Round, the Leaderboard standings will be snapshotted, and those advancements will be immediately awarded and considered "final" for purposes of player or team advancement only, subject in all cases to final adjustment and confirmation by Epic.

8. Code of Conduct.

8.1 Personal Conduct; No Toxic Behavior.

8.1.1 All players must conduct themselves in a way that is at all times consistent with (a) the Code of Conduct in this Section 8 ("Code of Conduct") and (b) the general principles of personal integrity, honesty, and good sportsmanship.

8.1.2 Players must be respectful of other players, Event Administrators, spectators, and sponsors (as applicable).

8.1.3 Players shall not behave in a manner that (a) violates these Rules, (b) is disruptive, unsafe or destructive, or (c) is otherwise harmful to the enjoyment of Fortnite by other users as intended by Epic (as determined by Epic). In particular, players shall not engage in harassing or disrespectful conduct, use of abusive or offensive language, game sabotage, spamming, social engineering, scamming, or any unlawful activity ("Toxic Behavior").

8.1.4 Players shall not (a) proclaim to be, or represent themselves as, a banned player or a cheater/rule breaker, or (b) glorify or otherwise endorse the breaking or violation of these Rules.

8.1.5 Any violation of these Rules may expose a player to disciplinary action as further described in Section 9.3,

whether or not that violation was committed intentionally.

8.2 Competitive Integrity.

8.2.1 Each player is expected to play within the spirit of Fortnite and these Rules at all times during any Event Match. Any form of unfair play is prohibited by these Rules and may result in disciplinary action. Examples of unfair play include the following:

Collusion (as defined below), match fixing or throwing, bribing a referee or match official, or any other unfair or illegal action or agreement to intentionally influence (or attempt to influence) the outcome of any match or Event.

Hacking or otherwise modifying the intended behavior of the game client.

Playing or allowing another player to play on an Epic Account registered in another person's name (or soliciting, encouraging, or directing someone else to do so).

Using any kind of cheating device, program, or similar cheating method to gain a competitive advantage.

Intentionally exploiting any game function (e.g., an in-game Bug or glitch) in a manner not intended by Epic in order to gain a competitive advantage.

Using distributed denial of service attacks, swatting, or similar methods to interfere with another player's connection to Fortnite's game client.

Using macro keys or similar methods to automate in-game actions.

Accepting any gift, reward, bribe, or compensation for services promised, rendered, or to be rendered in connection with unfair play of Fortnite (e.g., services designed to throw or fix a Match or Session).

Utilizing outside assistance regarding the location of other players, other players' health or equipment, or any other information not otherwise known to the player by the information on his or her own screen (e.g., looking at or attempting to look at spectator monitors while currently in a match). For clarity, a player's receipt of coaching or use of the in-game replay tool does not fall within this prohibition.

Intentionally Disconnecting from Fortnite after you or a member of your team takes damage. For clarity, this only applies to players who Intentionally Disconnect with a member of their team receiving damage within 60 seconds prior to the Intentional Disconnection.

8.2.2 Players may not work together to deceive or otherwise cheat other players during any Match ("Collusion"). Examples of Collusion include the following:

Teaming: Players working together during the Match while on opposing teams.

Planned Movement: Agreement between two (2) or more opposing players to land at specific locations and move through the map in a planned way before the Match begins.

Communication: Sending or receiving signals (both verbal and non-verbal) to communicate with opposing players.

Item Dumping: Intentionally dropping items for an opposing player to collect.

Feeding: Intentionally allowing oneself to be eliminated by an opposing player.

8.3 Wagering. Players shall not (a) conduct or promote betting, wagering, or gambling on the Event or any portion thereof, or (b) benefit, either directly or indirectly, from betting, wagering, or gambling on the Event or any portion thereof.

8.4 Harassment. Players are prohibited from engaging in any form of harassing, abusive, or discriminatory conduct, including any of the foregoing based on race, color, ethnicity, national origin, religion, political opinion or any other opinion, gender, gender identity, sexual orientation, age, disability, or any other status or characteristic protected under applicable law.

8.5 Confidentiality. A player may not disclose to any third party any confidential information the player obtains in connection with the Event, including by posting on social media channels.

8.6 Illegal Conduct. Players are required to comply with all applicable laws at all times. Any attempt to deliberately damage or undermine the legitimate operation of the Event may be in violation of criminal and civil laws and will result in disqualification from participation in the Event. If an attempt is made, Epic reserves the right to seek remedies and damages (including attorneys' fees) to the fullest extent of the law, including criminal prosecution.

8.7 Reporting. Any player who witnesses or is subjected to conduct that the Code of Conduct should notify an Epic Esports Coordinator or Event Administrator. All complaints reported pursuant to this Section 8.7 will be promptly investigated and appropriate action will be taken. Retaliation against any player who brings forward a complaint or cooperates in the investigation of a complaint is prohibited.

   9. Enforcement; Rules and Conduct Violations.

9.1 Enforcement. Epic will have primary responsibility for enforcing these Rules for all players at the Event and may, working with the Event Administrators (as defined below), impose sanctions on players for violations of these Rules, as further described in Section 9.

9.2 Investigation and Compliance.

9.2.1 You must fully cooperate with Epic and/or an Event Administrator (as applicable) in the investigation of any violation or suspected violation of these Rules. If Epic and/or an Event Administrator contacts you to discuss the investigation, you must be truthful in the information that you provide to Epic and/or an Event Administrator. Any player found to have withheld, destroyed, or tampered with any related information, or otherwise found to have misled Epic and/or an Event Administrator during an investigation, will be subject to disciplinary action as further described in Section 9.3.

9.2.2 Epic has the right, in its sole discretion, to remove a player from, or restrict such player's participation in, any Event activity as part of any investigation conducted by Epic and/or an Event Administrator (as applicable) pursuant to Section 9.2.1.

9.3 Disciplinary Action.

9.3.1 If Epic determines that a player has violated the Code, Epic may take the following disciplinary actions (as applicable):

Issue a private or public warning (verbal or written) to the player;

Loss of Session Points for the current or future Match(es);

Loss of all or any part of the prizes previously awarded to the player;

Disqualify the player from participating in one or more Matches and/or Sessions at the Event; and/or

Prevent the player from participating in one or more future competitions hosted by Epic.

9.3.2 For clarity, the nature and extent of the disciplinary action taken by Epic pursuant to this Section 9.3 will be in the sole and absolute discretion of Epic. Epic reserves the right to seek damages and other remedies from such player to the fullest extent permitted by applicable law.

The enforcement of any applicable sanction by Epic shall not provide such player with grounds for claims against Epic under any theory of law, or otherwise be considered a liability on the part of Epic to such player.

9.3.3 If Epic determines that there have been repeated breaches of these Rules by a player, it may hand out increasing disciplinary action, up to and including permanent disqualification from all future competitive play of Fortnite hosted or administered by or on behalf of Epic. Epic may also enforce any of its rights under Epic's Terms of Service and/or the Fortnite EULA in the event of a violation.

9.3.4 All Rules violations at the Event will be determined by Epic in its sole discretion and governed by the Epic Competitive Violation Matrix. A final decision by Epic as to the appropriate disciplinary action will be final and binding on all players.

9.3 Rule Disputes. Epic has final, binding authority to decide all disputes with respect to any portion of these Rules, including the breach, enforcement, or interpretation thereof.

10. Disclaimers. TO THE MAXIMUM EXTENT ALLOWED BY LAW, EPIC AND ITS AFFILIATES AND THE EVENT ADMINISTRATORS WILL NOT BE LIABLE FOR (A) ANY TECHNICAL ISSUES OR OTHER DISRUPTIONS TO THE EVENT, INCLUDING ANY LOSS OR CORRUPTION OF DATA, (B) THE MISCONDUCT OF ANY PLAYERS OR OTHER THIRD PARTIES, (C) ANY INJURIES (INCLUDING DEATH) OR PROPERTY DAMAGE ARISING FROM ANY PRIZES OR PARTICIPATION IN THE EVENT, (D) ANY INDIRECT, CONSEQUENTIAL, INCIDENTAL OR SPECIAL DAMAGES, OR (E) ANY PRINTING, TYPOGRAPHICAL OR ADMINISTRATIVE ERRORS IN ANY MATERIALS ASSOCIATED WITH THE EVENT. EPIC RESERVES THE RIGHT TO SUSPEND, MODIFY OR CANCEL THE EVENT IN ITS SOLE DISCRETION SHOULD A VIRUS, BUG, OR OTHER TECHNICAL ISSUE, UNAUTHORIZED INTERVENTION, NATURAL DISASTER, OR OTHER CAUSE BEYOND EPIC'S CONTROL AFFECT THE ADMINISTRATION, SECURITY, OR PROPER PLAY OF THE EVENT, OR EPIC OTHERWISE BECOMES (AS DETERMINED IN ITS SOLE DISCRETION) INCAPABLE OF

RUNNING THE EVENT AS ORIGINALLY PLANNED.

11. Publicity; Interview Consent.

11.1 Epic may use your name, tag, likeness, image, voice, gameplay statistics, and/or Epic Account ID or other
biographical information, for publicity purposes before, during, and after the Event, in any manner and media,
throughout the world, in perpetuity, but only in connection with publicizing the Event or other Fortnite events and
programming, without any compensation or prior review.

11.2 If you are given an opportunity to participate in an interview in connection with the Event (each, an
"Interview"), you consent to be recoded for the Interview, and you hereby grant to Epic a royalty-free, worldwide
license (with the right to grant sublicenses) to use your statements and any audio/video footage from the
Interview, as well as your name, tag, likeness, image, voice, gameplay statistics, Epic Account ID, and other
biographical information (collectively, "Interview Materials") in connection with the Interview. Your participation in
an Interview is voluntary, and you are not entitled to compensation for an Interview or this license. Epic has no
obligation to interview you or use Interview Materials. You can withdraw this license at any time by contacting an
Event Administrator at tournaments@epicgames.com, however this will not affect any uses Epic has made of
such license before the withdrawal.

12. Governing Law. The internal laws of the State of North Carolina, without reference to any of its conflicts of
laws principles, shall govern these Rules, including any disputes regarding these Rules and/or the Event.

13. Waiver of Jury Trial. EXCEPT AS PROHIBITED BY APPLICABLE LAW AND AS A CONDITION OF
PARTICIPATING IN THIS EVENT, EACH PARTICIPANT HEREBY IRREVOCABLY AND
PERPETUALLY WAIVES ANY RIGHT S/HE MAY HAVE TO A TRIAL BY JURY IN RESPECT OF ANY
LITIGATION DIRECTLY OR INDIRECTLY ARISING OUT OF, UNDER OR IN CONNECTION WITH THIS
EVENT, ANY DOCUMENT OR AGREEMENT ENTERED INTO IN CONNECTION HEREWITH, ANY
PRIZE AVAILABLE IN CONNECTION HEREWITH, AND ANY OF THE TRANSACTIONS
CONTEMPLATED HEREBY OR THEREBY.

14. Privacy. Please refer to Epic's privacy policy located at https://www.epicgames.com/site/en-
US/privacypolicy for important information regarding the collection, use and disclosure of personal
information by Epic.

15 Other Languages. These Rules may be translated into other languages. In the event of any conflict or
inconsistency between any translated version of these Rules and the English version of these Rules, the English
version shall prevail, govern and control.

Attachment A

Scoring System

Scoring System – Solo Victory Cash and ZB Solo Victory Cash - Round 1

Victory Royale: 30 points

2nd: 25 points

3rd: 22 points

4th: 20 points

5th: 19 points

6th: 17 points

7th: 16 points

8th: 15 points

9th: 14 points

10th: 13 points

11th - 15th: 11 points

16th - 20th: 9 points

21st - 25th: 7 points

26th - 30th: 5 points

31st - 35th: 4 points

36th - 40th: 3 points

41st - 50th: 2 points

51st - 75th: 1 point

Each Elimination: 1 point

Scoring System – Solo Victory Cash and ZB Solo Victory Cash - Round 2

For Round 2 of the Solo Victory Cash and the ZB Solo Victory Cash Cup, only the number of earned Victory Royales for each player will be tracked on the Leaderboard. Players earn a Victory Royale by finishing a match in 1st place. There will be no points awarded for any other match placement.

Scoring System – Squads Victory Cash - Round 1

Victory Royale: 62 points

2nd: 52 points

3rd: 45 points

4th: 40 points

5th: 35 points

6th: 30 points

7th: 28 points

8th: 26 points

9th: 24 points

10th: 22 points

11th: 20 points

12th: 18 points

13th: 16 points

14th: 14 points

15th: 12 points

16th: 10 points

17th: 8 points

18th: 6 points

19th: 4 points

20th: 2 points

Each Elimination: 1 points

Scoring System – Squads Victory Cash - Round 2

For Round 2 of the Squads Victory Cash Cup, only the number of earned Victory Royales for each team will be tracked on the Leaderboard. Teams earn a Victory Royale by finishing a match in 1st place. There will be no points awarded for any other match placement.

Attachment B

Schedule

Solo Victory Cash

June 3: Solo Victory Cash Cup #1 - Rounds 1 and 2

June 10: Solo Victory Cash Cup #2 - Rounds 1 and 2

June 17: Solo Victory Cash Cup #3 - Rounds 1 and 2

July 15: Solo Victory Cash Cup #4 - Rounds 1 and 2

July 22: Solo Victory Cash Cup #5 - Rounds 1 and 2

July 29: Solo Victory Cash Cup #6 - Rounds 1 and 2

August 5: Solo Victory Cash Cup #7 - Rounds 1 and 2

August 12: Solo Victory Cash Cup #8 - Rounds 1 and 2

ZB Solo Victory Cash

June 3: ZB Solo Victory Cash Cup #1 - Rounds 1 and 2

June 10: ZB Solo Victory Cash Cup #2 - Rounds 1 and 2

June 17: ZB Solo Victory Cash Cup #3 - Rounds 1 and 2

July 15: ZB Solo Victory Cash Cup #4 - Rounds 1 and 2

July 22: ZB Solo Victory Cash Cup #5 - Rounds 1 and 2

July 29: ZB Solo Victory Cash Cup #6 - Rounds 1 and 2

August 5: ZB Solo Victory Cash Cup #7 - Rounds 1 and 2

August 12: ZB Solo Victory Cash Cup #8 - Rounds 1 and 2

Squads Victory Cash

June 2: Squads Victory Cash Cup #1 - Rounds 1 and 2

June 9: Squads Victory Cash Cup #2 - Rounds 1 and 2

June 30: Squads Victory Cash Cup #3 - Rounds 1 and 2

August 4: Squads Victory Cash Cup #4 - Rounds 1 and 2

August 11: Squads Victory Cash Cup #5 - Rounds 1 and 2

Attachment C

Prizes

Event Prizes (All Regions) - Solo Victory Cash

Players will be awarded $100 for each Victory Royale earned in Round 2 of the applicable Solo Victory Cash Cup. For example, if a player earned 3 Victory Royales during Round 2 of a Solo Victory Cash Cup, they will receive $300.

Event Prizes (All Regions) - ZB Solo Victory Cash

Players will be awarded $100 for each Victory Royale earned in Round 2 of the applicable ZB Solo Victory Cash Cup. For example, if a player earned 3 Victory Royales during Round 2 of a ZB Solo Victory Cash Cup, they will receive $300.

Event Prizes (All Regions) - Squads Victory Cash

Each player on a team will be awarded $100 for each Victory Royale earned in Round 2 of the applicable Squads Victory Cash Cup. For example, if a team earned 3 Victory Royales during a Round 2 session of a Squads Victory Cash Cup, each player on that team will receive $300.

© 2024 Epic Games, Inc. All rights reserved.



# Fortnite Duos Cash Cups - Chapter 5 Season 4 - Official Rules

Fortnite Duos Cash Cups - Chapter 5 Season 4 - Official Rules

These are the Official Rules ("Rules") for the Fortnite Duos Cash Cups ("Duos Cash Cup", "ZB Duos Cash Cup", or "Event"), which is hosted by or on behalf of Epic Games, Inc. ("Epic"). These Rules are a legal agreement between you and Epic for your participation in the Event.

Table of Contents

1. Introduction and Acceptance

2. Event Structure

3. Player Eligibility; Epic Account Structure

4. Team Rules

5. Issues

6. Communication

7. Post-Match Process

8. Code of Conduct

9. Enforcement; Rules and Conduct Violations

10. Disclaimers

11. Publicity; Interview Consent

12. Governing Law

13. Waiver of Jury Trial

14. Privacy

15. Other Languages

Attachment A: Scoring System

Attachment B: Schedule

Attachment C: Event Prizes

1. Introduction and Acceptance

1.1 Introduction. These Rules are designed to protect the Event, and are intended to help ensure that it is fun, fair, and free from Toxic Behavior (as defined in Section 8.1).

1.2 Acceptance of these Rules. By participating in the Event, including by joining any Session or Match in the Event, or by clicking to accept these Rules, you agree to these Rules. References to "you," "your," and "each player" mean you and, if you are a Minor (as defined in Section 1.3), your parent or legal guardian, as the case may be.

1.3 Minors. If you are under 18 years of age (or the age of majority as defined in your country of residence) (a "Minor"), you must have permission from your parent or legal guardian to agree to these Rules and to participate in the Event. In addition, if you are a Minor, your parent or legal guardian must also agree to these Rules on behalf of themselves and your behalf. If you're the parent or guardian of a Minor, you need to accept the Rules. If you accept the Rules as the parent or guardian of a Minor, you confirm you're the Minor's parent or legal guardian and you agree to supervise and be fully responsible for their participation in the Event, including compliance with these Rules.

1.4 Changes to the Rules. Epic may change these Rules from time to time by notifying you of such changes by any reasonable means, including by posting revised Rules online at https://www.fortnite.com/competitive/rules-library. By continuing to participate in the Event, you are agreeing to the updated Rules. If you do not agree to the updated Rules, you must withdraw your participation in the Event.

2. Event Structure

2.1 Key Terms.

"Elimination" means an occurrence where one player entirely depletes the HP and Shield (if any) of another player. Subject to Section 7.1.2, elimination credit is determined by (a) the action feed located at the bottom left corner of the gameplay screen, and (b) the UI illustrating the total number of eliminations earned during a single match. However, elimination credit shall not be awarded to a player for any portion of a match following such player's elimination.

"Event Administrator" means any Epic employee, agents or member of the Event admin team, broadcast team, production team, event staff, or anyone else engaged by Epic for the purpose of running the Event.

"Leaderboard" means the in-game leaderboard for each Session.

"Match" means a single instance of competition within Fortnite that is played until a player or team achieves a Victory Royale.

"Ranked" means Fortnite's ranked, competitive mode composed of eight (8) ranks (each, a "Rank") separated into eighteen (18) divisions (each, a "Division") as follows:

Bronze Rank: Division I

Bronze Rank: Division II

Bronze Rank: Division III

Silver Rank: Division I

Silver Rank: Division II

Silver Rank: Division III

Gold Rank: Division I

Gold Rank: Division II

Gold Rank: Division III

Platinum Rank: Division I

Platinum Rank: Division II

Platinum Rank: Division III

Diamond Rank: Division I

Diamond Rank: Division II

Diamond Rank: Division III

Elite Rank

Champion Rank

Unreal Rank

"Region" means the matchmaking region in which the Event is hosted. There are currently six (6) regions: North America (NA); Europe (EU); Asia (ASIA); Brazil (BR); Middle East (ME); Oceania (OCE).

"Session" means a set of matches that is played until a winner or multiple winners are determined by one of the following methods: (a) completion of a set number of matches or (b) completion of a set time period.

"Victory Royale" means an occurrence where a player or team meets the victory conditions of the current game mode of the match being played. Typically, this refers to obtaining a first-place placement finish.

2.2 Event Format and Scoring.

2.2.1 Format Summary. These Duos Cash Cups will consist of two (2) events: Duos Cash Cup and ZB Duos Cash Cup. Each event will award cash prizing to winning players (see Attachment C)

2.2.2 Duos Cash Cup.

For each Duos Cash Cup, all eligible players on a Duos team (as determined by Epic in accordance with these

Rules) must have advanced into Gold Rank (or higher) in Battle Royale Ranked Mode in their respective server region ("Region") by the start of such Duos Cash Cup to be eligible to queue up and compete during the applicable Duos Cash Cup session window as listed in-game.

For Round 1 of the applicable Duos Cash Cup ("Round 1"), each session will last approximately three (3) hours. Teams may participate in a maximum of ten (10) matches during a Duos Cash Cup Round 1 session. Teams will earn points based on the scoring system listed in Attachment A (as applicable). Matches for a Duos Cash Cup Round 1 session will count only if the match begins before such session window closes.

At the conclusion of the applicable Duos Cash Cup Round 1 session, the top 50 point earning teams from each Region will advance and be able to queue up for Round 2 of such Duos Cash Cup ("Round 2") based on their final Round 1 ranking on the in-game leaderboard ("Leaderboard"). It will not be possible to enter the applicable Duos Cash Cup Round 2 session without ranking in such Region's top placements during the applicable Duos Cash Cup Round 1 session.

For Round 2 of the applicable Duos Cash Cup, teams will compete in a single session during their respective Region's Round 2 session window as listed in-game. Teams may participate in a maximum of six (6) matches during the Duos Cash Cup Round 2 session. The Round 2 session will last approximately three (3) hours, with the first match starting ten (10) minutes after the session window begins, and a new match starting every thirty-two (32) minutes thereafter. If a team fails to queue for the playlist and/or misses the start time for a given match, such team will be considered to have finished in (or tied for) last place with zero eliminations for that missed match. Teams will earn points based on the scoring system listed in Attachment A (as applicable). Matches for the Duos Cash Cup Round 2 session will count only if the match begins before the session window closes.

At the conclusion of the applicable Duos Cash Cup Round 2 session, and subject to the terms and conditions herein (including, without limitation, Section 2.5.2), the top point earning teams as listed on the Leaderboard from each Region will be awarded prizes as set out in Section awarded prizes as set out in Attachment C.

2.2.3 ZB Duos Cash Cup.

For each ZB Duos Cash Cup, all eligible players on a Duos team (as determined by Epic in accordance with these Rules) must have advanced into Gold Rank (or higher) in Zero Build Ranked Mode in their respective server region ("Region") by the start of such ZB Duos Cash Cup to be eligible to queue up and compete during the applicable ZB Duos Cash Cup session window as listed in-game.

For Round 1 of the applicable ZB Duos Cash Cup ("Round 1"), each session will last approximately three (3) hours. Teams may participate in a maximum of ten (10) matches during a ZB Duos Cash Cup Round 1 session. Teams will earn points based on the scoring system listed in Attachment A (as applicable). Matches for a ZB Duos Cash Cup Round 1 session will count only if the match begins before such session window closes.

At the conclusion of the applicable ZB Duos Cash Cup Round 1 session, the top 50 point earning teams from each Region will advance and be able to queue up for Round 2 of such ZB Duos Cash Cup ("Round 2") based on their final Round 1 ranking on the in-game leaderboard ("Leaderboard"). It will not be possible to enter the applicable ZB Duos Cash Cup Round 2 session without ranking in such Region's top placements during the

applicable ZB Duos Cash Cup Round 1 session.

For Round 2 of the applicable ZB Duos Cash Cup, teams will compete in a single session during their respective Region's Round 2 session window as listed in-game. Teams may participate in a maximum of six (6) matches during the ZB Duos Cash Cup Round 2 session. The Round 2 session will last approximately three (3) hours, with the first match starting ten (10) minutes after the session window begins, and a new match starting every thirty-two (32) minutes thereafter. If a team fails to queue for the playlist and/or misses the start time for a given match, such team will be considered to have finished in (or tied for) last place with zero eliminations for that missed match. Teams will earn points based on the scoring system listed in Attachment A (as applicable). Matches for the ZB Duos Cash Cup Round 2 session will count only if the match begins before the session window closes.

At the conclusion of the applicable ZB Duos Cash Cup Round 2 session, and subject to the terms and conditions herein (including, without limitation, Section 2.5.2), the top point earning teams as listed on the Leaderboard from each Region will be awarded prizes as set out in Section awarded prizes as set out in Attachment C.

2.2.2 Tiebreakers.

Tiebreakers will be determined in the order presented here: (1) total points scored; (2) total Victory Royales in the session; (3) average eliminations in the session; (4) average placement per match in the session; and finally (5) total seconds survived across all matches.

2.2.3 Platforms. Players acknowledge and agree that the Event is cross-platform, other players may participate in the Event on different platforms (i.e., PC, console, or mobile (as applicable)), and that different platforms may offer features, such as controllers, player interface, and/or ability to individualize certain game settings/sensitivities, etc., which may arguably provide a competitive advantage to one platform over another. Epic makes no adjustments in the Event to accommodate different platforms, and it is each player's responsibility to select the platform they use to participate in the Event.

2.3 Schedule. The tentative schedule and dates for Events is set forth in Attachment B. Dates may be changed; final dates and times will be displayed in-game.

2.4 Rescheduling. Epic may, in its sole discretion, change the schedule, the date and/or the game mode for any Match or Session of the Event. However, Epic will inform players of any changes at its earliest convenience.

2.5 Prizes.

2.5.1 Subject to Section 2.5.2, prizes will be awarded to each player, or each team (divided evenly between the two (2) players) based on its placement within the Leaderboard at the conclusion of the applicable Round 2 session. The specific prize awards are set forth in Attachment C.

2.5.2 Prize Restricted Regions. NOTWITHSTANDING THE FOREGOING OR ANY OTHER PROVISION OF THESE RULES TO THE CONTRARY, IF YOU ARE AN INDIVIDUAL RESIDING IN TURKEY OR RUSSIA (EACH, A "PRIZE RESTRICTED REGION"), YOU ACKNOWLEDGE AND AGREE THAT YOU ARE NOT ELIGIBLE FOR NOR ENTITLED TO WIN ANY PRIZES IN CONNECTION WITH THE EVENT.

2.5.3 Prizing Information.

Only eligible, ranked players who do not reside in a Prize Restricted Region (as determined by Epic in its sole discretion) will be eligible to receive the applicable prizes set forth in Section 2.5.1 ("Winning Players"). No other player will be entitled to win any prizes in connection with the Event.

Prizes are awarded "as is" with no warranty or guarantee, either express or implied. Prizes are not transferable or assignable and cannot be transferred by Winning Players. Non-cash prizes (if any) cannot be redeemed for cash. All prize details are at the sole discretion of Epic. Winning Players are not entitled to any surplus between actual retail value of prize and approximate retail value, and any difference between approximate and actual value of the prize will not be awarded. Winning Players are responsible for any costs and expenses associated with prize acceptance and use not specified herein as being provided. Winning Players may not substitute a prize, but Epic reserves the right, at its sole discretion, in case of justified reasons, to substitute a prize (or portion thereof) with one of comparable or greater value. Additional terms and conditions may apply to acceptance and use of a prize.

Potential Winning Players will be notified by Epic of their status as a potential Winning Player at the email address associated with such players' Epic Games Account ("Epic Account") within sixty (60) days of completion of the applicable Event Session, or such other time as reasonably required by Epic for such notification, and will be subject to verification of eligibility pursuant to Section 3 and compliance with these Rules. Potential Winning Players must keep the Epic Account that they used to compete in the Event active throughout the verification of eligibility process.

Upon formal notification from Epic, a potential Winning Player shall have forty five (45) days from the date such notice was emailed to respond and provide (1) any information or materials requested by Epic for purposes of verification of eligibility pursuant to Section 3 and (2) the Release (as defined below). Such response from a potential Winning Player must be delivered to the email address from which Epic's notification was sent or, at Epic's sole option, another email address specified in the notification. The date of receipt by Epic shall be decisive for a potential Winning Player's compliance with the deadlines set forth in this Section 2.5.3.

In the event of (a) the failure by any such player to (i) keep the Epic Account that such player used to compete in the Event active throughout the verification of eligibility process or (ii) timely respond to any notification or request for materials or information; or (b) any such player being unable to accept or receive the prize for any reason (including for participating in the Event on, or attempting to complete the verification of eligibility process with, an Epic Games Cabined Account ("Cabined Account"), or for failure to provide the necessary tax and payment information through Epic's approved tax and payment processing vendors), then such player shall be disqualified as a potential Winning Player, and such player shall not be entitled to win any prizes in connection with the Event. In such cases, no alternate Winning Player will be named, and Epic shall have the right, in its sole and absolute discretion, to (y) award any prize amounts that would have otherwise been awarded to such disqualified player as part of a future Game competitive event or (z) award any such prize amounts to non-profit causes and efforts. A Winning Player will only be announced once the verification of eligibility process has been completed by Epic pursuant to these Rules.

Winning Players will also be required to provide certain payment information to Epic, including any required tax

information forms, in order to receive the prizes. Epic may withhold payment of the prizes if the Winning Player fails to provide the applicable payment forms to Epic in a timely manner.

PRIZES ARE SUBJECT TO APPLICABLE INTERNATIONAL, FEDERAL, STATE, AND LOCAL TAXES (INCLUDING, BUT NOT LIMITED TO, INCOME AND WITHHOLDING TAXES) AND IT IS THE RESPONSIBILITY OF EACH WINNING PLAYER TO (I) CHECK WITH SUCH WINNING PLAYER'S LOCAL TAX ADVISOR TO DETERMINE WHICH TAXES APPLY TO SUCH WINNING PLAYER AND (II) PAY SUCH TAXES TO THE APPROPRIATE TAX AUTHORITY. It is Epic's policy to withhold tax at the backup withholding rates in effect for US and non-US residents. Prize income and tax withholding will be reported on forms (y) 1099-MISC for US residents and 1042-S for non-US residents, and (z) any other relevant tax forms as may be required by applicable law.

Epic will determine the payment method for the prizes in its sole discretion and, except as otherwise required by applicable law, all payments will be made directly to the Winning Player in such Winning Player's capacity as an individual (or, if a Minor, to the Winning Player's parent or legal guardian). No prize payments will be made by Epic to any organization, company, or other entity. Each Winning Player will be provided a Prize Acceptance and Release Form ("Release"). Unless restricted by applicable law, each Winning Player (or, if a Minor, such Winning Player's parent or legal guardian) will be required to complete and submit the Release in accordance with the deadlines set forth in this Section 2.5.3. In addition, by accepting a prize, the Winning Player agrees (or such Winning Player's parent or legal guardian agrees) to release Epic from any and all liability, loss, or damage arising from or in connection with awarding, receipt, and/or use or misuse of prize or participation in any prize-related activities.

   3. Player Eligibility; Epic Account Status.

To be eligible to participate in any Event Match or receive any prizes in connection with an Event, you must meet the eligibility criteria in this Section.

3.1 Player Age; Cabined Accounts. You must be at least 13 years old (or such other age, if greater, as may be required in your country of residence). You cannot use a Cabined Account to participate in the Event.

3.2 Epic TOS and Fortnite EULA. You must comply with Epic's Terms of Service ("Epic TOS") (https://www.epicgames.com/site/en-US/tos) and the Fortnite End User License Agreement ("Fortnite EULA") (https://www.epicgames.com/fortnite/eula), including all rules, policies and other terms referenced in the Epic TOS and the Fortnite EULA. These Rules add to, and do not replace, the Fortnite EULA.

3.3 2FA. You must enable (if not already enabled) Two-Factor Authentication ("2FA") on your Epic Account. To enable 2FA, please visit https://epicgames.com/2FA, log in to your Epic Accounts, and follow the onscreen instructions.

3.4 Epic Affiliation. Employees, officers, directors, agents, and representatives of Epic (including the legal, promotion, and advertising agencies of Epic) and their immediate family members (defined as spouse, mother, father, sisters, brothers, sons, daughters, uncles, aunts, nephews, nieces, grandparents, and in-laws, regardless of where they live) and those living in their household (whether or not related), and each person or entity connected with the production or administration of the Event, and each parent company, affiliate, subsidiary,

agent and representative of Epic are not eligible to participate in the Event.

3.5 Player Names.

3.5.1 All team and individual player names must follow the Code of Conduct in Section 8. Epic and the Event Administrators each may restrict or change team and individual player tags or screen names for any reason.

3.5.2 The name used by a team or player may not include or make use of the

terms Fortnite, Epic, or any other trademark, trade name, or logo owned by or licensed to Epic.

3.5.3 The name used by a team or player cannot be an impersonation of another team, player, streamer, celebrity, government official, Epic employee, or any other person or entity.

3.6 Good Standing; Account Level.

3.6.1 The Epic Account you use in connection with the Event must be in good standing, with no undisclosed violations. This also means that your Epic Account must be registered in your name, and cannot have been previously purchased, gifted, or otherwise transferred from another player.

3.6.2. You (and your Epic Account) must be free of or have fully served any suspensions or other sanctions imposed in connection with a previous violation of any official Epic rules. Additionally, you will not be able to participate further in the Event if you receive a competitive ban of 14 days or longer during the Event.

3.6.3 Your Epic Account must be level three hundred and fifty (350) or above. This information can be found in the in-game "Career" tab.

3.6.4 Epic may share tournament leaderboard information with Sony for any players participating on PlayStation 4 or PlayStation 5 devices.

3.7 Additional Restrictions.

3.7.1 The Event in all parts is open to players from across the world, except as otherwise provided in this Section. The Event is not open to individuals wherever restricted or prohibited by applicable law or in any country where participation is prohibited by U.S. law ("Prohibited Countries"), including Cuba, Iran, Iraq, North Korea, Somalia, Sudan, Syria, and the regions of Crimea, Donetsk, and Luhansk.

3.7.2 Unless you reside in the European Union, you may not participate in the Event using iOS devices.

3.7.3 During the entire Event, only a single player may play on a given game device. This means you cannot use the same device as other players during the Event.

3.7.4 You may only have one (1) entry (using one (1) Epic Account) into the Event for a given Session. You are expressly prohibited from having additional Event entries using additional or secondary Epic Account(s).

4. Team Rules.

4.1 Duo

During the Event, all players on a team must be present and partied up together to participate. If a team does not have all members present and partied up together by the start time for a given match, it will be considered to have finished in (or tied for) last place with zero eliminations for that match.

4.1.1 All members of a team that are eligible to receive a prize as set forth in Section 2 must meet the eligibility requirements set out in Section 3 in order to be eligible to receive such prizes. If one member of a team fails the verification of eligibility process, all members of that team will be disqualified as Potential Winning Players, and that team shall not be entitled to win any prizes in connection with the Event. However, if a team member resides within a Prize Restricted Region, that shall not automatically force a disqualification of the other team member as a Potential Winning Player.

4.1.2 Except as otherwise expressly set forth herein, all of the Event Administrators' rights pursuant to these Rules relate to and are exercisable against the team as a whole and each individual member of the team. If any right of disqualification arises as to any individual member of the team, then the Event Administrator may exercise the right of disqualification against the team as a whole.

4.1.3 Earned qualification spots (as applicable) cannot be transferred, sold, traded, or gifted to any person or organization. This means that earned qualification spots will always be connected directly to the entire team as a whole.

5. Issues.

5.1 Definition of Terms.

"Bug" means an error, flaw, failure, fault or other technical issue that produces an incorrect or unexpected result, or otherwise causes Fortnite and/or a hardware device to behave in unintended ways.

"Intentional Disconnection" means a player losing connection to Fortnite due to the player's actions or inaction. Intentional disconnection is not considered a valid technical issue for the purposes of a remake.

"Server Crash" means all players losing connection to Fortnite due to an issue with the game server.

"Unintentional Disconnection" means a player losing connection to Fortnite due to problems or issues with the game client, platform, network, or PC.

5.2 Technical Issues.

5.2.1 Due to the nature and scale of online competition, except as otherwise determined by Epic in its sole discretion, Matches will not be restarted or made null due to Bugs, Intentional Disconnections, Server Crashes, or Unintentional Disconnections. Except as otherwise determined by Epic in its sole discretion, any Bug encounters must be played through and will not be cause for a remake.

5.2.2 Players are prohibited from taking advantage of or otherwise exploiting any Bug that allows a player to participate in any Event round or stage without having first qualified for such round or stage pursuant to the terms of these Rules.

6. Communication.

6.1 Event Administrators will be available to answer player-specific questions and provide additional assistance throughout the Event via the official player support channel found here: https://www.discord.gg/fncompetitivesupport. Any answers or comments provided online do not change these Rules.

7. Post-Match Process.

7.1 Scoring.

7.1.1 The Fortnite game client will record and report a player's score at the conclusion of such player's participation in a Match.

7.1.2 At times, unforeseen issues may arise that result in score reporting delays and/or inaccuracies. For the duration of the Event, the score displayed within the Leaderboard will be the official score, regardless of accuracy.

7.1.3 After a Round has ended, Epic may adjust the Leaderboard standings (typically due to players or teams being disqualified and removed from the Leaderboard for breaking these Rules). For advancement purposes, at the end of the applicable Round, the Leaderboard standings will be snapshotted, and those advancements will be immediately awarded and considered "final" for purposes of player or team advancement only, subject in all cases to final adjustment and confirmation by Epic.

8. Code of Conduct.

8.1 Personal Conduct; No Toxic Behavior.

8.1.1 All players must conduct themselves in a way that is at all times consistent with (a) the Code of Conduct in this Section 8 ("Code of Conduct") and (b) the general principles of personal integrity, honesty, and good sportsmanship.

8.1.2 Players must be respectful of other players, Event Administrators, spectators, and sponsors (as applicable).

8.1.3 Players shall not behave in a manner that (a) violates these Rules, (b) is disruptive, unsafe or destructive, or (c) is otherwise harmful to the enjoyment of Fortnite by other users as intended by Epic (as determined by Epic). In particular, players shall not engage in harassing or disrespectful conduct, use of abusive or offensive language, game sabotage, spamming, social engineering, scamming, or any unlawful activity ("Toxic Behavior").

8.1.4 Players shall not (a) proclaim to be, or represent themselves as, a banned player or a cheater/rule breaker, or (b) glorify or otherwise endorse the breaking or violation of these Rules.

8.1.5 Any violation of these Rules may expose a player to disciplinary action as further described in Section 9.3, whether or not that violation was committed intentionally.

8.2 Competitive Integrity.

8.2.1 Each player is expected to play within the spirit of Fortnite and these Rules at all times during any Event

Match. Any form of unfair play is prohibited by these Rules and may result in disciplinary action. Examples of unfair play include the following:

Collusion (as defined below), match fixing or throwing, bribing a referee or match official, or any other unfair or illegal action or agreement to intentionally influence (or attempt to influence) the outcome of any match or Event.

Hacking or otherwise modifying the intended behavior of the game client.

Playing or allowing another player to play on an Epic Account registered in another person's name (or soliciting, encouraging, or directing someone else to do so).

Using any kind of cheating device, program, or similar cheating method to gain a competitive advantage.

Intentionally exploiting any game function (e.g., an in-game Bug or glitch) in a manner not intended by Epic in order to gain a competitive advantage.

Using distributed denial of service attacks, swatting, or similar methods to interfere with another player's connection to Fortnite's game client.

Using macro keys or similar methods to automate in-game actions.

Accepting any gift, reward, bribe, or compensation for services promised, rendered, or to be rendered in connection with unfair play of Fortnite (e.g., services designed to throw or fix a Match or Session).

Utilizing outside assistance regarding the location of other players, other players' health or equipment, or any other information not otherwise known to the player by the information on his or her own screen (e.g., looking at or attempting to look at spectator monitors while currently in a match). For clarity, a player's receipt of coaching or use of the in-game replay tool does not fall within this prohibition.

Intentionally Disconnecting from Fortnite after you or a member of your team takes damage. For clarity, this only applies to players who Intentionally Disconnect with a member of their team receiving damage within 60 seconds prior to the Intentional Disconnection.

8.2.2 Players may not work together to deceive or otherwise cheat other players during any Match ("Collusion"). Examples of Collusion include the following:

Teaming: Players working together during the Match while on opposing teams.

Planned Movement: Agreement between two (2) or more opposing players to land at specific locations and move through the map in a planned way before the Match begins.

Communication: Sending or receiving signals (both verbal and non-verbal) to communicate with opposing players.

Item Dumping: Intentionally dropping items for an opposing player to collect.

Feeding: Intentionally allowing oneself to be eliminated by an opposing player.

8.3 Wagering. Players shall not (a) conduct or promote betting, wagering, or gambling on the Event or any

portion thereof, or (b) benefit, either directly or indirectly, from betting, wagering, or gambling on the Event or any portion thereof.

8.4 Harassment. Players are prohibited from engaging in any form of harassing, abusive, or discriminatory conduct, including any of the foregoing based on race, color, ethnicity, national origin, religion, political opinion or any other opinion, gender, gender identity, sexual orientation, age, disability, or any other status or characteristic protected under applicable law.

8.5 Confidentiality. A player may not disclose to any third party any confidential information the player obtains in connection with the Event, including by posting on social media channels.

8.6 Illegal Conduct. Players are required to comply with all applicable laws at all times. Any attempt to deliberately damage or undermine the legitimate operation of the Event may be in violation of criminal and civil laws and will result in disqualification from participation in the Event. If an attempt is made, Epic reserves the right to seek remedies and damages (including attorneys' fees) to the fullest extent of the law, including criminal prosecution.

8.7 Reporting. Any player who witnesses or is subjected to conduct that the Code of Conduct should notify an Epic Esports Coordinator or Event Administrator. All complaints reported pursuant to this Section 8.7 will be promptly investigated and appropriate action will be taken. Retaliation against any player who brings forward a complaint or cooperates in the investigation of a complaint is prohibited.

   9. Enforcement; Rules and Conduct Violations.

9.1 Enforcement. Epic will have primary responsibility for enforcing these Rules for all players at the Event and may, working with the Event Administrators (as defined below), impose sanctions on players for violations of these Rules, as further described in Section 9.

9.2 Investigation and Compliance.

9.2.1 You must fully cooperate with Epic and/or an Event Administrator (as applicable) in the investigation of any violation or suspected violation of these Rules. If Epic and/or an Event Administrator contacts you to discuss the investigation, you must be truthful in the information that you provide to Epic and/or an Event Administrator. Any player found to have withheld, destroyed, or tampered with any related information, or otherwise found to have misled Epic and/or an Event Administrator during an investigation, will be subject to disciplinary action as further described in Section 9.3.

9.2.2 Epic has the right, in its sole discretion, to remove a player from, or restrict such player's participation in, any Event activity as part of any investigation conducted by Epic and/or an Event Administrator (as applicable) pursuant to Section 9.2.1.

9.3 Disciplinary Action.

9.3.1 If Epic determines that a player has violated the Code, Epic may take the following disciplinary actions (as applicable):

Issue a private or public warning (verbal or written) to the player;

Loss of Session Points for the current or future Match(es);

Loss of all or any part of the prizes previously awarded to the player;

Disqualify the player from participating in one or more Matches and/or Sessions at the Event; and/or

Prevent the player from participating in one or more future competitions hosted by Epic.

9.3.2 For clarity, the nature and extent of the disciplinary action taken by Epic pursuant to this Section 9.3 will be in the sole and absolute discretion of Epic. Epic reserves the right to seek damages and other remedies from such player to the fullest extent permitted by applicable law.

The enforcement of any applicable sanction by Epic shall not provide such player with grounds for claims against Epic under any theory of law, or otherwise be considered a liability on the part of Epic to such player.

9.3.3 If Epic determines that there have been repeated breaches of these Rules by a player, it may hand out increasing disciplinary action, up to and including permanent disqualification from all future competitive play of Fortnite hosted or administered by or on behalf of Epic. Epic may also enforce any of its rights under Epic's Terms of Service and/or the Fortnite EULA in the event of a violation.

9.3.4 All Rules violations at the Event will be determined by Epic in its sole discretion and governed by the Epic Competitive Violation Matrix. A final decision by Epic as to the appropriate disciplinary action will be final and binding on all players.

9.3 Rule Disputes. Epic has final, binding authority to decide all disputes with respect to any portion of these Rules, including the breach, enforcement, or interpretation thereof.

10. Disclaimers. TO THE MAXIMUM EXTENT ALLOWED BY LAW, EPIC AND ITS AFFILIATES AND THE EVENT ADMINISTRATORS WILL NOT BE LIABLE FOR (A) ANY TECHNICAL ISSUES OR OTHER DISRUPTIONS TO THE EVENT, INCLUDING ANY LOSS OR CORRUPTION OF DATA, (B) THE MISCONDUCT OF ANY PLAYERS OR OTHER THIRD PARTIES, (C) ANY INJURIES (INCLUDING DEATH) OR PROPERTY DAMAGE ARISING FROM ANY PRIZES OR PARTICIPATION IN THE EVENT, (D) ANY INDIRECT, CONSEQUENTIAL, INCIDENTAL OR SPECIAL DAMAGES, OR (E) ANY PRINTING, TYPOGRAPHICAL OR ADMINISTRATIVE ERRORS IN ANY MATERIALS ASSOCIATED WITH THE EVENT. EPIC RESERVES THE RIGHT TO SUSPEND, MODIFY OR CANCEL THE EVENT IN ITS SOLE DISCRETION SHOULD A VIRUS, BUG, OR OTHER TECHNICAL ISSUE, UNAUTHORIZED INTERVENTION, NATURAL DISASTER, OR OTHER CAUSE BEYOND EPIC'S CONTROL AFFECT THE ADMINISTRATION, SECURITY, OR PROPER PLAY OF THE EVENT, OR EPIC OTHERWISE BECOMES (AS DETERMINED IN ITS SOLE DISCRETION) INCAPABLE OF RUNNING THE EVENT AS ORIGINALLY PLANNED.

11. Publicity; Interview Consent.

11.1 Epic may use your name, tag, likeness, image, voice, gameplay statistics, and/or Epic Account ID or other

biographical information, for publicity purposes before, during, and after the Event, in any manner and media, throughout the world, in perpetuity, but only in connection with publicizing the Event or other Fortnite events and programming, without any compensation or prior review.

11.2 If you are given an opportunity to participate in an interview in connection with the Event (each, an "Interview"), you consent to be recoded for the Interview, and you hereby grant to Epic a royalty-free, worldwide license (with the right to grant sublicenses) to use your statements and any audio/video footage from the Interview, as well as your name, tag, likeness, image, voice, gameplay statistics, Epic Account ID, and other biographical information (collectively, "Interview Materials") in connection with the Interview. Your participation in an Interview is voluntary, and you are not entitled to compensation for an Interview or this license. Epic has no obligation to interview you or use Interview Materials. You can withdraw this license at any time by contacting an Event Administrator at tournaments@epicgames.com, however this will not affect any uses Epic has made of such license before the withdrawal.

12. Governing Law. The internal laws of the State of North Carolina, without reference to any of its conflicts of laws principles, shall govern these Rules, including any disputes regarding these Rules and/or the Event.

13. Waiver of Jury Trial. EXCEPT AS PROHIBITED BY APPLICABLE LAW AND AS A CONDITION OF PARTICIPATING IN THIS EVENT, EACH PARTICIPANT HEREBY IRREVOCABLY AND PERPETUALLY WAIVES ANY RIGHT S/HE MAY HAVE TO A TRIAL BY JURY IN RESPECT OF ANY LITIGATION DIRECTLY OR INDIRECTLY ARISING OUT OF, UNDER OR IN CONNECTION WITH THIS EVENT, ANY DOCUMENT OR AGREEMENT ENTERED INTO IN CONNECTION HEREWITH, ANY PRIZE AVAILABLE IN CONNECTION HEREWITH, AND ANY OF THE TRANSACTIONS CONTEMPLATED HEREBY OR THEREBY.

14. Privacy. Please refer to Epic's privacy policy located at https://www.epicgames.com/site/en-US/privacypolicy for important information regarding the collection, use and disclosure of personal information by Epic.

15 Other Languages. These Rules may be translated into other languages. In the event of any conflict or inconsistency between any translated version of these Rules and the English version of these Rules, the English version shall prevail, govern and control.

Attachment A

Scoring System

Scoring System – Duos Cash Cup, ZB Duos Cash Cup - Round 1

Victory Royale: 65 points

2nd: 56 points

3rd: 52 points

4th: 48 points

5th: 44 points

6th: 40 points

7th: 38 points

8th: 36 points

9th: 34 points

10th: 32 points

11th: 30 points

12th: 28 points

13th: 26 points

14th: 24 points

15th: 22 points

16th: 20 points

17th: 18 points

18th: 16 points

19th: 14 points

20th: 12 points

21st: 10 points

22nd: 8 points

23rd: 6 points

24th: 4 points

25th: 2 points

Each Elimination: 1 points

Scoring System – Duos Cash Cup, ZB Duos Cash Cup - Round 2

Victory Royale: 65 points

2nd: 56 points

3rd: 52 points

4th: 48 points

5th: 44 points

6th: 40 points

7th: 38 points

8th: 36 points

9th: 34 points

10th: 32 points

11th: 30 points

12th: 28 points

13th: 26 points

14th: 24 points

15th: 22 points

16th: 20 points

17th: 18 points

18th: 16 points

19th: 14 points

20th: 12 points

21st: 10 points

22nd: 8 points

23rd: 6 points

24th: 4 points

25th: 2 points

Each Elimination: 2 points

Attachment B

Schedule

Duos Cash Cup

August 28: Duos Cash Cup #1 - Round 1

August 29: Duos Cash Cup #1 - Round 2

September 11: Duos Cash Cup #2 - Round 1

September 12: Duos Cash Cup #2 - Round 2

September 18: Duos Cash Cup #3 - Round 1

September 19: Duos Cash Cup #3 - Round 2

September 25: Duos Cash Cup #4 - Round 1

September 26: Duos Cash Cup #4 - Round 2

October 2: Duos Cash Cup #5 - Round 1

October 3: Duos Cash Cup #5 - Round 2

October 9: Duos Cash Cup #6 - Round 1

October 10: Duos Cash Cup #6 - Round 2

October 16: Duos Cash Cup #7 - Round 1

October 17: Duos Cash Cup #7 - Round 2

ZB Duos Cash Cup

August 28: ZB Duos Cash Cup #1 - Round 1

August 29: ZB Duos Cash Cup #1 - Round 2

September 11: ZB Duos Cash Cup #2 - Round 1

September 12: ZB Duos Cash Cup #2 - Round 2

September 18: ZB Duos Cash Cup #3 - Round 1

September 19: ZB Duos Cash Cup #3 - Round 2

September 25: ZB Duos Cash Cup #4 - Round 1

September 26: ZB Duos Cash Cup #4 - Round 2

October 2: ZB Duos Cash Cup #5 - Round 1

October 3: ZB Duos Cash Cup #5 - Round 2

October 9: ZB Duos Cash Cup #6 - Round 1

October 10: ZB Duos Cash Cup #6 - Round 2

October 16: ZB Duos Cash Cup #7 - Round 1

October 17: ZB Duos Cash Cup #7 - Round 2

Attachment C

Prizes

Duos Cash Cup

Subject to Section 2.5.2, the following prizes, in United States Dollar, will be awarded to each team (divided evenly between the two (2) players) based on its placement within the Leaderboard at the conclusion of the applicable Duos Cash Cup Round 2 session.

Event Prizes - OCE

Rank Prize

1st $1,250

2nd $800

3rd $600

4th - 5th $400

6th - 40th $200

Event Prizes - Asia

Rank Prize

1st $1,250

2nd $800

3rd $600

4th - 5th $400

6th - 40th $200

Event Prizes - Middle East

Rank Prize

1st $1,250

2nd $800

3rd $600

4th - 5th $400

6th - 40th $200

Event Prizes - Europe

Rank Prize

1st $10,000

2nd $2,700

3rd $1,800

4th - 10th $900

11th - 25th $600

26th - 40th $300

Event Prizes - Brazil

Rank Prize

1st $1,250

2nd $800

3rd $600

4th - 5th $400

6th - 40th $200

Event Prizes - NA

Rank Prize

1st $10,000

2nd $2,700

3rd $1,800

4th - 10th $900

11th - 25th $450

26th - 40th $200

ZB Duos Cash Cup

Subject to Section 2.5.2, the following prizes, in United States Dollar, will be awarded to each team (divided evenly between the two (2) players) based on its placement within the Leaderboard at the conclusion of the applicable ZB Duos Cash Cup Round 2 session.

Event Prizes - OCE

Rank Prize

1st $800

2nd $600

3rd $400

4th - 10th $200

Event Prizes - Asia

Rank Prize

1st $800

2nd $600

3rd $400

4th - 10th $200

Event Prizes - Middle East

Rank Prize

1st $800

2nd $600

3rd $400

4th - 10th $200

Event Prizes - Europe

Rank Prize

1st $1,800

2nd $900

3rd - 10th $600

Event Prizes - Brazil

Rank Prize

1st $800

2nd $600

3rd $400

4th - 10th $200

Event Prizes - NA

Rank Prize

1st $1,800

2nd $900

3rd - 10th $600

© 2024 Epic Games, Inc. All rights reserved.



# Fortnite Reload Squads Cash Cups - Chapter 5 Season 4 - Official Rules

Fortnite Reload Squads Cash Cups - Chapter 5 Season 4 - Official Rules

These are the Official Rules ("Rules") for the Fortnite Reload Squads Cash Cups ("Reload Squads Cash Cup" or "Event"), which is hosted by or on behalf of Epic Games, Inc. ("Epic"). These Rules are a legal agreement between you and Epic for your participation in the Event.

Table of Contents

1. Introduction and Acceptance

2. Event Structure

3. Player Eligibility; Epic Account Structure

4. Team Rules

5. Issues

6. Communication

7. Post-Match Process

8. Code of Conduct

9. Enforcement; Rules and Conduct Violations

10. Disclaimers

11. Publicity; Interview Consent

12. Governing Law

13. Waiver of Jury Trial

14. Privacy

15. Other Languages Attachment A: Scoring System Attachment B: Schedule Attachment C: Event Prizes

16. Introduction and Acceptance

1.1 Introduction. These Rules are designed to protect the Event, and are intended to help ensure that it is fun,

fair, and free from Toxic Behavior (as defined in Section 8.1).

1.2 Acceptance of these Rules. By participating in the Event, including by joining any Session or Match in the Event, or by clicking to accept these Rules, you agree to these Rules. References to "you," "your," and "each player" mean you and, if you are a Minor (as defined in Section 1.3), your parent or legal guardian, as the case may be.

1.3 Minors. If you are under 18 years of age (or the age of majority as defined in your country of residence) (a "Minor"), you must have permission from your parent or legal guardian to agree to these Rules and to participate in the Event. In addition, if you are a Minor, your parent or legal guardian must also agree to these Rules on behalf of themselves and your behalf. If you're the parent or guardian of a Minor, you need to accept the Rules. If you accept the Rules as the parent or guardian of a Minor, you confirm you're the Minor's parent or legal guardian and you agree to supervise and be fully responsible for their participation in the Event, including compliance with these Rules.

1.4 Changes to the Rules. Epic may change these Rules from time to time by notifying you of such changes by any reasonable means, including by posting revised Rules online at https://www.fortnite.com/competitive/rules-library. By continuing to participate in the Event, you are agreeing to the updated Rules. If you do not agree to the updated Rules, you must withdraw your participation in the Event.

   2. Event Structure

2.1 Key Terms.

"Elimination" means an occurrence where one player entirely depletes the HP and Shield (if any) of another player. Subject to Section 7.1.2, elimination credit is determined by (a) the action feed located at the bottom left corner of the gameplay screen, and (b) the UI illustrating the total number of eliminations earned during a single match. However, elimination credit shall not be awarded to a player for any portion of a match following such player's elimination.

"Event Administrator" means any Epic employee, agents or member of the Event admin team, broadcast team, production team, event staff, or anyone else engaged by Epic for the purpose of running the Event.

"Leaderboard" means the in-game leaderboard for each Session.

"Match" means a single instance of competition within Fortnite that is played until a player or team achieves a Victory Royale.

"Ranked" means Fortnite's ranked, competitive mode composed of eight (8) ranks (each, a "Rank") separated into eighteen (18) divisions (each, a "Division") as follows:

Bronze Rank: Division I Bronze Rank: Division II Bronze Rank: Division III

Silver Rank: Division I Silver Rank: Division II Silver Rank: Division III

Gold Rank: Division I Gold Rank: Division II Gold Rank: Division III

Platinum Rank: Division I Platinum Rank: Division II Platinum Rank: Division III

Diamond Rank: Division I Diamond Rank: Division II Diamond Rank: Division III

Elite Rank

Champion Rank

Unreal Rank

"Region" means the matchmaking region in which the Event is hosted. There are currently six (6) regions: North America (NA); Europe (EU); Asia (ASIA); Brazil (BR); Middle East (ME); Oceania (OCE).

"Session" means a set of matches that is played until a winner or multiple winners are determined by one of the following methods: (a) completion of a set number of matches or (b) completion of a set time period.

"Victory Royale" means an occurrence where a player or team meets the victory conditions of the current game mode of the match being played. Typically, this refers to obtaining a first-place placement finish.

2.2 Event Format and Scoring.

2.2.1 Format Summary. Each event will award cash prizing to winning players (see Attachment C).

2.2.2 Reload Squads Cash Cup

For each Reload Squads Cash Cup, all eligible players on a team (as determined by Epic in accordance with these Rules) must have ranked in the Gold Rank (or higher) in Battle Royale Ranked Mode in their respective Region by the start of such Reload Squads Cash Cup to be eligible to queue up and compete during the applicable Reload Squads Cash Cup session window as listed in-game.

Each session will last approximately two (2) hours. Teams may participate in a maximum of seven (7) matches during a Reload Squads Cash Cup session. Teams will earn points based on the scoring system listed in Attachment A (as applicable). Matches for a Reload Squads Cash Cup Round 1 session will count only if the match begins before such session window closes.

At the conclusion of the applicable Reload Squads Cash Cup session, and subject to the terms and conditions herein (including, without limitation, Section 2.5.2), the teams who meet the prizing thresholds as set out in Attachment C as listed on the Leaderboard from each Region will be awarded prizes as set out in Attachment C.

2.2.3 Tiebreakers.

Tiebreakers will be determined in the order presented here: (1) total points scored; (2) total Victory Royales in the session; (3) average eliminations in the session; (4) average placement per match in the session; and finally (5) total seconds survived across all matches.

2.2.6 Platforms. Players acknowledge and agree that the Event is cross-platform, other players may participate in the Event on different platforms (i.e., PC, console, or mobile (as applicable)), and that different platforms may offer features, such as controllers, player interface, and/or ability to individualize certain game

settings/sensitivities, etc., which may arguably provide a competitive advantage to one platform over another. Epic makes no adjustments in the Event to accommodate different platforms, and it is each player's responsibility to select the platform they use to participate in the Event.

2.3 Schedule. The tentative schedule and dates for Events is set forth in Attachment B. Dates may be changed; final dates and times will be displayed in-game.

2.4 Rescheduling. Epic may, in its sole discretion, change the schedule, the date and/or the game mode for any Match or Session of the Event. However, Epic will inform players of any changes at its earliest convenience.

2.5 Prizes.

2.5.1 Subject to Section 2.5.2, prizes will be awarded to each squad (divided evenly between the four (4) players) based on its placement within the Leaderboard at the conclusion of the applicable Round 2 session. The specific prize awards are set forth in Attachment C.

2.5.2 Prize Restricted Regions. NOTWITHSTANDING THE FOREGOING OR ANY OTHER PROVISION OF THESE RULES TO THE CONTRARY, IF YOU ARE AN INDIVIDUAL RESIDING IN TURKEY OR RUSSIA (EACH, A "PRIZE RESTRICTED REGION"), YOU ACKNOWLEDGE AND AGREE THAT YOU ARE NOT ELIGIBLE FOR NOR ENTITLED TO WIN ANY PRIZES IN CONNECTION WITH THE EVENT.

2.5.3 Prizing Information.

Only eligible, ranked players who do not reside in a Prize Restricted Region (as determined by Epic in its sole discretion) will be eligible to receive the applicable prizes set forth in Section 2.5.1 ("Winning Players"). No other player will be entitled to win any prizes in connection with the Event.

Prizes are awarded "as is" with no warranty or guarantee, either express or implied. Prizes are not transferable or assignable and cannot be transferred by Winning Players. Non-cash prizes (if any) cannot be redeemed for cash. All prize details are at the sole discretion of Epic. Winning Players are not entitled to any surplus between actual retail value of prize and approximate retail value, and any difference between approximate and actual value of the prize will not be awarded. Winning Players are responsible for any costs and expenses associated with prize acceptance and use not specified herein as being provided. Winning Players may not substitute a prize, but Epic reserves the right, at its sole discretion, in case of justified reasons, to substitute a prize (or portion thereof) with one of comparable or greater value. Additional terms and conditions may apply to acceptance and use of a prize.

Potential Winning Players will be notified by Epic of their status as a potential Winning Player at the email address associated with such players' Epic Games Account ("Epic Account") within sixty (60) days of completion of the applicable Event Session, or such other time as reasonably required by Epic for such notification, and will be subject to verification of eligibility pursuant to Section 3 and compliance with these Rules. Potential Winning Players must keep the Epic Account that they used to compete in the Event active throughout the verification of eligibility process.

Upon formal notification from Epic, a potential Winning Player shall have forty five (45) days from the date such notice was emailed to respond and provide (1) any information or materials requested by Epic for purposes of

verification of eligibility pursuant to Section 3 and (2) the Release (as defined below). Such response from a potential Winning Player must be delivered to the email address from which Epic's notification was sent or, at Epic's sole option, another email address specified in the notification. The date of receipt by Epic shall be decisive for a potential Winning Player's compliance with the deadlines set forth in this Section 2.5.3.

In the event of (a) the failure by any such player to (i) keep the Epic Account that such player used to compete in the Event active throughout the verification of eligibility process or (ii) timely respond to any notification or request for materials or information; or (b) any such player being unable to accept or receive the prize for any reason (including for participating in the Event on, or attempting to complete the verification of eligibility process with, an Epic Games Cabined Account ("Cabined Account"), or for failure to provide the necessary tax and payment information through Epic's approved tax and payment processing vendors), then such player shall be disqualified as a potential Winning Player, and such player shall not be entitled to win any prizes in connection with the Event. In such cases, no alternate Winning Player will be named, and Epic shall have the right, in its sole and absolute discretion, to (y) award any prize amounts that would have otherwise been awarded to such disqualified player as part of a future Game competitive event or (z) award any such prize amounts to non-profit causes and efforts. A Winning Player will only be announced once the verification of eligibility process has been completed by Epic pursuant to these Rules.

Winning Players will also be required to provide certain payment information to Epic, including any required tax information forms, in order to receive the prizes. Epic may withhold payment of the prizes if the Winning Player fails to provide the applicable payment forms to Epic in a timely manner.

PRIZES ARE SUBJECT TO APPLICABLE INTERNATIONAL, FEDERAL, STATE, AND LOCAL TAXES (INCLUDING, BUT NOT LIMITED TO, INCOME AND WITHHOLDING TAXES) AND IT IS THE RESPONSIBILITY OF EACH WINNING PLAYER TO (I) CHECK WITH SUCH WINNING PLAYER'S LOCAL TAX ADVISOR TO DETERMINE WHICH TAXES APPLY TO SUCH WINNING PLAYER AND (II) PAY SUCH TAXES TO THE APPROPRIATE TAX AUTHORITY. It is Epic's policy to withhold tax at the backup withholding rates in effect for US and non-US residents. Prize income and tax withholding will be reported on forms (y) 1099-MISC for US residents and 1042-S for non-US residents, and (z) any other relevant tax forms as may be required by applicable law.

Epic will determine the payment method for the prizes in its sole discretion and, except as otherwise required by applicable law, all payments will be made directly to the Winning Player in such Winning Player's capacity as an individual (or, if a Minor, to the Winning Player's parent or legal guardian). No prize payments will be made by Epic to any organization, company, or other entity. Each Winning Player will be provided a Prize Acceptance and Release Form ("Release"). Unless restricted by applicable law, each Winning Player (or, if a Minor, such Winning Player's parent or legal guardian) will be required to complete and submit the Release in accordance with the deadlines set forth in this Section 2.5.3. In addition, by accepting a prize, the Winning Player agrees (or such Winning Player's parent or legal guardian agrees) to release Epic from any and all liability, loss, or damage arising from or in connection with awarding, receipt, and/or use or misuse of prize or participation in any prize-related activities.

3. Player Eligibility; Epic Account Status.

To be eligible to participate in any Event Match or receive any prizes in connection with an Event, you must meet the eligibility criteria in this Section.

3.1 Player Age; Cabined Accounts. You must be at least 13 years old (or such other age, if greater, as may be required in your country of residence). You cannot use a Cabined Account to participate in the Event.

3.2 Epic TOS and Fortnite EULA. You must comply with Epic's Terms of Service ("Epic TOS") (https://www.epicgames.com/site/en-US/tos) and the Fortnite End User License Agreement ("Fortnite EULA") (https://www.epicgames.com/fortnite/eula), including all rules, policies and other terms referenced in the Epic TOS and the Fortnite EULA. These Rules add to, and do not replace, the Fortnite EULA.

3.3 2FA. You must enable (if not already enabled) Two-Factor Authentication ("2FA") on your Epic Account. To enable 2FA, please visit https://epicgames.com/2FA, log in to your Epic Accounts, and follow the onscreen instructions.

3.4 Epic Affiliation. Employees, officers, directors, agents, and representatives of Epic (including the legal, promotion, and advertising agencies of Epic) and their immediate family members (defined as spouse, mother, father, sisters, brothers, sons, daughters, uncles, aunts, nephews, nieces, grandparents, and in-laws, regardless of where they live) and those living in their household (whether or not related), and each person or entity connected with the production or administration of the Event, and each parent company, affiliate, subsidiary, agent and representative of Epic are not eligible to participate in the Event.

3.5 Player Names.

3.5.1 All team and individual player names must follow the Code of Conduct in Section 8. Epic and the Event Administrators each may restrict or change team and individual player tags or screen names for any reason.

3.5.2 The name used by a team or player may not include or make use of the terms Fortnite, Epic, or any other trademark, trade name, or logo owned by or licensed to Epic.

3.5.3 The name used by a team or player cannot be an impersonation of another team, player, streamer, celebrity, government official, Epic employee, or any other person or entity.

3.6 Good Standing; Account Level.

3.6.1 The Epic Account you use in connection with the Event must be in good standing, with no undisclosed violations. This also means that your Epic Account must be registered in your name, and cannot have been previously purchased, gifted, or otherwise transferred from another player.

3.6.2. You (and your Epic Account) must be free of or have fully served any suspensions or other sanctions imposed in connection with a previous violation of any official Epic rules. Additionally, you will not be able to participate further in the Event if you receive a competitive ban of 14 days or longer during the Event.

3.6.3 Your Epic Account must be level three hundred and fifty (350) or above. This information can be found in the in-game "Career" tab.

3.6.4 Epic may share tournament leaderboard information with Sony for any players participating on PlayStation

4 or PlayStation 5 devices.

3.7 Additional Restrictions.

3.7.1 The Event in all parts is open to players from across the world, except as otherwise provided in this Section. The Event is not open to individuals wherever restricted or prohibited by applicable law or in any country where participation is prohibited by U.S. law ("Prohibited Countries"), including Cuba, Iran, Iraq, North Korea, Somalia, Sudan, Syria, and the regions of Crimea, Donetsk, and Luhansk.

3.7.2 Unless you reside in the European Union, you may not participate in the Event using iOS devices.

3.7.3 During the entire Event, only a single player may play on a given game device. This means you cannot use the same device as other players during the Event.

3.7.4 You may only have one (1) entry (using one (1) Epic Account) into the Event for a given Session. You are expressly prohibited from having additional Event entries using additional or secondary Epic Account(s).

3.7.5 In order to participate in Reload Squads Cash, you must be in Gold Rank or higher in Ranked Battle Royale by the start of any Session.

4. Team Rules.

4.1 Squads

Each player (or, if a Minor, such player's parent or legal guardian) in the team must acknowledge and accept these Rules in-game pursuant to Section 1.2 before participating in the Event. During the Event, all players on a team must be present and partied up together to participate. If a team does not have all members present and partied up together by the start time for a given match, it will be considered to have finished in (or tied for) last place with zero eliminations for that match.

4.1.1 All members of a team that are eligible to receive a prize as set forth in Section 2 must meet the eligibility requirements set out in Section 3 in order to be eligible to receive such prizes. If one member of a team fails the verification of eligibility process, all members of that team will be disqualified as Potential Winning Players, and that team shall not be entitled to win any prizes in connection with the Event. However, if a team member resides within a Prize Restricted Region, that shall not automatically force a disqualification of the other team member as a Potential Winning Player.

4.1.2 Except as otherwise expressly set forth herein, all of the Event Administrators' rights pursuant to these Rules relate to and are exercisable against the team as a whole and each individual member of the team. If any right of disqualification arises as to any individual member of the team, then the Event Administrator may exercise the right of disqualification against the team as a whole.

4.1.3 Earned qualification spots (as applicable) cannot be transferred, sold, traded, or gifted to any person or organization. This means that earned qualification spots will always be connected directly to the entire team as a whole.

5. Issues.

5.1 Definition of Terms.

"Bug" means an error, flaw, failure, fault or other technical issue that produces an incorrect or unexpected result, or otherwise causes Fortnite and/or a hardware device to behave in unintended ways.

"Intentional Disconnection" means a player losing connection to Fortnite due to the player's actions or inaction. Intentional disconnection is not considered a valid technical issue for the purposes of a remake.

"Server Crash" means all players losing connection to Fortnite due to an issue with the game server.

"Unintentional Disconnection" means a player losing connection to Fortnite due to problems or issues with the game client, platform, network, or PC.

5.2 Technical Issues.

5.2.1 Due to the nature and scale of online competition, except as otherwise determined by Epic in its sole discretion, Matches will not be restarted or made null due to Bugs, Intentional Disconnections, Server Crashes, or Unintentional Disconnections. Except as otherwise determined by Epic in its sole discretion, any Bug encounters must be played through and will not be cause for a remake.

5.2.2 Players are prohibited from taking advantage of or otherwise exploiting any Bug that allows a player to participate in any Event round or stage without having first qualified for such round or stage pursuant to the terms of these Rules.

   6. Communication.

6.1 Event Administrators will be available to answer player-specific questions and provide additional assistance throughout the Event via the official player support channel found here: https://www.discord.gg/fncompetitivesupport. Any answers or comments provided online do not change these Rules.

   7. Post-Match Process.

7.1 Scoring.

7.1.1 The Fortnite game client will record and report a player's score at the conclusion of such player's participation in a Match.

7.1.2 At times, unforeseen issues may arise that result in score reporting delays and/or inaccuracies. For the duration of the Event, the score displayed within the Leaderboard will be the official score, regardless of accuracy.

7.1.3 After a Round has ended, Epic may adjust the Leaderboard standings (typically due to players or teams being disqualified and removed from the Leaderboard for breaking these Rules). For advancement purposes, at the end of the applicable Round, the Leaderboard standings will be snapshotted, and those advancements will be immediately awarded and considered "final" for purposes of player or team advancement only, subject in all cases to final adjustment and confirmation by Epic.

8. Code of Conduct.

8.1 Personal Conduct; No Toxic Behavior.

8.1.1 All players must conduct themselves in a way that is at all times consistent with (a) the Code of Conduct in this Section 8 ("Code of Conduct") and (b) the general principles of personal integrity, honesty, and good sportsmanship.

8.1.2 Players must be respectful of other players, Event Administrators, spectators, and sponsors (as applicable).

8.1.3 Players shall not behave in a manner that (a) violates these Rules, (b) is disruptive, unsafe or destructive, or (c) is otherwise harmful to the enjoyment of Fortnite by other users as intended by Epic (as determined by Epic). In particular, players shall not engage in harassing or disrespectful conduct, use of abusive or offensive language, game sabotage, spamming, social engineering, scamming, or any unlawful activity ("Toxic Behavior").

8.1.4 Players shall not (a) proclaim to be, or represent themselves as, a banned player or a cheater/rule breaker, or (b) glorify or otherwise endorse the breaking or violation of these Rules.

8.1.5 Any violation of these Rules may expose a player to disciplinary action as further described in Section 9.3, whether or not that violation was committed intentionally.

8.2 Competitive Integrity.

8.2.1 Each player is expected to play within the spirit of Fortnite and these Rules at all times during any Event Match. Any form of unfair play is prohibited by these Rules and may result in disciplinary action. Examples of unfair play include the following:

Collusion (as defined below), match fixing or throwing, bribing a referee or match official, or any other unfair or illegal action or agreement to intentionally influence (or attempt to influence) the outcome of any match or Event.

Hacking or otherwise modifying the intended behavior of the game client.

Playing or allowing another player to play on an Epic Account registered in another person's name (or soliciting, encouraging, or directing someone else to do so).

Using any kind of cheating device, program, or similar cheating method to gain a competitive advantage.

Intentionally exploiting any game function (e.g., an in-game Bug or glitch) in a manner not intended by Epic in order to gain a competitive advantage.

Using distributed denial of service attacks, swatting, or similar methods to interfere with another player's connection to Fortnite's game client.

Using macro keys or similar methods to automate in-game actions.

Accepting any gift, reward, bribe, or compensation for services promised, rendered, or to be rendered in connection with unfair play of Fortnite (e.g., services designed to throw or fix a Match or Session).

Utilizing outside assistance regarding the location of other players, other players' health or equipment, or any other information not otherwise known to the player by the information on his or her own screen (e.g., looking at or attempting to look at spectator monitors while currently in a match). For clarity, a player's receipt of coaching or use of the in-game replay tool does not fall within this prohibition.

Intentionally Disconnecting from Fortnite after you or a member of your team takes damage. For clarity, this only applies to players who Intentionally Disconnect with a member of their team receiving damage within 60 seconds prior to the Intentional Disconnection.

8.2.2 Players may not work together to deceive or otherwise cheat other players during any Match ("Collusion"). Examples of Collusion include the following:

Teaming: Players working together during the Match while on opposing teams.

Planned Movement: Agreement between two (2) or more opposing players to land at specific locations and move through the map in a planned way before the Match begins.

Communication: Sending or receiving signals (both verbal and non-verbal) to communicate with opposing players.

Item Dumping: Intentionally dropping items for an opposing player to collect.

Feeding: Intentionally allowing oneself to be eliminated by an opposing player.

8.3 Wagering. Players shall not (a) conduct or promote betting, wagering, or gambling on the Event or any portion thereof, or (b) benefit, either directly or indirectly, from betting, wagering, or gambling on the Event or any portion thereof.

8.4 Harassment. Players are prohibited from engaging in any form of harassing, abusive, or discriminatory conduct, including any of the foregoing based on race, color, ethnicity, national origin, religion, political opinion or any other opinion, gender, gender identity, sexual orientation, age, disability, or any other status or characteristic protected under applicable law.

8.5 Confidentiality. A player may not disclose to any third party any confidential information the player obtains in connection with the Event, including by posting on social media channels.

8.6 Illegal Conduct. Players are required to comply with all applicable laws at all times. Any attempt to deliberately damage or undermine the legitimate operation of the Event may be in violation of criminal and civil laws and will result in disqualification from participation in the Event. If an attempt is made, Epic reserves the right to seek remedies and damages (including attorneys' fees) to the fullest extent of the law, including criminal prosecution.

8.7 Reporting. Any player who witnesses or is subjected to conduct that the Code of Conduct should notify an Epic Esports Coordinator or Event Administrator. All complaints reported pursuant to this Section 8.7 will be promptly investigated and appropriate action will be taken. Retaliation against any player who brings forward a complaint or cooperates in the investigation of a complaint is prohibited.

9. Enforcement; Rules and Conduct Violations.

9.1 Enforcement. Epic will have primary responsibility for enforcing these Rules for all players at the Event and may, working with the Event Administrators (as defined below), impose sanctions on players for violations of these Rules, as further described in Section 9.

9.2 Investigation and Compliance.

9.2.1 You must fully cooperate with Epic and/or an Event Administrator (as applicable) in the investigation of any violation or suspected violation of these Rules. If Epic and/or an Event Administrator contacts you to discuss the investigation, you must be truthful in the information that you provide to Epic and/or an Event Administrator. Any player found to have withheld, destroyed, or tampered with any related information, or otherwise found to have misled Epic and/or an Event Administrator during an investigation, will be subject to disciplinary action as further described in Section 9.3.

9.2.2 Epic has the right, in its sole discretion, to remove a player from, or restrict such player's participation in, any Event activity as part of any investigation conducted by Epic and/or an Event Administrator (as applicable) pursuant to Section 9.2.1.

9.3 Disciplinary Action.

9.3.1 If Epic determines that a player has violated the Code, Epic may take the following disciplinary actions (as applicable):

Issue a private or public warning (verbal or written) to the player;

Loss of Session Points for the current or future Match(es);

Loss of all or any part of the prizes previously awarded to the player;

Disqualify the player from participating in one or more Matches and/or Sessions at the Event; and/or

Prevent the player from participating in one or more future competitions hosted by Epic.

9.3.2 For clarity, the nature and extent of the disciplinary action taken by Epic pursuant to this Section 9.3 will be in the sole and absolute discretion of Epic. Epic reserves the right to seek damages and other remedies from such player to the fullest extent permitted by applicable law.

The enforcement of any applicable sanction by Epic shall not provide such player with grounds for claims against Epic under any theory of law, or otherwise be considered a liability on the part of Epic to such player.

9.3.3 If Epic determines that there have been repeated breaches of these Rules by a player, it may hand out increasing disciplinary action, up to and including permanent disqualification from all future competitive play of Fortnite hosted or administered by or on behalf of Epic. Epic may also enforce any of its rights under Epic's Terms of Service and/or the Fortnite EULA in the event of a violation.

9.3.4 All Rules violations at the Event will be determined by Epic in its sole discretion and governed by the Epic Competitive Violation Matrix. A final decision by Epic as to the appropriate disciplinary action will be final and

binding on all players.

9.3 Rule Disputes. Epic has final, binding authority to decide all disputes with respect to any portion of these Rules, including the breach, enforcement, or interpretation thereof.

10. Disclaimers. TO THE MAXIMUM EXTENT ALLOWED BY LAW, EPIC AND ITS AFFILIATES AND THE EVENT ADMINISTRATORS WILL NOT BE LIABLE FOR (A) ANY TECHNICAL ISSUES OR OTHER DISRUPTIONS TO THE EVENT, INCLUDING ANY LOSS OR CORRUPTION OF DATA, (B) THE MISCONDUCT OF ANY PLAYERS OR OTHER THIRD PARTIES, (C) ANY INJURIES (INCLUDING DEATH) OR PROPERTY DAMAGE ARISING FROM ANY PRIZES OR PARTICIPATION IN THE EVENT, (D) ANY INDIRECT, CONSEQUENTIAL, INCIDENTAL OR SPECIAL DAMAGES, OR (E) ANY PRINTING, TYPOGRAPHICAL OR ADMINISTRATIVE ERRORS IN ANY MATERIALS ASSOCIATED WITH THE EVENT. EPIC RESERVES THE RIGHT TO SUSPEND, MODIFY OR CANCEL THE EVENT IN ITS SOLE DISCRETION SHOULD A VIRUS, BUG, OR OTHER TECHNICAL ISSUE, UNAUTHORIZED INTERVENTION, NATURAL DISASTER, OR OTHER CAUSE BEYOND EPIC'S CONTROL AFFECT THE ADMINISTRATION, SECURITY, OR PROPER PLAY OF THE EVENT, OR EPIC OTHERWISE BECOMES (AS DETERMINED IN ITS SOLE DISCRETION) INCAPABLE OF RUNNING THE EVENT AS ORIGINALLY PLANNED.

11. Publicity; Interview Consent.

11.1 Epic may use your name, tag, likeness, image, voice, gameplay statistics, and/or Epic Account ID or other biographical information, for publicity purposes before, during, and after the Event, in any manner and media, throughout the world, in perpetuity, but only in connection with publicizing the Event or other Fortnite events and programming, without any compensation or prior review.

11.2 If you are given an opportunity to participate in an interview in connection with the Event (each, an "Interview"), you consent to be recoded for the Interview, and you hereby grant to Epic a royalty-free, worldwide license (with the right to grant sublicenses) to use your statements and any audio/video footage from the Interview, as well as your name, tag, likeness, image, voice, gameplay statistics, Epic Account ID, and other biographical information (collectively, "Interview Materials") in connection with the Interview. Your participation in an Interview is voluntary, and you are not entitled to compensation for an Interview or this license. Epic has no obligation to interview you or use Interview Materials. You can withdraw this license at any time by contacting an Event Administrator at tournaments@epicgames.com, however this will not affect any uses Epic has made of such license before the withdrawal.

12. Governing Law. The internal laws of the State of North Carolina, without reference to any of its conflicts of laws principles, shall govern these Rules, including any disputes regarding these Rules and/or the Event.

13. Waiver of Jury Trial. EXCEPT AS PROHIBITED BY APPLICABLE LAW AND AS A CONDITION OF PARTICIPATING IN THIS EVENT, EACH PARTICIPANT HEREBY IRREVOCABLY AND PERPETUALLY WAIVES ANY RIGHT S/HE MAY HAVE TO A TRIAL BY JURY IN RESPECT OF ANY LITIGATION DIRECTLY OR INDIRECTLY ARISING OUT OF, UNDER OR IN CONNECTION WITH THIS EVENT, ANY DOCUMENT OR AGREEMENT ENTERED INTO IN CONNECTION HEREWITH, ANY

PRIZE AVAILABLE IN CONNECTION HEREWITH, AND ANY OF THE TRANSACTIONS CONTEMPLATED HEREBY OR THEREBY.

14. Privacy. Please refer to Epic's privacy policy located at https://www.epicgames.com/site/en-US/privacypolicy for important information regarding the collection, use and disclosure of personal information by Epic.

15 Other Languages. These Rules may be translated into other languages. In the event of any conflict or inconsistency between any translated version of these Rules and the English version of these Rules, the English version shall prevail, govern and control.

Attachment A

Scoring System

The scoring system for the applicable Reload Squads Cash Cup session will be as listed in-game.

Attachment B

Schedule

Reload Squads Cash

September 1: Reload Squads Cash Cup #1 September 14: Reload Squads Cash Cup #2 September 22: Reload Squads Cash Cup #3 September 28: Reload Squads Cash Cup #4 October 5: Reload Squads Cash Cup #5 October 12: Reload Squads Cash Cup #6 October 19: Reload Squads Cash Cup #7 October 19: Reload Squads Cash Cup #8

Attachment C

Prizes

Reload Squads Cash

Subject to Section 2.5.2, the following prizes, in United States Dollar, will be awarded to each team (divided evenly between the four (4) players) based on its placement within the Leaderboard at the conclusion of the applicable Reload Squads Cash Cup session.

Event Prizes - OCE

Rank Prize 1st $1,500 2nd $800 3rd $600 4th - 6th $500 7th - 10th $400

Event Prizes - Asia

Rank Prize 1st $1,500 2nd $800 3rd $600 4th - 6th $500 7th - 10th $400

Event Prizes - Middle East

Rank Prize 1st $1,500 2nd $800 3rd $600 4th - 6th $500 7th - 10th $400

Event Prizes - Europe

Rank Prize 1st $4,000 2nd $3,000 3rd $2,000 4th - 8th $1,000 9th - 10th $500

Event Prizes - Brazil

Rank Prize 1st $1,500 2nd $800 3rd $600 4th - 6th $500 7th - 10th $400

Event Prizes - NA

Rank Prize 1st $4,000 2nd $3,000 3rd $2,000 4th - 8th $1,000 9th - 10th $500

© 2024 Epic Games, Inc. All rights reserved.



# Rubius Icon Cup - Chapter 5 Season 4 - Official Rules

Rubius Icon Cup - Chapter 5 Season 4 - Official Rules

These are the Official Rules ("Rules") for the Rubius Icon Cup ("Rubius Icon Cup" or "Event"), which is hosted by or on behalf of Epic Games, Inc. ("Epic"). These Rules are a legal agreement between you and Epic for your participation in the Event.

Table of Contents

1. Introduction and Acceptance

2. Event Structure

3. Player Eligibility; Epic Account Structure

4. Team Rules

5. Issues

6. Communication

7. Post-Match Process

8. Code of Conduct

9. Enforcement; Rules and Conduct Violations

10. Disclaimers

11. Publicity; Interview Consent

12. Governing Law

13. Waiver of Jury Trial

14. Privacy

15. Other Languages

Attachment A: Scoring System

Attachment B: Schedule

Attachment C: Event Prizes

 1. Introduction and Acceptance

1.1 Introduction. These Rules are designed to protect the Event, and are intended to help ensure that it is fun, fair, and free from Toxic Behavior (as defined in Section 8.1).

1.2 Acceptance of these Rules. By participating in the Event, including by joining any Session or Match in the Event, or by clicking to accept these Rules, you agree to these Rules. References to "you," "your," and "each player" mean you and, if you are a Minor (as defined in Section 1.3), your parent or legal guardian, as the case may be.

1.3 Minors. If you are under 18 years of age (or the age of majority as defined in your country of residence) (a "Minor"), you must have permission from your parent or legal guardian to agree to these Rules and to participate in the Event. In addition, if you are a Minor, your parent or legal guardian must also agree to these Rules on behalf of themselves and your behalf. If you're the parent or guardian of a Minor, you need to accept the Rules. If you accept the Rules as the parent or guardian of a Minor, you confirm you're the Minor's parent or legal guardian and you agree to supervise and be fully responsible for their participation in the Event, including compliance with these Rules.

1.4 Changes to the Rules. Epic may change these Rules from time to time by notifying you of such changes by any reasonable means, including by posting revised Rules online at https://www.fortnite.com/competitive/rules-library. By continuing to participate in the Event, you are agreeing to the updated Rules. If you do not agree to the updated Rules, you must withdraw your participation in the Event.

 2. Event Structure

2.1 Key Terms

"Elimination" means an occurrence where one player entirely depletes the HP and Shield (if any) of another player. Subject to Section 7.1.2, elimination credit is determined by (a) the action feed located at the bottom left corner of the gameplay screen, and (b) the UI illustrating the total number of eliminations earned during a single match. However, elimination credit shall not be awarded to a player for any portion of a match following such player's elimination.

"Event Administrator" means any Epic employee, agents or member of the Event admin team, broadcast team, production team, event staff, or anyone else engaged by Epic for the purpose of running the Event.

"Leaderboard" means the in-game leaderboard for each Session.

"Match" means a single instance of competition within Fortnite that is played until a player or team achieves a Victory Royale.

"Ranked" means Fortnite's ranked, competitive mode composed of eight (8) ranks (each, a "Rank") separated into eighteen (18) divisions (each, a "Division") as follows:

Bronze Rank: Division I

Bronze Rank: Division II

Bronze Rank: Division III

Silver Rank: Division I

Silver Rank: Division II

Silver Rank: Division III

Gold Rank: Division I

Gold Rank: Division II

Gold Rank: Division III

Platinum Rank: Division I

Platinum Rank: Division II

Platinum Rank: Division III

Diamond Rank: Division I

Diamond Rank: Division II

Diamond Rank: Division III

Elite Rank

Champion Rank

Unreal Rank

"Region" means the matchmaking region in which the Event is hosted. There are currently six (6) regions: North America (NA); Europe (EU); Asia (ASIA); Brazil (BR); Middle East (ME); Oceania (OCE).

"Session" means a set of matches that is played until a winner or multiple winners are determined by one of the following methods: (a) completion of a set number of matches or (b) completion of a set time period.

"Victory Royale" means an occurrence where a player or team meets the victory conditions of the current game mode of the match being played. Typically, this refers to obtaining a first-place placement finish.

2.2 Event Format and Scoring - Rubius Icon Cup

2.2.1 Format

Rubius Icon Cup will use "Duos" and "Zero Build" game mode settings.

The Event will last approximately three (3) hours. Teams may participate in a maximum of ten (10) matches during the Event. Teams will earn points based on the scoring system listed in Attachment A (as applicable).

Matches for the Event will count only if the match begins before the Event window closes.

At the conclusion of the Event, and subject to the terms and conditions herein, the top point earning teams as listed on the in-game leaderboard ("Leaderboard") from each Region will be awarded prizes as set out in Attachment C.

2.2.4 Tiebreakers.

Tiebreakers will be determined in the order presented here: (1) total points scored; (2) total Victory Royales in the session; (3) average eliminations in the session; (4) average placement per match in the session; and finally (5) total seconds survived across all matches.

2.2.5 Platforms. Players acknowledge and agree that the Event is cross-platform, other players may participate in the Event on different platforms (i.e., PC, console, or mobile (as applicable)), and that different platforms may offer features, such as controllers, player interface, and/or ability to individualize certain game settings/sensitivities, etc., which may arguably provide a competitive advantage to one platform over another. Epic makes no adjustments in the Event to accommodate different platforms, and it is each player's responsibility to select the platform they use to participate in the Event.

2.3 Schedule. The tentative schedule and dates for Events is set forth in Attachment B. Dates may be changed; final dates and times will be displayed in-game.

2.4 Rescheduling. Epic may, in its sole discretion, change the schedule, the date and/or the game mode for any Match or Session of the Event. However, Epic will inform players of any changes at its earliest convenience.

2.5 Prizes.

2.5.1 Subject to Section 2.5.2, prizes will be awarded to each player based on their team's placement within the Leaderboard at the conclusion of the applicable Event session. The specific prize awards are set forth in Attachment C.

2.5.2 Prize Restricted Regions. NOTWITHSTANDING THE FOREGOING OR ANY OTHER PROVISION OF THESE RULES TO THE CONTRARY, IF YOU ARE AN INDIVIDUAL RESIDING IN TURKEY OR RUSSIA (EACH, A "PRIZE RESTRICTED REGION"), YOU ACKNOWLEDGE AND AGREE THAT YOU ARE NOT ELIGIBLE FOR NOR ENTITLED TO WIN ANY PRIZES IN CONNECTION WITH THE EVENT.

2.5.3 Prizing Information.

Only eligible, ranked players who do not reside in a Prize Restricted Region (as determined by Epic in its sole discretion) will be eligible to receive the applicable prizes set forth in Section 2.5.1 ("Winning Players"). No other player will be entitled to win any prizes in connection with the Event.

Prizes are awarded "as is" with no warranty or guarantee, either express or implied. Prizes are not transferable or assignable and cannot be transferred by Winning Players. Non-cash prizes (if any) cannot be redeemed for cash. All prize details are at the sole discretion of Epic. Winning Players are not entitled to any surplus between actual retail value of prize and approximate retail value, and any difference between approximate and actual

value of the prize will not be awarded. Winning Players are responsible for any costs and expenses associated with prize acceptance and use not specified herein as being provided. Winning Players may not substitute a prize, but Epic reserves the right, at its sole discretion, in case of justified reasons, to substitute a prize (or portion thereof) with one of comparable or greater value. Additional terms and conditions may apply to acceptance and use of a prize.

If a player has already received any cosmetic awards as listed in Attachment C as part of a previous Fortnite competitive event or other method, he or she will not be eligible to receive the prizes for this Event. Winning Players are responsible for any costs and expenses associated with prize acceptance and use not specified herein as being provided. Winning Players may not substitute a prize, but Epic reserves the right, at its sole discretion, in case of justified reasons, to substitute a prize (or portion thereof) with one of comparable or greater value. Additional terms and conditions may apply to acceptance and use of a prize.

Potential Winning Players will be notified by Epic of their status as a potential Winning Player at the email address associated with such players' Epic Games Account ("Epic Account") within sixty (60) days of completion of the applicable Event Session, or such other time as reasonably required by Epic for such notification, and will be subject to verification of eligibility pursuant to Section 3 and compliance with these Rules. Potential Winning Players must keep the Epic Account that they used to compete in the Event active throughout the verification of eligibility process.

Upon formal notification from Epic, a potential Winning Player shall have forty five (45) days from the date such notice was emailed to respond and provide (1) any information or materials requested by Epic for purposes of verification of eligibility pursuant to Section 3 and (2) the Release (as defined below). Such response from a potential Winning Player must be delivered to the email address from which Epic's notification was sent or, at Epic's sole option, another email address specified in the notification. The date of receipt by Epic shall be decisive for a potential Winning Player's compliance with the deadlines set forth in this Section 2.5.3.

In the event of (a) the failure by any such player to (i) keep the Epic Account that such player used to compete in the Event active throughout the verification of eligibility process or (ii) timely respond to any notification or request for materials or information; or (b) any such player being unable to accept or receive the prize for any reason (including for participating in the Event on, or attempting to complete the verification of eligibility process with, an Epic Games Cabined Account ("Cabined Account"), or for failure to provide the necessary tax and payment information through Epic's approved tax and payment processing vendors), then such player shall be disqualified as a potential Winning Player, and such player shall not be entitled to win any prizes in connection with the Event. In such cases, no alternate Winning Player will be named, and Epic shall have the right, in its sole and absolute discretion, to (y) award any prize amounts that would have otherwise been awarded to such disqualified player as part of a future Game competitive event or (z) award any such prize amounts to non-profit causes and efforts. A Winning Player will only be announced once the verification of eligibility process has been completed by Epic pursuant to these Rules.

Winning Players will also be required to provide certain payment information to Epic, including any required tax information forms, in order to receive the prizes. Epic may withhold payment of the prizes if the Winning Player fails to provide the applicable payment forms to Epic in a timely manner.

PRIZES ARE SUBJECT TO APPLICABLE INTERNATIONAL, FEDERAL, STATE, AND LOCAL TAXES (INCLUDING, BUT NOT LIMITED TO, INCOME AND WITHHOLDING TAXES) AND IT IS THE RESPONSIBILITY OF EACH WINNING PLAYER TO (I) CHECK WITH SUCH WINNING PLAYER'S LOCAL TAX ADVISOR TO DETERMINE WHICH TAXES APPLY TO SUCH WINNING PLAYER AND (II) PAY SUCH TAXES TO THE APPROPRIATE TAX AUTHORITY. It is Epic's policy to withhold tax at the backup withholding rates in effect for US and non-US residents. Prize income and tax withholding will be reported on forms (y) 1099-MISC for US residents and 1042-S for non-US residents, and (z) any other relevant tax forms as may be required by applicable law.

Epic will determine the payment method for the prizes in its sole discretion and, except as otherwise required by applicable law, all payments will be made directly to the Winning Player in such Winning Player's capacity as an individual (or, if a Minor, to the Winning Player's parent or legal guardian). No prize payments will be made by Epic to any organization, company, or other entity. Each Winning Player will be provided a Prize Acceptance and Release Form ("Release"). Unless restricted by applicable law, each Winning Player (or, if a Minor, such Winning Player's parent or legal guardian) will be required to complete and submit the Release in accordance with the deadlines set forth in this Section 2.5.3. In addition, by accepting a prize, the Winning Player agrees (or such Winning Player's parent or legal guardian agrees) to release Epic from any and all liability, loss, or damage arising from or in connection with awarding, receipt, and/or use or misuse of prize or participation in any prize-related activities.

3. Player Eligibility; Epic Account Status.

To be eligible to participate in any Event Match or receive any prizes in connection with an Event, you must meet the eligibility criteria in this Section.

3.1 Player Age; Cabined Accounts. You must be at least 13 years old (or such other age, if greater, as may be required in your country of residence). You cannot use a Cabined Account to participate in the Event.

3.2 Epic TOS and Fortnite EULA. You must comply with Epic's Terms of Service ("Epic TOS") (https://www.epicgames.com/site/en-US/tos) and the Fortnite End User License Agreement ("Fortnite EULA") (https://www.epicgames.com/fortnite/eula), including all rules, policies and other terms referenced in the Epic TOS and the Fortnite EULA. These Rules add to, and do not replace, the Fortnite EULA.

3.3 2FA. You must enable (if not already enabled) Two-Factor Authentication ("2FA") on your Epic Account. To enable 2FA, please visit https://epicgames.com/2FA, log in to your Epic Accounts, and follow the onscreen instructions.

3.4 Epic Affiliation. Employees, officers, and directors of Epic, agents and representatives of Epic (including the legal, promotion, and advertising agencies of Epic) and their immediate family members (defined as spouse, mother, father, sisters, brothers, sons, daughters, uncles, aunts, nephews, nieces, grandparents, and in-laws, regardless of where they live) and those living in their household (whether or not related), and each person or entity connected with the production or administration of the Event, and each parent company, affiliate, subsidiary, agent and representative of Epic are not eligible to participate and/or win prizes associated with the Event.

3.5 Player Names.

3.5.1 All team and individual player names must follow the Code of Conduct in Section 8. Epic and the Event Administrators each may restrict or change team and individual player tags or screen names for any reason.

3.5.2 The name used by a team or player may not include or make use of the

terms Fortnite, Epic, or any other trademark, trade name, or logo owned by or licensed to Epic.

3.5.3 The name used by a team or player cannot be an impersonation of another team, player, streamer, celebrity, government official, Epic employee, or any other person or entity.

3.6 Good Standing; Account Level.

3.6.1 The Epic Account you use in connection with the Event must be in good standing, with no undisclosed violations. This also means that your Epic Account must be registered in your name, and cannot have been previously purchased, gifted, or otherwise transferred from another player.

3.6.2. You (and your Epic Account) must be free of or have fully served any suspensions or other sanctions imposed in connection with a previous violation of any official Epic rules. Additionally, you will not be able to participate further in the Event if you receive a competitive ban of 14 days or longer during the Event.

3.6.3 Your Epic Account must be level fifteen (15) or above. This information can be found in the in-game "Career" tab.

3.6.4 Epic may share tournament leaderboard information with Sony for any players participating on PlayStation 4 or PlayStation 5 devices.

3.7 Additional Restrictions.

3.7.1 The Event in all parts is open to players from across the world, except as otherwise provided in this Section. The Event is not open to individuals wherever restricted or prohibited by applicable law or in any country where participation is prohibited by U.S. law ("Prohibited Countries"), including Cuba, Iran, Iraq, North Korea, Somalia, Sudan, Syria, and the regions of Crimea, Donetsk, and Luhansk.

3.7.2 You may not participate in the Event using iOS devices.

3.7.3 During the entire Event, only a single player may play on a given game device. This means you cannot use the same device as other players during the Event.

3.7.4 You may only have one (1) entry (using one (1) Epic Account) into the Event for a given Session. You are expressly prohibited from having additional Event entries using additional or secondary Epic Account(s).

4. Team Rules.

4.1 Duo

During the Event, all players on a team must be present and partied up together to participate. If a team does not have all members present and partied up together by the start time for a given match, it will be considered to

have finished in (or tied for) last place with zero eliminations for that match.

4.1.1 All members of a team that are eligible to receive a prize as set forth in Section 2 must meet the eligibility requirements set out in Section 3 in order to be eligible to receive such prizes. If one member of a team fails the verification of eligibility process, all members of that team will be disqualified as Potential Winning Players, and that team shall not be entitled to win any prizes in connection with the Event. However, if a team member resides within a Prize Restricted Region, that shall not automatically force a disqualification of the other team member as a Potential Winning Player.

4.1.2 Except as otherwise expressly set forth herein, all of the Event Administrators' rights pursuant to these Rules relate to and are exercisable against the team as a whole and each individual member of the team. If any right of disqualification arises as to any individual member of the team, then the Event Administrator may exercise the right of disqualification against the team as a whole.

4.1.3 Earned qualification spots (as applicable) cannot be transferred, sold, traded, or gifted to any person or organization. This means that earned qualification spots will always be connected directly to the entire team as a whole.

4.1.4 Each member of a team shall be deemed to have jointly and severally made and entered into all of the representations, warranties, and agreements contained herein and shall be jointly and severally obligated and bound thereby. Except as otherwise expressly set forth herein, all of the Event Administrators' rights pursuant to these Rules relate to and are exercisable against the team as a whole and each individual member of the team. If any right of disqualification arises as to any individual member of the team, then the right of disqualification may be exercised against the team as a whole, as the Event Administrators may elect in their sole discretion.

5. Issues.

5.1 Definition of Terms.

"Bug" means an error, flaw, failure, fault or other technical issue that produces an incorrect or unexpected result, or otherwise causes Fortnite and/or a hardware device to behave in unintended ways.

"Intentional Disconnection" means a player losing connection to Fortnite due to the player's actions or inaction. Intentional disconnection is not considered a valid technical issue for the purposes of a remake.

"Server Crash" means all players losing connection to Fortnite due to an issue with the game server.

"Unintentional Disconnection" means a player losing connection to Fortnite due to problems or issues with the game client, platform, network, or PC.

5.2 Technical Issues.

5.2.1 Due to the nature and scale of online competition, except as otherwise determined by Epic in its sole discretion, Matches will not be restarted or made null due to Bugs, Intentional Disconnections, Server Crashes, or Unintentional Disconnections. Except as otherwise determined by Epic in its sole discretion, any Bug encounters must be played through and will not be cause for a remake.

6. Communication.

6.1 Event Administrators will be available to answer player-specific questions and provide additional assistance throughout the Event via the official player support channel found here: https://www.discord.gg/fncompetitivesupport. Any answers or comments provided online do not change these Rules.

7. Post-Match Process.

7.1 Scoring.

7.1.1 The Fortnite game client will record and report a player's score at the conclusion of such player's participation in a Match.

7.1.2 At times, unforeseen issues may arise that result in score reporting delays and/or inaccuracies. For the duration of the Event, the score displayed within the Leaderboard will be the official score, regardless of accuracy.

7.1.3 After an Event has ended, Epic may adjust the Leaderboard standings (typically due to players or teams being disqualified and removed from the Leaderboard for breaking these Rules). For advancement purposes, at the end of the applicable Event, the Leaderboard standings will be snapshotted, and those advancements will be immediately awarded and considered "final" for purposes of player or team advancement only, subject in all cases to final adjustment and confirmation by Epic.

8. Code of Conduct.

8.1 Personal Conduct; No Toxic Behavior.

8.1.1 All players must conduct themselves in a way that is at all times consistent with (a) the Code of Conduct in this Section 8 ("Code of Conduct") and (b) the general principles of personal integrity, honesty, and good sportsmanship.

8.1.2 Players must be respectful of other players, Event Administrators, spectators, and sponsors (as applicable).

8.1.3 Players shall not behave in a manner that (a) violates these Rules, (b) is disruptive, unsafe or destructive, or (c) is otherwise harmful to the enjoyment of Fortnite by other users as intended by Epic (as determined by Epic). In particular, players shall not engage in harassing or disrespectful conduct, use of abusive or offensive language, game sabotage, spamming, social engineering, scamming, or any unlawful activity ("Toxic Behavior").

8.1.4 Players shall not (a) proclaim to be, or represent themselves as, a banned player or a cheater/rule breaker, or (b) glorify or otherwise endorse the breaking or violation of these Rules.

8.1.5 Any violation of these Rules may expose a player to disciplinary action as further described in Section 9.3, whether or not that violation was committed intentionally.

8.2 Competitive Integrity.

8.2.1 Each player is expected to play within the spirit of Fortnite and these Rules at all times during any Event Match. Any form of unfair play is prohibited by these Rules and may result in disciplinary action. Examples of unfair play include the following:

Collusion (as defined below), match fixing or throwing, bribing a referee or match official, or any other unfair or illegal action or agreement to intentionally influence (or attempt to influence) the outcome of any match or Event.

Hacking or otherwise modifying the intended behavior of the game client.

Playing or allowing another player to play on an Epic Account registered in another person's name (or soliciting, encouraging, or directing someone else to do so).

Using any kind of cheating device, program, or similar cheating method to gain a competitive advantage.

Intentionally exploiting any game function (e.g., an in-game Bug or glitch) in a manner not intended by Epic in order to gain a competitive advantage.

Using distributed denial of service attacks, swatting, or similar methods to interfere with another player's connection to Fortnite's game client.

Using macro keys or similar methods to automate in-game actions.

Accepting any gift, reward, bribe, or compensation for services promised, rendered, or to be rendered in connection with unfair play of Fortnite (e.g., services designed to throw or fix a Match or Session).

Utilizing outside assistance regarding the location of other players, other players' health or equipment, or any other information not otherwise known to the player by the information on his or her own screen (e.g., looking at or attempting to look at spectator monitors while currently in a match). For clarity, a player's receipt of coaching or use of the in-game replay tool does not fall within this prohibition.

Intentionally Disconnecting from Fortnite after you or a member of your team takes damage. For clarity, this only applies to players who Intentionally Disconnect with a member of their team receiving damage within 60 seconds prior to the Intentional Disconnection.

8.2.2 Players may not work together to deceive or otherwise cheat other players during any Match ("Collusion"). Examples of Collusion include the following:

Teaming: Players working together during the Match while on opposing teams.

Planned Movement: Agreement between two (2) or more opposing players to land at specific locations and move through the map in a planned way before the Match begins.

Communication: Sending or receiving signals (both verbal and non-verbal) to communicate with opposing players.

Item Dumping: Intentionally dropping items for an opposing player to collect.

Feeding: Intentionally allowing oneself to be eliminated by an opposing player.

8.3 Wagering. Players shall not (a) conduct or promote betting, wagering, or gambling on the Event or any portion thereof, or (b) benefit, either directly or indirectly, from betting, wagering, or gambling on the Event or any portion thereof.

8.4 Harassment. Players are prohibited from engaging in any form of harassing, abusive, or discriminatory conduct, including any of the foregoing based on race, color, ethnicity, national origin, religion, political opinion or any other opinion, gender, gender identity, sexual orientation, age, disability, or any other status or characteristic protected under applicable law.

8.5 Confidentiality. A player may not disclose to any third party any confidential information the player obtains in connection with the Event, including by posting on social media channels.

8.6 Illegal Conduct. Players are required to comply with all applicable laws at all times. Any attempt to deliberately damage or undermine the legitimate operation of the Event may be in violation of criminal and civil laws and will result in disqualification from participation in the Event. If an attempt is made, Epic reserves the right to seek remedies and damages (including attorneys' fees) to the fullest extent of the law, including criminal prosecution.

8.7 Reporting. Any player who witnesses or is subjected to conduct that the Code of Conduct should notify an Epic Esports Coordinator or Event Administrator. All complaints reported pursuant to this Section 8.7 will be promptly investigated and appropriate action will be taken. Retaliation against any player who brings forward a complaint or cooperates in the investigation of a complaint is prohibited.

9. Enforcement; Rules and Conduct Violations.

9.1 Enforcement. Epic will have primary responsibility for enforcing these Rules for all players at the Event and may, working with the Event Administrators (as defined below), impose sanctions on players for violations of these Rules, as further described in Section 9.

9.2 Investigation and Compliance.

9.2.1 You must fully cooperate with Epic and/or an Event Administrator (as applicable) in the investigation of any violation or suspected violation of these Rules. If Epic and/or an Event Administrator contacts you to discuss the investigation, you must be truthful in the information that you provide to Epic and/or an Event Administrator. Any player found to have withheld, destroyed, or tampered with any related information, or otherwise found to have misled Epic and/or an Event Administrator during an investigation, will be subject to disciplinary action as further described in Section 9.3.

9.2.2 Epic has the right, in its sole discretion, to remove a player from, or restrict such player's participation in, any Event activity as part of any investigation conducted by Epic and/or an Event Administrator (as applicable) pursuant to Section 9.2.1.

9.3 Disciplinary Action.

9.3.1 If Epic determines that a player has violated the Code, Epic may take the following disciplinary actions (as applicable):

Issue a private or public warning (verbal or written) to the player;

Loss of Session Points for the current or future Match(es);

Loss of all or any part of the prizes previously awarded to the player;

Disqualify the player from participating in one or more Matches and/or Sessions at the Event; and/or

Prevent the player from participating in one or more future competitions hosted by Epic.

9.3.2 For clarity, the nature and extent of the disciplinary action taken by Epic pursuant to this Section 9.3 will be in the sole and absolute discretion of Epic. Epic reserves the right to seek damages and other remedies from such player to the fullest extent permitted by applicable law.

The enforcement of any applicable sanction by Epic shall not provide such player with grounds for claims against Epic under any theory of law, or otherwise be considered a liability on the part of Epic to such player.

9.3.3 If Epic determines that there have been repeated breaches of these Rules by a player, it may hand out increasing disciplinary action, up to and including permanent disqualification from all future competitive play of Fortnite hosted or administered by or on behalf of Epic. Epic may also enforce any of its rights under Epic's Terms of Service and/or the Fortnite EULA in the event of a violation.

9.3.4 All Rules violations at the Event will be determined by Epic in its sole discretion and governed by the Epic Competitive Violation Matrix. A final decision by Epic as to the appropriate disciplinary action will be final and binding on all players.

9.3 Rule Disputes. Epic has final, binding authority to decide all disputes with respect to any portion of these Rules, including the breach, enforcement, or interpretation thereof.

10. Disclaimers. TO THE MAXIMUM EXTENT ALLOWED BY LAW, EPIC AND ITS AFFILIATES AND THE EVENT ADMINISTRATORS WILL NOT BE LIABLE FOR (A) ANY TECHNICAL ISSUES OR OTHER DISRUPTIONS TO THE EVENT, INCLUDING ANY LOSS OR CORRUPTION OF DATA, (B) THE MISCONDUCT OF ANY PLAYERS OR OTHER THIRD PARTIES, (C) ANY INJURIES (INCLUDING DEATH) OR PROPERTY DAMAGE ARISING FROM ANY PRIZES OR PARTICIPATION IN THE EVENT, (D) ANY INDIRECT, CONSEQUENTIAL, INCIDENTAL OR SPECIAL DAMAGES, OR (E) ANY PRINTING, TYPOGRAPHICAL OR ADMINISTRATIVE ERRORS IN ANY MATERIALS ASSOCIATED WITH THE EVENT. EPIC RESERVES THE RIGHT TO SUSPEND, MODIFY OR CANCEL THE EVENT IN ITS SOLE DISCRETION SHOULD A VIRUS, BUG, OR OTHER TECHNICAL ISSUE, UNAUTHORIZED INTERVENTION, NATURAL DISASTER, OR OTHER CAUSE BEYOND EPIC'S CONTROL AFFECT THE ADMINISTRATION, SECURITY, OR PROPER PLAY OF THE EVENT, OR EPIC OTHERWISE BECOMES (AS DETERMINED IN ITS SOLE DISCRETION) INCAPABLE OF RUNNING THE EVENT AS ORIGINALLY PLANNED.

11. Publicity; Interview Consent.

11.1 Epic may use your name, tag, likeness, image, voice, gameplay statistics, and/or Epic Account ID or other

biographical information, for publicity purposes before, during, and after the Event, in any manner and media, throughout the world, in perpetuity, but only in connection with publicizing the Event or other Fortnite events and programming, without any compensation or prior review.

11.2 If you are given an opportunity to participate in an interview in connection with the Event (each, an "Interview"), you consent to be recoded for the Interview, and you hereby grant to Epic a royalty-free, worldwide license (with the right to grant sublicenses) to use your statements and any audio/video footage from the Interview, as well as your name, tag, likeness, image, voice, gameplay statistics, Epic Account ID, and other biographical information (collectively, "Interview Materials") in connection with the Interview. Your participation in an Interview is voluntary, and you are not entitled to compensation for an Interview or this license. Epic has no obligation to interview you or use Interview Materials. You can withdraw this license at any time by contacting an Event Administrator at tournaments@epicgames.com, however this will not affect any uses Epic has made of such license before the withdrawal.

12. Governing Law. The internal laws of the State of North Carolina, without reference to any of its conflicts of laws principles, shall govern these Rules, including any disputes regarding these Rules and/or the Event.

13. Waiver of Jury Trial. EXCEPT AS PROHIBITED BY APPLICABLE LAW AND AS A CONDITION OF PARTICIPATING IN THIS EVENT, EACH PARTICIPANT HEREBY IRREVOCABLY AND PERPETUALLY WAIVES ANY RIGHT S/HE MAY HAVE TO A TRIAL BY JURY IN RESPECT OF ANY LITIGATION DIRECTLY OR INDIRECTLY ARISING OUT OF, UNDER OR IN CONNECTION WITH THIS EVENT, ANY DOCUMENT OR AGREEMENT ENTERED INTO IN CONNECTION HEREWITH, ANY PRIZE AVAILABLE IN CONNECTION HEREWITH, AND ANY OF THE TRANSACTIONS CONTEMPLATED HEREBY OR THEREBY.

14. Privacy. Please refer to Epic's privacy policy located at https://www.epicgames.com/site/en-US/privacypolicy for important information regarding the collection, use and disclosure of personal information by Epic.

15 Other Languages. These Rules may be translated into other languages. In the event of any conflict or inconsistency between any translated version of these Rules and the English version of these Rules, the English version shall prevail, govern and control.

Attachment A

Scoring System

Rubius Icon Cup

Placement

Victory Royale: 70 Points

2nd: 60 Points

3rd: 56 Points

4th: 52 Points

5th: 48 Points

6th: 44 Points

7th: 40 Points

8th: 38 Points

9th: 36 Points

10th: 34 Points

11th: 32 Points

12th: 30 Points

13th: 28 Points

14th: 26 Points

15th: 24 Points

16th: 22 Points

17th: 20 Points

18th: 18 Points

19th: 16 Points

20th: 14 Points

21st: 12 Points

22nd: 10 Points

23rd: 8 Points

24th: 6 Points

25th: 4 Points

Each Elimination: 4 Points

Attachment B

Schedule

September 21 (All Regions)

Attachment C

Prizes

Rubius Icon Cup

The following prizes will be awarded to each player on a team based on their team's placement within the Leaderboard at the conclusion of the Event.

OCE

Rank Prize

1st - 200th "Rubius" In-Game Cosmetic Outfit

1st - 200th "Wilson" Backbling

1st - 200th "Moon Flame" In-Game Cosmetic Pickaxe

1st - 200th "Flamitas de Kevin" Wrap

1st - 200th "E-meow-ticon" In-Game Emoticon

1st - 200th "Limonada" In-Game Emoticon

8 points "SquareKat" In-Game Spray

ASIA

Rank Prize

1st - 200th "Rubius" In-Game Cosmetic Outfit

1st - 200th "Wilson" Backbling

1st - 200th "Moon Flame" In-Game Cosmetic Pickaxe

1st - 200th "Flamitas de Kevin" Wrap

1st - 200th "E-meow-ticon" In-Game Emoticon

1st - 200th "Limonada" In-Game Emoticon

8 points "SquareKat" In-Game Spray

ME

Rank Prize

1st - 200th "Rubius" In-Game Cosmetic Outfit

1st - 200th "Wilson" Backbling

1st - 200th "Moon Flame" In-Game Cosmetic Pickaxe

1st - 200th "Flamitas de Kevin" Wrap

1st - 200th "E-meow-ticon" In-Game Emoticon

1st - 200th "Limonada" In-Game Emoticon

8 points "SquareKat" In-Game Spray

EU

Rank Prize

1st - 1200th "Rubius" In-Game Cosmetic Outfit

1st - 1200th "Wilson" Backbling

1st - 1200th "Moon Flame" In-Game Cosmetic Pickaxe

1st - 1200th "Flamitas de Kevin" Wrap

1st - 1200th "E-meow-ticon" In-Game Emoticon

1st - 1200th "Limonada" In-Game Emoticon

8 points "SquareKat" In-Game Spray

BR

Rank Prize

1st - 200th "Rubius" In-Game Cosmetic Outfit

1st - 200th "Wilson" Backbling

1st - 200th "Moon Flame" In-Game Cosmetic Pickaxe

1st - 200th "Flamitas de Kevin" Wrap

1st - 200th "E-meow-ticon" In-Game Emoticon

1st - 200th "Limonada" In-Game Emoticon

8 points "SquareKat" In-Game Spray

NA

Rank Prize

1st - 1000th "Rubius" In-Game Cosmetic Outfit

1st - 1000th "Wilson" Backbling

1st - 1000th "Moon Flame" In-Game Cosmetic Pickaxe

1st - 1000th "Flamitas de Kevin" Wrap

1st - 1000th "E-meow-ticon" In-Game Emoticon

1st - 1000th "Limonada" In-Game Emoticon

8 points "SquareKat" In-Game Spray

© 2024 Epic Games, Inc. All rights reserved.



# Fortnite Victory Cash Cups - Chapter 5 Season 4 - Official Rules

Fortnite Victory Cash Cups - Chapter 5 Season 4 - Official Rules

These are the Official Rules ("Rules") for the Fortnite Victory Cash Cups ("Solo Victory Cash Cup", "ZB Solo Victory Cash Cup", "Reload Squads Victory Cash Cup", or "Event"), which is hosted by or on behalf of Epic Games, Inc. ("Epic"). These Rules are a legal agreement between you and Epic for your participation in the Event.

Table of Contents

1. Introduction and Acceptance

2. Event Structure

3. Player Eligibility; Epic Account Structure

4. Team Rules

5. Issues

6. Communication

7. Post-Match Process

8. Code of Conduct

9. Enforcement; Rules and Conduct Violations

10. Disclaimers

11. Publicity; Interview Consent

12. Governing Law

13. Waiver of Jury Trial

14. Privacy

15. Other Languages

Attachment A: Scoring System

Attachment B: Schedule

Attachment C: Event Prizes

1. Introduction and Acceptance

1.1 Introduction. These Rules are designed to protect the Event, and are intended to help ensure that it is fun, fair, and free from Toxic Behavior (as defined in Section 8.1).

1.2 Acceptance of these Rules. By participating in the Event, including by joining any Session or Match in the Event, or by clicking to accept these Rules, you agree to these Rules. References to "you," "your," and "each player" mean you and, if you are a Minor (as defined in Section 1.3), your parent or legal guardian, as the case may be.

1.3 Minors. If you are under 18 years of age (or the age of majority as defined in your country of residence) (a "Minor"), you must have permission from your parent or legal guardian to agree to these Rules and to participate in the Event. In addition, if you are a Minor, your parent or legal guardian must also agree to these Rules on behalf of themselves and your behalf. If you're the parent or guardian of a Minor, you need to accept the Rules. If you accept the Rules as the parent or guardian of a Minor, you confirm you're the Minor's parent or legal guardian and you agree to supervise and be fully responsible for their participation in the Event, including compliance with these Rules.

1.4 Changes to the Rules. Epic may change these Rules from time to time by notifying you of such changes by any reasonable means, including by posting revised Rules online at https://www.fortnite.com/competitive/rules-library. By continuing to participate in the Event, you are agreeing to the updated Rules. If you do not agree to the updated Rules, you must withdraw your participation in the Event.

2. Event Structure

2.1 Key Terms.

"Elimination" means an occurrence where one player entirely depletes the HP and Shield (if any) of another player. Subject to Section 7.1.2, elimination credit is determined by (a) the action feed located at the bottom left corner of the gameplay screen, and (b) the UI illustrating the total number of eliminations earned during a single match. However, elimination credit shall not be awarded to a player for any portion of a match following such player's elimination.

"Event Administrator" means any Epic employee, agents or member of the Event admin team, broadcast team, production team, event staff, or anyone else engaged by Epic for the purpose of running the Event.

"Leaderboard" means the in-game leaderboard for each Session.

"Match" means a single instance of competition within Fortnite that is played until a player or team achieves a Victory Royale.

"Ranked" means Fortnite's ranked, competitive mode composed of eight (8) ranks (each, a "Rank") separated into eighteen (18) divisions (each, a "Division") as follows:

Bronze Rank: Division I

Bronze Rank: Division II

Bronze Rank: Division III

Silver Rank: Division I

Silver Rank: Division II

Silver Rank: Division III

Gold Rank: Division I

Gold Rank: Division II

Gold Rank: Division III

Platinum Rank: Division I

Platinum Rank: Division II

Platinum Rank: Division III

Diamond Rank: Division I

Diamond Rank: Division II

Diamond Rank: Division III

Elite Rank

Champion Rank

Unreal Rank

"Region" means the matchmaking region in which the Event is hosted. There are currently six (6) regions: North America (NA); Europe (EU); Asia (ASIA); Brazil (BR); Middle East (ME); Oceania (OCE).

"Session" means a set of matches that is played until a winner or multiple winners are determined by one of the following methods: (a) completion of a set number of matches or (b) completion of a set time period.

"Victory Royale" means an occurrence where a player or team meets the victory conditions of the current game mode of the match being played. Typically, this refers to obtaining a first-place placement finish.

2.2 Event Format and Scoring.

2.2.1 Format Summary. These Victory Cash Cups will consist of three (3) events: Solo Victory Cash Cup and ZB Solo Victory Cash Cup, and Reload Squads Victory Cash Cup. Each event will award cash prizing to winning players (see Attachment C).

2.2.2 Solo Victory Cash Cup

For each Solo Victory Cash Cup, all eligible players (as determined by Epic in accordance with these Rules) must have advanced into Gold Rank (or higher) in Battle Royale Ranked Mode in their respective server region ("Region") by the start of such Solo Victory Cash Cup to be eligible to queue up and compete during the applicable Solo Victory Cash Cup session window as listed in-game.

For Round 1 of the applicable Solo Victory Cash Cup ("Round 1"), each session will last approximately two (2) hours. Players may participate in a maximum of seven (7) matches during a Solo Victory Cash Cup Round 1 session. Players will earn points based on the scoring system listed in Attachment B (as applicable). Matches for a Solo Victory Cash Cup Round 1 session will count only if the match begins before such session window closes.

At the conclusion of the applicable Solo Victory Cash Cup Round 1 session, the top point earning players from each Region will advance and be able to queue up for Round 2 of such Solo Victory Cash Cup ("Round 2") based on their final Round 1 ranking on the in-game leaderboard ("Leaderboard") as follows:

EU: Top 15,000 Advance

NA: Top 10,000 Advance

BR: Top 2,500 Advance

ME: Top 2,000 Advance

OCE, ASIA: Top 1500 Advance

It will not be possible to enter the applicable Solo Victory Cash Cup Round 2 session without ranking in such Region's top placements, as listed above, during the applicable Solo Victory Cash Cup Round 1 session.

For Round 2 of the applicable Solo Victory Cash Cup, each session will last approximately one (1) hour. Players may participate in a maximum of three (3) matches during a Solo Victory Cash Cup Round 2 session. Each match, players will compete to earn a Victory Royale pursuant to Attachment A. Matches for a Solo Victory Cash Cup Round 2 session will count only if the match begins before such session window closes.

At the conclusion of the applicable Solo Victory Cash Cup Round 2 session, and subject to the terms and conditions herein (including, without limitation, Section 2.5.2), the players who earned a Victory Royale during Round 2 as listed on the Leaderboard from each Region will be awarded prizes as set out in Attachment C.

2.2.3 ZB Solo Victory Cash Cup

For each ZB Solo Victory Cash Cup, all eligible players (as determined by Epic in accordance with these Rules) must have advanced into Gold Rank (or higher) in Zero Build Ranked Mode in their respective server region ("Region") by the start of such ZB Solo Victory Cash Cup to be eligible to queue up and compete during the applicable ZB Solo Victory Cash Cup session window as listed in-game.

For Round 1 of the applicable ZB Solo Victory Cash Cup ("Round 1"), each session will last approximately two

(2) hours. Players may participate in a maximum of seven (7) matches during a ZB Solo Victory Cash Cup Round 1 session. Players will earn points based on the scoring system listed in Attachment B (as applicable). Matches for a ZB Solo Victory Cash Cup Round 1 session will count only if the match begins before such session window closes.

At the conclusion of the applicable ZB Solo Victory Cash Cup Round 1 session, the top point earning players from each Region will advance and be able to queue up for Round 2 of such ZB Solo Victory Cash Cup ("Round 2") based on their final Round 1 ranking on the in-game leaderboard ("Leaderboard") as follows:

EU: Top 3,000 Advance

NA: Top 2,500 Advance

BR, ASIA, ME: Top 1,000 Advance

OCE: Top 600 Advance

It will not be possible to enter the applicable ZB Solo Victory Cash Cup Round 2 session without ranking in such Region's top placements, as listed above, during the applicable ZB Solo Victory Cash Cup Round 1 session.

For Round 2 of the applicable ZB Solo Victory Cash Cup, each session will last approximately one (1) hour. Players may participate in a maximum of three (3) matches during a ZB Solo Victory Cash Cup Round 2 session. Each match, players will compete to earn a Victory Royale pursuant to Attachment A. Matches for a ZB Solo Victory Cash Cup Round 2 session will count only if the match begins before such session window closes.

At the conclusion of the applicable ZB Solo Victory Cash Cup Round 2 session, and subject to the terms and conditions herein (including, without limitation, Section 2.5.2), the players who earned a Victory Royale during Round 2 as listed on the Leaderboard from each Region will be awarded prizes as set out in Attachment C.

2.2.4 Reload Squads Victory Cash Cup

For each Reload Squads Victory Cash Cup, all eligible players on a team (as determined by Epic in accordance with these Rules) must have ranked in the Gold Rank (or higher) in Battle Royale Ranked Mode in their respective Region by the start of such Reload Squads Victory Cash Cup to be eligible to queue up and compete during the applicable Reload Squads Victory Cash Cup session window as listed in-game.

For Round 1 of the applicable Reload Squads Victory Cash Cup, each session will last approximately two (2) hours. Teams may participate in a maximum of seven (7) matches during a Reload Squads Victory Cash Cup Round 1 session. Teams will earn points based on the scoring system listed in Attachment A (as applicable). Matches for a Reload Squads Victory Cash Cup Round 1 session will count only if the match begins before such session window closes.

At the conclusion of the applicable Reload Squads Victory Cash Cup Round 1 session, the top point earning teams from each Region will advance and be able to queue up for Round 2 of such Reload Squads Victory Cash Cup based on their final Round 1 Leaderboard Ranking as follows:

All Regions: Top 50 Advance

It will not be possible to enter the applicable Reload Squads Victory Cash Cup Round 2 session without ranking in such Region's top placements, as listed above, during the applicable Reload Squads Victory Cash Cup Round 1 session.

For Round 2 of the applicable Reload Squads Victory Cash Cup, each session will last approximately one (1) hour. Teams may participate in a maximum of three (3) matches during a Reload Squads Victory Cash Cup Round 2 session. Each match, teams will compete to earn a Victory Royale pursuant to Attachment A. Matches for a Reload Squads Victory Cash Cup Round 2 session will count only if the match begins before such session window closes.

At the conclusion of the applicable Reload Squads Victory Cash Cup Round 2 session, and subject to the terms and conditions herein (including, without limitation, Section 2.5.2), the teams who earned a Victory Royale during Round 2 as listed on the Leaderboard from each Region will be awarded prizes as set out in Attachment C.

2.2.5 Tiebreakers.

Tiebreakers will be determined in the order presented here: (1) total points scored; (2) total Victory Royales in the session; (3) average eliminations in the session; (4) average placement per match in the session; and finally (5) total seconds survived across all matches.

2.2.6 Platforms. Players acknowledge and agree that the Event is cross-platform, other players may participate in the Event on different platforms (i.e., PC, console, or mobile (as applicable)), and that different platforms may offer features, such as controllers, player interface, and/or ability to individualize certain game settings/sensitivities, etc., which may arguably provide a competitive advantage to one platform over another. Epic makes no adjustments in the Event to accommodate different platforms, and it is each player's responsibility to select the platform they use to participate in the Event.

2.3 Schedule. The tentative schedule and dates for Events is set forth in Attachment B. Dates may be changed; final dates and times will be displayed in-game.

2.4 Rescheduling. Epic may, in its sole discretion, change the schedule, the date and/or the game mode for any Match or Session of the Event. However, Epic will inform players of any changes at its earliest convenience.

2.5 Prizes.

2.5.1 Subject to Section 2.5.2, prizes will be awarded to each player, or squad (divided evenly between the four (4) players) based on its placement within the Leaderboard at the conclusion of the applicable Round 2 session. The specific prize awards are set forth in Attachment C.

2.5.2 Prize Restricted Regions. NOTWITHSTANDING THE FOREGOING OR ANY OTHER PROVISION OF THESE RULES TO THE CONTRARY, IF YOU ARE AN INDIVIDUAL RESIDING IN TURKEY OR RUSSIA (EACH, A "PRIZE RESTRICTED REGION"), YOU ACKNOWLEDGE AND AGREE THAT YOU ARE NOT ELIGIBLE FOR NOR ENTITLED TO WIN ANY PRIZES IN CONNECTION WITH THE EVENT.

2.5.3 Prizing Information.

Only eligible, ranked players who do not reside in a Prize Restricted Region (as determined by Epic in its sole discretion) will be eligible to receive the applicable prizes set forth in Section 2.5.1 ("Winning Players"). No other player will be entitled to win any prizes in connection with the Event.

Prizes are awarded "as is" with no warranty or guarantee, either express or implied. Prizes are not transferable or assignable and cannot be transferred by Winning Players. Non-cash prizes (if any) cannot be redeemed for cash. All prize details are at the sole discretion of Epic. Winning Players are not entitled to any surplus between actual retail value of prize and approximate retail value, and any difference between approximate and actual value of the prize will not be awarded. Winning Players are responsible for any costs and expenses associated with prize acceptance and use not specified herein as being provided. Winning Players may not substitute a prize, but Epic reserves the right, at its sole discretion, in case of justified reasons, to substitute a prize (or portion thereof) with one of comparable or greater value. Additional terms and conditions may apply to acceptance and use of a prize.

Potential Winning Players will be notified by Epic of their status as a potential Winning Player at the email address associated with such players' Epic Games Account ("Epic Account") within sixty (60) days of completion of the applicable Event Session, or such other time as reasonably required by Epic for such notification, and will be subject to verification of eligibility pursuant to Section 3 and compliance with these Rules. Potential Winning Players must keep the Epic Account that they used to compete in the Event active throughout the verification of eligibility process.

Upon formal notification from Epic, a potential Winning Player shall have forty five (45) days from the date such notice was emailed to respond and provide (1) any information or materials requested by Epic for purposes of verification of eligibility pursuant to Section 3 and (2) the Release (as defined below). Such response from a potential Winning Player must be delivered to the email address from which Epic's notification was sent or, at Epic's sole option, another email address specified in the notification. The date of receipt by Epic shall be decisive for a potential Winning Player's compliance with the deadlines set forth in this Section 2.5.3.

In the event of (a) the failure by any such player to (i) keep the Epic Account that such player used to compete in the Event active throughout the verification of eligibility process or (ii) timely respond to any notification or request for materials or information; or (b) any such player being unable to accept or receive the prize for any reason (including for participating in the Event on, or attempting to complete the verification of eligibility process with, an Epic Games Cabined Account ("Cabined Account"), or for failure to provide the necessary tax and payment information through Epic's approved tax and payment processing vendors), then such player shall be disqualified as a potential Winning Player, and such player shall not be entitled to win any prizes in connection with the Event. In such cases, no alternate Winning Player will be named, and Epic shall have the right, in its sole and absolute discretion, to (y) award any prize amounts that would have otherwise been awarded to such disqualified player as part of a future Game competitive event or (z) award any such prize amounts to non-profit causes and efforts. A Winning Player will only be announced once the verification of eligibility process has been completed by Epic pursuant to these Rules.

Winning Players will also be required to provide certain payment information to Epic, including any required tax information forms, in order to receive the prizes. Epic may withhold payment of the prizes if the Winning Player fails to provide the applicable payment forms to Epic in a timely manner.

PRIZES ARE SUBJECT TO APPLICABLE INTERNATIONAL, FEDERAL, STATE, AND LOCAL TAXES (INCLUDING, BUT NOT LIMITED TO, INCOME AND WITHHOLDING TAXES) AND IT IS THE RESPONSIBILITY OF EACH WINNING PLAYER TO (I) CHECK WITH SUCH WINNING PLAYER'S LOCAL TAX ADVISOR TO DETERMINE WHICH TAXES APPLY TO SUCH WINNING PLAYER AND (II) PAY SUCH TAXES TO THE APPROPRIATE TAX AUTHORITY. It is Epic's policy to withhold tax at the backup withholding rates in effect for US and non-US residents. Prize income and tax withholding will be reported on forms (y) 1099-MISC for US residents and 1042-S for non-US residents, and (z) any other relevant tax forms as may be required by applicable law.

Epic will determine the payment method for the prizes in its sole discretion and, except as otherwise required by applicable law, all payments will be made directly to the Winning Player in such Winning Player's capacity as an individual (or, if a Minor, to the Winning Player's parent or legal guardian). No prize payments will be made by Epic to any organization, company, or other entity. Each Winning Player will be provided a Prize Acceptance and Release Form ("Release"). Unless restricted by applicable law, each Winning Player (or, if a Minor, such Winning Player's parent or legal guardian) will be required to complete and submit the Release in accordance with the deadlines set forth in this Section 2.5.3. In addition, by accepting a prize, the Winning Player agrees (or such Winning Player's parent or legal guardian agrees) to release Epic from any and all liability, loss, or damage arising from or in connection with awarding, receipt, and/or use or misuse of prize or participation in any prize-related activities.

3. Player Eligibility; Epic Account Status.

To be eligible to participate in any Event Match or receive any prizes in connection with an Event, you must meet the eligibility criteria in this Section.

3.1 Player Age; Cabined Accounts. You must be at least 13 years old (or such other age, if greater, as may be required in your country of residence). You cannot use a Cabined Account to participate in the Event.

3.2 Epic TOS and Fortnite EULA. You must comply with Epic's Terms of Service ("Epic TOS") (https://www.epicgames.com/site/en-US/tos) and the Fortnite End User License Agreement ("Fortnite EULA") (https://www.epicgames.com/fortnite/eula), including all rules, policies and other terms referenced in the Epic TOS and the Fortnite EULA. These Rules add to, and do not replace, the Fortnite EULA.

3.3 2FA. You must enable (if not already enabled) Two-Factor Authentication ("2FA") on your Epic Account. To enable 2FA, please visit https://epicgames.com/2FA, log in to your Epic Accounts, and follow the onscreen instructions.

3.4 Epic Affiliation. Employees, officers, directors, agents, and representatives of Epic (including the legal, promotion, and advertising agencies of Epic) and their immediate family members (defined as spouse, mother, father, sisters, brothers, sons, daughters, uncles, aunts, nephews, nieces, grandparents, and in-laws, regardless of where they live) and those living in their household (whether or not related), and each person or entity connected with the production or administration of the Event, and each parent company, affiliate, subsidiary, agent and representative of Epic are not eligible to participate in the Event.

3.5 Player Names.

3.5.1 All team and individual player names must follow the Code of Conduct in Section 8. Epic and the Event Administrators each may restrict or change team and individual player tags or screen names for any reason.

3.5.2 The name used by a team or player may not include or make use of the

terms Fortnite, Epic, or any other trademark, trade name, or logo owned by or licensed to Epic.

3.5.3 The name used by a team or player cannot be an impersonation of another team, player, streamer, celebrity, government official, Epic employee, or any other person or entity.

3.6 Good Standing; Account Level.

3.6.1 The Epic Account you use in connection with the Event must be in good standing, with no undisclosed violations. This also means that your Epic Account must be registered in your name, and cannot have been previously purchased, gifted, or otherwise transferred from another player.

3.6.2. You (and your Epic Account) must be free of or have fully served any suspensions or other sanctions imposed in connection with a previous violation of any official Epic rules. Additionally, you will not be able to participate further in the Event if you receive a competitive ban of 14 days or longer during the Event.

3.6.3 Your Epic Account must be level three hundred and fifty (350) or above. This information can be found in the in-game "Career" tab.

3.6.4 Epic may share tournament leaderboard information with Sony for any players participating on PlayStation 4 or PlayStation 5 devices.

3.7 Additional Restrictions.

3.7.1 The Event in all parts is open to players from across the world, except as otherwise provided in this Section. The Event is not open to individuals wherever restricted or prohibited by applicable law or in any country where participation is prohibited by U.S. law ("Prohibited Countries"), including Cuba, Iran, Iraq, North Korea, Somalia, Sudan, Syria, and the regions of Crimea, Donetsk, and Luhansk.

3.7.2 Unless you reside in the European Union, you may not participate in the Event using iOS devices.

3.7.3 During the entire Event, only a single player may play on a given game device. This means you cannot use the same device as other players during the Event.

3.7.4 You may only have one (1) entry (using one (1) Epic Account) into the Event for a given Session. You are expressly prohibited from having additional Event entries using additional or secondary Epic Account(s).

3.7.5 In order to participate in Solo Victory Cash, you must be in Gold Rank or higher in Ranked Battle Royale by the start of any Session. In order to participate in ZB Solo Victory Cash, you must be in Gold Rank or higher in Ranked Zero Build by the start of the Session. In order to participate in Reload Squads Victory Cash, you must be in Gold Rank or higher in Ranked Battle Royale by the start of any Session.

4. Team Rules.

4.1 Squads

Each player (or, if a Minor, such player's parent or legal guardian) in the team must acknowledge and accept these Rules in-game pursuant to Section 1.2 before participating in the Event. During the Event, all players on a team must be present and partied up together to participate. If a team does not have all members present and partied up together by the start time for a given match, it will be considered to have finished in (or tied for) last place with zero eliminations for that match.

4.1.1 All members of a team that are eligible to receive a prize as set forth in Section 2 must meet the eligibility requirements set out in Section 3 in order to be eligible to receive such prizes. If one member of a team fails the verification of eligibility process, all members of that team will be disqualified as Potential Winning Players, and that team shall not be entitled to win any prizes in connection with the Event. However, if a team member resides within a Prize Restricted Region, that shall not automatically force a disqualification of the other team member as a Potential Winning Player.

4.1.2 Except as otherwise expressly set forth herein, all of the Event Administrators' rights pursuant to these Rules relate to and are exercisable against the team as a whole and each individual member of the team. If any right of disqualification arises as to any individual member of the team, then the Event Administrator may exercise the right of disqualification against the team as a whole.

4.1.3 Earned qualification spots (as applicable) cannot be transferred, sold, traded, or gifted to any person or organization. This means that earned qualification spots will always be connected directly to the entire team as a whole.

5. Issues.

5.1 Definition of Terms.

"Bug" means an error, flaw, failure, fault or other technical issue that produces an incorrect or unexpected result, or otherwise causes Fortnite and/or a hardware device to behave in unintended ways.

"Intentional Disconnection" means a player losing connection to Fortnite due to the player's actions or inaction. Intentional disconnection is not considered a valid technical issue for the purposes of a remake.

"Server Crash" means all players losing connection to Fortnite due to an issue with the game server.

"Unintentional Disconnection" means a player losing connection to Fortnite due to problems or issues with the game client, platform, network, or PC.

5.2 Technical Issues.

5.2.1 Due to the nature and scale of online competition, except as otherwise determined by Epic in its sole discretion, Matches will not be restarted or made null due to Bugs, Intentional Disconnections, Server Crashes, or Unintentional Disconnections. Except as otherwise determined by Epic in its sole discretion, any Bug encounters must be played through and will not be cause for a remake.

5.2.2 Players are prohibited from taking advantage of or otherwise exploiting any Bug that allows a player to

participate in any Event round or stage without having first qualified for such round or stage pursuant to the terms of these Rules.

6. Communication.

6.1 Event Administrators will be available to answer player-specific questions and provide additional assistance throughout the Event via the official player support channel found here: https://www.discord.gg/fncompetitivesupport. Any answers or comments provided online do not change these Rules.

7. Post-Match Process.

7.1 Scoring.

7.1.1 The Fortnite game client will record and report a player's score at the conclusion of such player's participation in a Match.

7.1.2 At times, unforeseen issues may arise that result in score reporting delays and/or inaccuracies. For the duration of the Event, the score displayed within the Leaderboard will be the official score, regardless of accuracy.

7.1.3 After a Round has ended, Epic may adjust the Leaderboard standings (typically due to players or teams being disqualified and removed from the Leaderboard for breaking these Rules). For advancement purposes, at the end of the applicable Round, the Leaderboard standings will be snapshotted, and those advancements will be immediately awarded and considered "final" for purposes of player or team advancement only, subject in all cases to final adjustment and confirmation by Epic.

8. Code of Conduct.

8.1 Personal Conduct; No Toxic Behavior.

8.1.1 All players must conduct themselves in a way that is at all times consistent with (a) the Code of Conduct in this Section 8 ("Code of Conduct") and (b) the general principles of personal integrity, honesty, and good sportsmanship.

8.1.2 Players must be respectful of other players, Event Administrators, spectators, and sponsors (as applicable).

8.1.3 Players shall not behave in a manner that (a) violates these Rules, (b) is disruptive, unsafe or destructive, or (c) is otherwise harmful to the enjoyment of Fortnite by other users as intended by Epic (as determined by Epic). In particular, players shall not engage in harassing or disrespectful conduct, use of abusive or offensive language, game sabotage, spamming, social engineering, scamming, or any unlawful activity ("Toxic Behavior").

8.1.4 Players shall not (a) proclaim to be, or represent themselves as, a banned player or a cheater/rule breaker, or (b) glorify or otherwise endorse the breaking or violation of these Rules.

8.1.5 Any violation of these Rules may expose a player to disciplinary action as further described in Section 9.3,

whether or not that violation was committed intentionally.

8.2 Competitive Integrity.

8.2.1 Each player is expected to play within the spirit of Fortnite and these Rules at all times during any Event Match. Any form of unfair play is prohibited by these Rules and may result in disciplinary action. Examples of unfair play include the following:

Collusion (as defined below), match fixing or throwing, bribing a referee or match official, or any other unfair or illegal action or agreement to intentionally influence (or attempt to influence) the outcome of any match or Event.

Hacking or otherwise modifying the intended behavior of the game client.

Playing or allowing another player to play on an Epic Account registered in another person's name (or soliciting, encouraging, or directing someone else to do so).

Using any kind of cheating device, program, or similar cheating method to gain a competitive advantage.

Intentionally exploiting any game function (e.g., an in-game Bug or glitch) in a manner not intended by Epic in order to gain a competitive advantage.

Using distributed denial of service attacks, swatting, or similar methods to interfere with another player's connection to Fortnite's game client.

Using macro keys or similar methods to automate in-game actions.

Accepting any gift, reward, bribe, or compensation for services promised, rendered, or to be rendered in connection with unfair play of Fortnite (e.g., services designed to throw or fix a Match or Session).

Utilizing outside assistance regarding the location of other players, other players' health or equipment, or any other information not otherwise known to the player by the information on his or her own screen (e.g., looking at or attempting to look at spectator monitors while currently in a match). For clarity, a player's receipt of coaching or use of the in-game replay tool does not fall within this prohibition.

Intentionally Disconnecting from Fortnite after you or a member of your team takes damage. For clarity, this only applies to players who Intentionally Disconnect with a member of their team receiving damage within 60 seconds prior to the Intentional Disconnection.

8.2.2 Players may not work together to deceive or otherwise cheat other players during any Match ("Collusion"). Examples of Collusion include the following:

Teaming: Players working together during the Match while on opposing teams.

Planned Movement: Agreement between two (2) or more opposing players to land at specific locations and move through the map in a planned way before the Match begins.

Communication: Sending or receiving signals (both verbal and non-verbal) to communicate with opposing players.

Item Dumping: Intentionally dropping items for an opposing player to collect.

Feeding: Intentionally allowing oneself to be eliminated by an opposing player.

8.3 Wagering. Players shall not (a) conduct or promote betting, wagering, or gambling on the Event or any portion thereof, or (b) benefit, either directly or indirectly, from betting, wagering, or gambling on the Event or any portion thereof.

8.4 Harassment. Players are prohibited from engaging in any form of harassing, abusive, or discriminatory conduct, including any of the foregoing based on race, color, ethnicity, national origin, religion, political opinion or any other opinion, gender, gender identity, sexual orientation, age, disability, or any other status or characteristic protected under applicable law.

8.5 Confidentiality. A player may not disclose to any third party any confidential information the player obtains in connection with the Event, including by posting on social media channels.

8.6 Illegal Conduct. Players are required to comply with all applicable laws at all times. Any attempt to deliberately damage or undermine the legitimate operation of the Event may be in violation of criminal and civil laws and will result in disqualification from participation in the Event. If an attempt is made, Epic reserves the right to seek remedies and damages (including attorneys' fees) to the fullest extent of the law, including criminal prosecution.

8.7 Reporting. Any player who witnesses or is subjected to conduct that the Code of Conduct should notify an Epic Esports Coordinator or Event Administrator. All complaints reported pursuant to this Section 8.7 will be promptly investigated and appropriate action will be taken. Retaliation against any player who brings forward a complaint or cooperates in the investigation of a complaint is prohibited.

9. Enforcement; Rules and Conduct Violations.

9.1 Enforcement. Epic will have primary responsibility for enforcing these Rules for all players at the Event and may, working with the Event Administrators (as defined below), impose sanctions on players for violations of these Rules, as further described in Section 9.

9.2 Investigation and Compliance.

9.2.1 You must fully cooperate with Epic and/or an Event Administrator (as applicable) in the investigation of any violation or suspected violation of these Rules. If Epic and/or an Event Administrator contacts you to discuss the investigation, you must be truthful in the information that you provide to Epic and/or an Event Administrator. Any player found to have withheld, destroyed, or tampered with any related information, or otherwise found to have misled Epic and/or an Event Administrator during an investigation, will be subject to disciplinary action as further described in Section 9.3.

9.2.2 Epic has the right, in its sole discretion, to remove a player from, or restrict such player's participation in, any Event activity as part of any investigation conducted by Epic and/or an Event Administrator (as applicable) pursuant to Section 9.2.1.

9.3 Disciplinary Action.

9.3.1 If Epic determines that a player has violated the Code, Epic may take the following disciplinary actions (as applicable):

Issue a private or public warning (verbal or written) to the player;

Loss of Session Points for the current or future Match(es);

Loss of all or any part of the prizes previously awarded to the player;

Disqualify the player from participating in one or more Matches and/or Sessions at the Event; and/or

Prevent the player from participating in one or more future competitions hosted by Epic.

9.3.2 For clarity, the nature and extent of the disciplinary action taken by Epic pursuant to this Section 9.3 will be in the sole and absolute discretion of Epic. Epic reserves the right to seek damages and other remedies from such player to the fullest extent permitted by applicable law.

The enforcement of any applicable sanction by Epic shall not provide such player with grounds for claims against Epic under any theory of law, or otherwise be considered a liability on the part of Epic to such player.

9.3.3 If Epic determines that there have been repeated breaches of these Rules by a player, it may hand out increasing disciplinary action, up to and including permanent disqualification from all future competitive play of Fortnite hosted or administered by or on behalf of Epic. Epic may also enforce any of its rights under Epic's Terms of Service and/or the Fortnite EULA in the event of a violation.

9.3.4 All Rules violations at the Event will be determined by Epic in its sole discretion and governed by the Epic Competitive Violation Matrix. A final decision by Epic as to the appropriate disciplinary action will be final and binding on all players.

9.3 Rule Disputes. Epic has final, binding authority to decide all disputes with respect to any portion of these Rules, including the breach, enforcement, or interpretation thereof.

10. Disclaimers. TO THE MAXIMUM EXTENT ALLOWED BY LAW, EPIC AND ITS AFFILIATES AND THE EVENT ADMINISTRATORS WILL NOT BE LIABLE FOR (A) ANY TECHNICAL ISSUES OR OTHER DISRUPTIONS TO THE EVENT, INCLUDING ANY LOSS OR CORRUPTION OF DATA, (B) THE MISCONDUCT OF ANY PLAYERS OR OTHER THIRD PARTIES, (C) ANY INJURIES (INCLUDING DEATH) OR PROPERTY DAMAGE ARISING FROM ANY PRIZES OR PARTICIPATION IN THE EVENT, (D) ANY INDIRECT, CONSEQUENTIAL, INCIDENTAL OR SPECIAL DAMAGES, OR (E) ANY PRINTING, TYPOGRAPHICAL OR ADMINISTRATIVE ERRORS IN ANY MATERIALS ASSOCIATED WITH THE EVENT. EPIC RESERVES THE RIGHT TO SUSPEND, MODIFY OR CANCEL THE EVENT IN ITS SOLE DISCRETION SHOULD A VIRUS, BUG, OR OTHER TECHNICAL ISSUE, UNAUTHORIZED INTERVENTION, NATURAL DISASTER, OR OTHER CAUSE BEYOND EPIC'S CONTROL AFFECT THE ADMINISTRATION, SECURITY, OR PROPER PLAY OF THE EVENT, OR EPIC OTHERWISE BECOMES (AS DETERMINED IN ITS SOLE DISCRETION) INCAPABLE OF

RUNNING THE EVENT AS ORIGINALLY PLANNED.

11. Publicity; Interview Consent.

11.1 Epic may use your name, tag, likeness, image, voice, gameplay statistics, and/or Epic Account ID or other biographical information, for publicity purposes before, during, and after the Event, in any manner and media, throughout the world, in perpetuity, but only in connection with publicizing the Event or other Fortnite events and programming, without any compensation or prior review.

11.2 If you are given an opportunity to participate in an interview in connection with the Event (each, an "Interview"), you consent to be recoded for the Interview, and you hereby grant to Epic a royalty-free, worldwide license (with the right to grant sublicenses) to use your statements and any audio/video footage from the Interview, as well as your name, tag, likeness, image, voice, gameplay statistics, Epic Account ID, and other biographical information (collectively, "Interview Materials") in connection with the Interview. Your participation in an Interview is voluntary, and you are not entitled to compensation for an Interview or this license. Epic has no obligation to interview you or use Interview Materials. You can withdraw this license at any time by contacting an Event Administrator at tournaments@epicgames.com, however this will not affect any uses Epic has made of such license before the withdrawal.

12. Governing Law. The internal laws of the State of North Carolina, without reference to any of its conflicts of laws principles, shall govern these Rules, including any disputes regarding these Rules and/or the Event.

13. Waiver of Jury Trial. EXCEPT AS PROHIBITED BY APPLICABLE LAW AND AS A CONDITION OF PARTICIPATING IN THIS EVENT, EACH PARTICIPANT HEREBY IRREVOCABLY AND PERPETUALLY WAIVES ANY RIGHT S/HE MAY HAVE TO A TRIAL BY JURY IN RESPECT OF ANY LITIGATION DIRECTLY OR INDIRECTLY ARISING OUT OF, UNDER OR IN CONNECTION WITH THIS EVENT, ANY DOCUMENT OR AGREEMENT ENTERED INTO IN CONNECTION HEREWITH, ANY PRIZE AVAILABLE IN CONNECTION HEREWITH, AND ANY OF THE TRANSACTIONS CONTEMPLATED HEREBY OR THEREBY.

14. Privacy. Please refer to Epic's privacy policy located at https://www.epicgames.com/site/en-US/privacypolicy for important information regarding the collection, use and disclosure of personal information by Epic.

15 Other Languages. These Rules may be translated into other languages. In the event of any conflict or inconsistency between any translated version of these Rules and the English version of these Rules, the English version shall prevail, govern and control.

Attachment A

Scoring System

Scoring System – Solo Victory Cash and ZB Solo Victory Cash - Round 1

Victory Royale: 65 points

2nd: 55 points

3rd: 48 points

4th: 43 points

5th: 38 points

6th: 33 points

7th: 30 points

8th: 27 points

9th: 24 points

10th: 21 points

11th - 15th: 18 points

16th - 20th: 15 points

21st - 25th: 12 points

26th - 30th:10 points

31st - 35th: 8 points

36th - 40th: 6 points

41st - 50th: 4 points

51st - 75th: 2 point

Each Elimination: 1 point

Scoring System – Solo Victory Cash and ZB Solo Victory Cash - Round 2

For Round 2 of the Solo Victory Cash and the ZB Solo Victory Cash Cup, only the number of earned Victory Royales for each player will be tracked on the Leaderboard. Players earn a Victory Royale by finishing a match in 1st place. There will be no points awarded for any other match placement.

Scoring System – Squads Victory Cash - Round 1

Victory Royale: 15 points

2nd: 10 points

3rd: 8 points

4th: 6 points

5th: 5 points

6th: 4 points

7th: 3 points

8th: 2 points

9th: 1 points

Four total eliminations: 1 point

Eight total eliminations: 2 points

Twelve total eliminations: 3 points

Scoring System – Squads Victory Cash - Round 2

For Round 2 of the Squads Victory Cash Cup, only the number of earned Victory Royales for each team will be tracked on the Leaderboard. Teams earn a Victory Royale by finishing a match in 1st place. There will be no points awarded for any other match placement.

Attachment B

Schedule

Solo Victory Cash

August 26: Solo Victory Cash Cup #1 - Rounds 1 and 2

September 9: Solo Victory Cash Cup #2 - Rounds 1 and 2

September 16: Solo Victory Cash Cup #3 - Rounds 1 and 2

September 23: Solo Victory Cash Cup #4 - Rounds 1 and 2

September 30: Solo Victory Cash Cup #5 - Rounds 1 and 2

September 7: Solo Victory Cash Cup #6 - Rounds 1 and 2

October 14: Solo Victory Cash Cup #7 - Rounds 1 and 2

ZB Solo Victory Cash

August 26: ZB Solo Victory Cash Cup #1 - Rounds 1 and 2

September 9: ZB Solo Victory Cash Cup #2 - Rounds 1 and 2

September 16: ZB Solo Victory Cash Cup #3 - Rounds 1 and 2

September 23: ZB Solo Victory Cash Cup #4 - Rounds 1 and 2

September 30: ZB Solo Victory Cash Cup #5 - Rounds 1 and 2

September 7: ZB Solo Victory Cash Cup #6 - Rounds 1 and 2

October 14: ZB Solo Victory Cash Cup #7 - Rounds 1 and 2

Reload Squads Victory Cash

September 1: Reload Squads Victory Cash Cup #1 - Rounds 1 and 2

September 14: Reload Squads Victory Cash Cup #2 - Rounds 1 and 2

September 22: Reload Squads Victory Cash Cup #3 - Rounds 1 and 2

September 28: Reload Squads Victory Cash Cup #4 - Rounds 1 and 2

October 5: Reload Squads Victory Cash Cup #5 - Rounds 1 and 2

October 12: Reload Squads Victory Cash Cup #6 - Rounds 1 and 2

October 19: Reload Squads Victory Cash Cup #7 - Rounds 1 and 2

Attachment C

Prizes

Event Prizes (All Regions) - Solo Victory Cash

Players will be awarded $100 for each Victory Royale earned in Round 2 of the applicable Solo Victory Cash Cup. For example, if a player earned 3 Victory Royales during Round 2 of a Solo Victory Cash Cup, they will receive $300.

Event Prizes (All Regions) - ZB Solo Victory Cash

Players will be awarded $100 for each Victory Royale earned in Round 2 of the applicable ZB Solo Victory Cash Cup. For example, if a player earned 3 Victory Royales during Round 2 of a ZB Solo Victory Cash Cup, they will receive $300.

Event Prizes (EU, NA) - Reload Squads Victory Cash

Each player on a team will be awarded $250 for each Victory Royale earned in Round 2 of the applicable Squads Victory Cash Cup. For example, if a team earned 3 Victory Royales during a Round 2 session of a Reload Squads Victory Cash Cup in these regions, each player on that team will receive $750.

Event Prizes (OCE, ASIA, ME, BR) - Reload Squads Victory Cash

Each player on a team will be awarded $100 for each Victory Royale earned in Round 2 of the applicable Squads Victory Cash Cup. For example, if a team earned 3 Victory Royales during a Round 2 session of a Reload Squads Victory Cash Cup in these regions, each player on that team will receive $300.

© 2024 Epic Games, Inc. All rights reserved.