Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: +1.310.788.9900
Facsimile: +1.310.788.3399

Christian W. Marcelo (*pro hac vice* forthcoming)
CMarcelo@perkinscoie.com
Jacob P. Dini (*pro hac vice* forthcoming)
JDini@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff
EPIC GAMES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., a Maryland corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>SEBASTIAN ARAUJO, an individual,<br><br>          Defendant. | Case No. 2:24-cv-10835<br><br>PLAINTIFF EPIC GAMES, INC.'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 7.1-1, the undersigned counsel of record for Epic Games, Inc. certifies that the following listed parties may have a pecuniary interest in the outcome of this case:

   1. Plaintiff Epic Games, Inc.

   2. Defendant Sebastian Araujo

These representations are made to enable the Court to evaluate possible disqualification or recusal.

170370543.1

# CORPORATE DISCLOSURE STATEMENT

Under Federal Rule of Civil Procedure 7.1, Plaintiff Epic Games, Inc., a non-governmental party, hereby states that Tencent Holdings Limited indirectly owns more than 10% of Epic Games, Inc.'s stock through its wholly owned subsidiaries.

Dated: December 16, 2024

**PERKINS COIE LLP**

By: */s/ Katherine M. Dugdale*
    Katherine M. Dugdale

Attorneys for Plaintiff Epic Games, Inc.

-2-

170370543.1