Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: 310.788.9900

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., a Maryland corporation,<br><br>Plaintiff(s)<br>v.<br>SEBASTIAN ARAUJO, an individual,<br><br>Defendant(s). | CASE NUMBER: 2:24-cv-10835<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Dini, Jacob P.
*Applicant's Name (Last Name, First Name & Middle Initial)*

206-359-8000              206-359-9000
*Telephone Number*        *Fax Number*

JDini@perkinscoie.com
*E-Mail Address*

of  Perkins Coie LLP
    1201 Third Ave., Suite 4900
    Seattle, WA 98101
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Epic Games, Inc., a Maryland corporation
*Name(s) of Party(ies) Represent*       ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Dugdale, Katherine M.
*Designee's Name (Last Name, First Name & Middle Initial)*

168014              310-788-9900        310-788-3399
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

KDugdale@perkinscoie.com
*E-Mail Address*

of  Perkins Coie LLP
    1888 Century Park East, Suite 1700
    Los Angeles, California 90067-1721
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:  ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
           ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

G-64 Order (05/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1
170416817.1

**Dated:** Click here to enter a date.

_____
**U.S. District Judge/U.S. Magistrate Judge**