Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: 310.788.9900

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| EPIC GAMES, INC., a Maryland corporation, Plaintiff(s) v. SEBASTIAN ARAUJO, an individual, Defendant(s). | CASE NUMBER: 2:24-cv-10835 <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
|---|---|

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Marcelo, Christian W.
*Applicant's Name (Last Name, First Name & Middle Initial*

206-359-8000               206-359-9000
*Telephone Number*         *Fax Number*

CMarcelo@perkinscoie.com
*E-Mail Address*

of

Perkins Coie LLP
1201 Third Ave., Suite 4900
Seattle, WA 98101

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Epic Games, Inc., a Maryland corporation
*Name(s) of Party(ies) Represent*       ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

Dugdale, Katherine M.
*Designee's Name (Last Name, First Name & Middle Initial*

168014            310-788-9900        310-788-3399
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

KDugdale@perkinscoie.com
*E-Mail Address*

of

Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.                                   **U.S. District Judge/U.S. Magistrate Judge**