UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   **CV 24-10835 DDP (JCx)**                                    Dated: January 21, 2025

Title:     EPIC GAMES INC. -v- SEBASTIAN ARAUJO
==================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

<u>Catherine Jeang</u>                                      <u>None Present</u>
Courtroom Deputy                                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None                                     None

PROCEEDINGS:    MINUTE ORDER (IN CHAMBERS)

   This action has been assigned to the calendar of Judge Dean D. Pregerson.  Counsel must refer to the Central District's website at **"http://www.cacd.uscourts.gov"** for Judge Dean D. Pregerson's Procedures and Schedules.  Counsel must review the Court's Standing Order and CV Trial Order, and comply with the same.

   The Court hears motions only on Mondays at 10:00 a.m. It is not necessary to clear a motion date with the Court Clerk prior to filing a motion.

   Counsel are required to comply with C.D. Cal. L.R. 5-4.4.1 through 5-4.4.2

   With respect to Mandatory Chambers Copies, the Court requires delivery to the 4th Floor Customer Service Window of <u>only</u> the following filed documents (blue back not required), no later than the next business day after filing (unless otherwise stated):

(1)   Courtesy copies of any e-filed initiating Complaints, Amended Complaints or Notices of Removal are to be delivered within 48 hours of said filing.
      <u>[Exhibits and attachments **must** be separately tabbed]</u>.

(2)   Motions for summary judgment and related documents* (2 copies);
      <u>[Exhibits and attachments **must** be separately tabbed]</u>.

(3)  All *ex parte* applications and related documents* (2 copies);
*[Exhibits and attachments **must** be separately tabbed]*; and

(4)  All trial/pre-trial documents and joint rule 26(f) reports.

*[WHEN IN DOUBT deliver a chambers copy.]*

**Attention ECF Attorneys - Chambers Email Addresses are available under your Utilities menu.*

MINUTES FORM 11  
CIVIL -- GEN

Initials of Deputy Clerk: CJ