Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: +1.310.788.9900
Facsimile: +1.310.788.3399

Christian W. Marcelo, Bar No. 51193 (*pro hac vice* filed)
CMarcelo@perkinscoie.com
Jacob P. Dini, Bar No. 54115 (*pro hac vice* filed)
JDini@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Attorneys for
EPIC GAMES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., a Maryland corporation,<br><br>Plaintiff,<br><br>v.<br><br>SEBASTIAN ARAUJO, an individual,<br><br>Defendant. | Case No. 2:24-CV-10835-DDP-JC<br><br>**PLAINTIFF EPIC GAMES, INC.'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT SEBASTIAN ARAUJO**<br><br>*[Declaration of Katherine M. Dugdale Filed Concurrently]* |

**TO THE CLERK OF THE COURT:**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Epic Games, Inc. ("Epic"), hereby requests the entry of default in this matter against defendant Sebastian Araujo for failure to plead in response to or otherwise defend against Epic's Complaint. Counsel for Defendant signed and returned the Acknowledgment and Receipt of Summons and Complaint on behalf of Defendant on February 10, 2025. Doc. No. 14. Defendant's response to the Complaint was

-1-

due on or before March 3, 2025. *Id.* Defendant has failed to file any responsive pleading or to otherwise defend against the Complaint.

Epic's Request for Entry of Default is supported by the concurrently filed Declaration of Katherine M. Dugdale, as well as by the Complaint, Summons, Notice and Acknowledgement of Receipt of Summons and Complaint, and all other papers on file with this Court in this matter.

Dated:  March 7, 2025                          **PERKINS COIE LLP**


                                                By: /s/ Katherine M. Dugdale
                                                    Katherine M. Dugdale
                                                    Christian W. Marcelo
                                                    Jacob P. Dini

180348680.2