UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    2:24cv10835 DDP (JCx)                              Date: April 24, 2025

Title    _EPIC GAMES, INC. v. SEBASTIAN ARAUJO_

Present: The Honorable:    DEAN D. PREGERSON, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**        (IN CHAMBERS) **– ORDER TO SHOW CAUSE**

   **IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **May 15, 2025**, why this action should not be dismissed for lack of prosecution**.**

   In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.

   Plaintiff is advised that the Court will consider Plaintiff's filing of a application for the clerk to enter default judgment on **defendant SEBASTIAN ARAUJO**, or plaintiff's filing of a motion for entry of default judgment on **defendant** on or before the above date, as a satisfactory response to the Order to Show Cause.

| | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |