Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: +1.310.788.9900
Facsimile: +1.310.788.3399

Christian W. Marcelo, Bar No. 51193 (*pro hac vice* filed)
CMarcelo@perkinscoie.com
Jacob P. Dini, Bar No. 54115 (*pro hac vice* filed)
JDini@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Attorneys for Plaintiff
EPIC GAMES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., a Maryland corporation,<br><br>Plaintiff,<br><br>v.<br><br>SEBASTIAN ARAUJO, an individual,<br><br>Defendant. | Case No. 2:24-CV-10835-DDP-JC<br><br>**PLAINTIFF EPIC GAMES, INC.'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT SEBASTIAN ARAUJO**<br><br>Hearing:<br>Date: June 2, 2025<br>Time: 10:00 a.m.<br>Place: Courtroom 9C<br>       350 West 1st Street<br>       Los Angeles, CA. 90012<br><br>*Honorable Dean D. Pregerson* |

2:24-CV-10835-DDP-JC

181274969.1

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on June 2, 2025 at 10:00 a.m. in Courtroom 9C of the United States District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, CA 90012, Plaintiff Epic Games, Inc. ("Epic") will, and hereby does, move pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55-1 for default judgment against Defendant Sebastian Araujo (the "Motion"). Epic requests the judgment include an award of statutory damages pursuant to the Digital Millenium Copyright Act and the Copyright Act in the amount of $267,800 and an award of attorneys' fees and costs of $8,956, for a total of $276,756. Epic further requests that the Court enter a permanent injunction against Defendant.

Epic brings this Motion on the grounds that Defendant failed to respond to the Complaint, and on March 7, 2025, the Clerk of this Court entered a default against Defendant for failure to appear, plead, or answer Epic's Complaint.

This Motion is based on this Notice of Motion and Motion, the attached memorandum of points and authorities, the Declaration of Katherine M. Dugdale, the Declaration of Michael Brews, all pleadings and papers on file in this action, and such other and further matters as the Court may consider.

Dated: April 25, 2025

**PERKINS COIE LLP**

By: */s/Katherine M. Dugdale*
    Katherine M. Dugdale
    Christian W. Marcelo
    Jacob P. Dini

-1-

2:24-CV-10835-DDP-JC

181274969.1