Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: +1.310.788.9900
Facsimile: +1.310.788.3399

Christian W. Marcelo, Bar No. 51193 (*pro hac vice* filed)
CMarcelo@perkinscoie.com
Jacob P. Dini, Bar No. 54115 (*pro hac vice* filed)
JDini@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Attorneys for Plaintiff
EPIC GAMES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., a Maryland corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>SEBASTIAN ARAUJO, an individual,<br><br>  Defendant. | Case No. 2:24-CV-10835-DDP-JC<br><br>**DECLARATION OF KATHERINE M. DUGDALE IN SUPPORT OF PLAINTIFF EPIC GAMES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT SEBASTIAN ARAUJO**<br><br>Hearing:<br>Date: June 2, 2025<br>Time: 10:00 a.m.<br>Place: Courtroom 9C<br>         350 West 1st Street<br>         Los Angeles, CA. 90012<br><br>*Honorable Dean D. Pregerson* |

-1-

180802356.2

I, Katherine Dugdale, declare as follows:

1. I am an attorney licensed to practice law in the State of California, and I am admitted to practice before this Court. I am an attorney in the law firm Perkins Coie LLP and counsel of record for Epic Games, Inc. ("Epic") in the above-titled action. I have personal knowledge of the facts set forth below, and if called as a witness, I could testify truthfully.

2. Epic filed its Complaint on December 16, 2024 against Defendant Sebastian Araujo ("Defendant"). Doc. No. 1. After the summons was issued, Epic made multiple attempts to personally serve Defendant. On January 7, 2025, I received a phone call from an attorney, John Goalwin, who said he was representing Defendant and confirmed he would accept service. On January 9, 2025, copies of the Summons, Complaint, and Notice and Acknowledgement of Receipt of Summons and Complaint were emailed and mailed to Mr. Goalwin's business address listed on the California State Bar website.

3. On February 10, 2025, Mr. Goalwin returned a signed copy of the Notice and Acknowledgement of Receipt of Summons and Complaint, which was filed on the same day. Doc. No. 14.

4. Defendant's response to the Complaint was due on March 3, 2025. *Id.*

5. On February 12, 2025, I sent an email to Mr. Goalwin with a copy of the e-filing notification for the Notice and Acknowledgment of Receipt of Summons which indicated that the response deadline was March 3.

6. After Defendant failed to respond to the Complaint by the March 3 deadline, on March 4, 2025, I sent an email to Mr. Goalwin stating that Defendant's response to the Complaint was due on March 3, that Epic had not seen one filed, and requesting a copy if one was filed. Mr. Goalwin replied that Defendant's response would be filed on March 5, 2025.

7. On March 10, I sent an email to Mr. Goalwin with a copy of the clerk's entry of default. On March 19, 2025, Mr. Goalwin called me to inquire

-2-

180802356.2

whether Epic would stipulate to set aside the default. On March 21, 2025, I left a voicemail with Mr. Goalwin explaining that given Defendant's lack of meritorious defenses, Epic would not agree to stipulate to set aside the default. On March 24, 2025, I confirmed the same over email and stated that Epic was preparing a motion for default judgment. A true and correct copy of the March 24, 2025 email is attached hereto as Exhibit 1.

8. To date, Mr. Goalwin has not since contacted me, and Defendant has not filed a motion to set aside the entry of default or responded to the complaint.

9. Default was entered on March 7, 2025 against Defendant Sebastian Araujo with respect to the Complaint (Doc. No. 1) in this action. Defendant is not an infant or incompetent person, nor does the Servicemembers Civil Relief Act apply to Defendant. Neither Defendant nor his counsel has filed an appearance in this action. Courtesy copies of Epic's motion for default judgment and supporting documents will be sent to Mr. Goalwin.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 25, 2025

By: /s/ Katherine M. Dugdale
Katherine M. Dugdale

180802356.2

# EXHIBIT 1

| | |
|---|---|
| **From:** | Dugdale, Katherine (LOS) |
| **Sent:** | Monday, March 24, 2025 11:59 AM |
| **To:** | John Goalwin |
| **Cc:** | Dini, Jacob (SEA) |
| **Subject:** | Epic v. Araujo |

John, following up on my voice mail to you on Friday, Epic will not stipulate to set aside the Request for Entry of Default. You will have to file a motion with the Court. Please be aware that we are working on the motion for default judgment. I am available if you would like to discuss.

**Katherine Dugdale**
**Perkins Coie**
1888 Century Park East Suite 1700
Los Angeles, CA 90067-1721
+1.310.788.3200
kdugdale@perkinscoie.com