Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: +1.310.788.9900
Facsimile: +1.310.788.3399

Christian W. Marcelo, Bar No. 51193 (*pro hac vice* filed)
CMarcelo@perkinscoie.com
Jacob P. Dini, Bar No. 54115 (*pro hac vice* filed)
JDini@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Attorneys for Plaintiff
EPIC GAMES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., a Maryland corporation,<br><br>Plaintiff,<br><br>v.<br><br>SEBASTIAN ARAUJO, an individual,<br><br>Defendant. | Case No. 2:24-CV-10835-DDP-JC<br><br>**DECLARATION OF MICHAEL BREWS IN SUPPORT OF PLAINTIFF EPIC GAMES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT SEBASTIAN ARAUJO**<br><br>Hearing:<br>Date: June 2, 2025<br>Time: 10:00 a.m.<br>Place: Courtroom 9C<br>       350 West 1st Street<br>       Los Angeles, CA. 90012<br><br>*Honorable Dean D. Pregerson* |

181082342.6

I, Michael Brews, declare as follows:

1. I am a Lead for Epic Games, Inc.'s ("Epic") Ecosystem Security team. I have personal knowledge of the facts set forth below, and if called as a witness, I could testify truthfully.

2. I have been employed at Epic since May 2018. The Ecosystem Security team ("EcoSec") is responsible for maintaining a safe and secure experience for Epic's players. I have been part of the EcoSec team since its inception and held Senior Data Analyst and Security Operations Lead roles within EcoSec. As a Lead, my responsibilities include managing a team of analysts charged with identifying and banning players who cheat, collude, or otherwise attempt to gain an unfair competitive advantage.

3. Epic first detected Defendant Sebastian Araujo ("Defendant") using a "direct memory access" ("DMA") device installed on a computer that he was using to play in a *Fortnite* tournament on June 5, 2024. A DMA device is a device used in conjunction with cheat software to evade Epic's anti-cheat security measures that are implemented to prevent people using cheat software from accessing or playing *Fortnite*. After detecting a DMA device on Defendant's computer, Epic banned Defendant for cheating the next day. From June 19 through at least October 11, 2024, Defendant attempted to evade the ban on his account by playing in *Fortnite* tournaments on at least 8 different Epic Games accounts which were created using false identifying information. Epic subsequently banned these accounts.

4. Although Epic detected Defendant's use of a DMA device and immediately banned Defendant for cheating, it is impossible to know the full scope of Defendant's cheating activities because DMA devices and related cheat software are designed to circumvent Epic's anti-cheat security measures. Further complicating Epic's ability to calculate the total instances of Defendant's cheating is Defendant's use of fake Epic Games accounts created with false identifying information and hardware spoofers to evade Epic's bans. Hardware spoofers alter

the appearance of the serial number of the device on which they are used, and are used by players like Defendant who have been banned to attempt to evade hardware ID bans, which are enforced by Epic based on the serial number of the player's device. Without additional information from Defendant on all accounts he used, it is difficult to determine the total number of *Fortnite* tournaments he cheated in, or calculate his exact tournament winnings from cheating.

5. Because Defendant used tools and methods that disguised his activities, Epic's EcoSec team was forced to expend significant resources to combat Defendant's cheating and fraud and attempt to quantify the scope of his cheating activities.

6. EcoSec's investigation revealed that from September 6, 2022 (when Defendant played in his first *Fortnite* tournament), through June 19, 2024, Defendant participated in 1,033 *Fortnite* tournament matches, playing primarily on consoles (Playstation and Xbox) and was paid tournament winnings only 6 times for a combined total of $600.

7. Around the time Defendant was detected using a DMA device, accounts attributed to Defendant began to show evidence of cheating.

8. During the less than four months between June 19 and October 11, 2024, Defendant participated in at least 839 *Fortnite* tournament matches and his game play suddenly improved, earning tournament payouts at least 36 times for a combined total of at least $6,850 in tournament winnings. Epic's investigation found that during this period, Defendant switched from playing *Fortnite* primarily on consoles to primarily on PC. DMA cheats cannot be used on consoles and can only be used on PC.

9. *Fortnite* players are able to submit reports to Epic that identify other players they encounter that they believe are cheating. From June 19 through October 11, 2024, Epic received 991 reports from other *Fortnite* players that identified Defendant as cheating in *Fortnite*. Epic's EcoSec team further analyzed

Defendant's gameplay telemetry and history to investigate reports of cheating and to attempt to determine the scope of his harmful activity.

10. Based on Epic's investigation, Defendant likely used DMA cheat software in at least 839 *Fortnite* tournament matches from June 19 through October 11, 2024. That number is likely much higher, given Defendant's use of fake accounts and hardware spoofers to disguise his identity.

11. Epic also spent significant time identifying Defendant and other possible fake Epic Games accounts that he had created using false names and other personal information, and then implementing bans against those accounts.

12. Defendant's cheating and fraud has also caused irreparable harm to Epic's reputation and goodwill with the *Fortnite* community for providing a fair and level playing field in its *Fortnite* tournaments and undermined the integrity of *Fortnite* tournaments, and in some cases, causing non-cheating players to stop playing *Fortnite*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Cary, North Carolina this 24th day of April, 2025.

By: _____
Michael Brews

181082342.6