1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10

11   EPIC GAMES, INC., a Maryland              Case No. 2:24-CV-10835-DDP-JC
     corporation,
12                                             **[PROPOSED] JUDGMENT
                                               AGAINST DEFENDANT
                    Plaintiff,                 SEBASTIAN ARAUJO**
13
            v.                                 Hearing:
14                                             Date: June 2, 2025
     SEBASTIAN ARAUJO, an individual,          Time: 10:00 a.m.
15                                             Place:  Courtroom 9C
                    Defendant.                         350 West 1st Street
16                                                     Los Angeles, CA. 90012
17
18                                             *Honorable Dean D. Pregerson*
19

20

21

22

23

24

25

26

27

28

-1-

181262768.1

1    This action came before the Court, the Honorable Dean D. Pregerson, United

2  States District Judge presiding, on the motion of Plaintiff Epic Games, Inc. ("Epic")

3  for default judgment against Defendant Sebastian Araujo ("Defendant").  The

4  evidence presented having been fully considered and a decision having been duly

5  rendered,

6    **IT IS HEREBY ORDERED AND ADJUDGED that,**

7    1.    By Defendant's use of a "direct memory access" ("DMA") device and

8  cheat software to cheat in *Fortnite* tournaments and circumvent Epic's

9  technological anti-cheat measures that prevent cheaters from accessing *Fortnite*,

10  and creating and using fake Epic Games accounts with false or misleading

11  identifying information to continue cheating in *Fortnite* tournaments despite being

12  banned, Defendant has:

13    a.  Circumvented Epic's technological measures controlling access to

14      *Fortnite* in violation of the Digital Millennium Copyright Act (17

15      U.S.C. § 1201(a)(1));

16    b.  Breached Epic's *Fortnite* End User License Agreement ("EULA")

17      and tournament agreements that applied to each *Fortnite*

18      tournament that Defendant entered into ("Tournament

19      Agreements");

20    c.  Infringed Epic's copyrights in *Fortnite* in violation of the Copyright

21      Act (17 U.S.C. § 501 *et seq.*); and

22    d.  Fraudulently induced Epic into entering into the *Fortnite* EULA

23      and Tournament Agreements with Defendant.

24    2.    Epic is awarded $167,800 in statutory damages pursuant to the DMCA

25  and $100,000 in statutory damages pursuant to the Copyright Act against

26  Defendant.

27    3.    Epic is awarded $8,956 in attorneys' fees and costs pursuant to the

28  DMCA and Copyright Act, and Local Rule 55-3.

181262768.1

1      4.    In sum, the total judgment against Defendant is $276,756.

2      5.    This judgment shall accrue interest, compounded annually, pursuant to

3  28 U.S.C. § 1961.

5      **IT IS SO ORDERED**

7  DATED: _____

10                        By: _____

                                Hon. Dean D. Pregerson
                                United States District Judge

-3-