UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Epic Games Inc., <br><br> Plaintiff, <br><br> v. <br><br> Sebastian Araujo, <br><br> Defendant. | Case No. CV 24-10835-KK-JCx <br><br> JUDGMENT |

      Pursuant to the Order granting Plaintiff's Motion for Default Judgment, IT IS HEREBY ADJUDGED that Judgment is entered in favor of plaintiff Epic Games Inc. ("Plaintiff") against defendant Sebastian Araujo ("Defendant").

      Pursuant to this Judgment, Defendant is ORDERED to pay Plaintiff damages in the amount of $175,521.00 from the date of entry of judgment in this action.

      Defendant and his officers, agents, representatives, servants, employees, heirs, successors, and assigns, and all others in active concert or participation with Defendant are permanently enjoined from:

      i.   Infringing, or inducing, contributing, or enabling others to infringe, Plaintiff's copyrights;

      ii.    Downloading, installing, possessing, and/or using any of Plaintiff's copyrighted works, including but not limited to Fortnite;

      iii.   Circumventing any of Plaintiff's technological measures that control access to Plaintiff's copyrighted works, including but not limited to Fortnite;

      iv.   Using any software or device not authorized by Plaintiff that provides Fortnite players a competitive advantage in Fortnite; and

      v.    Aiding or assisting another person or entity in any of the activities described in (a)–(d) above.

(JS-6)

Dated: June 24, 2025

                                     HONORABLE KENLY KIYA KATO
                                     United States District Judge